*Novoa v. Diaz*, et al.,

# Exhibit 1 to
# Verified Complaint for Civil
# Rights Violations

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

```
 1
 2        An act relating to individual freedom; amending s.
 3        760.10, F.S.; providing that subjecting any
 4        individual, as a condition of employment, membership,
 5        certification, licensing, credentialing, or passing an
 6        examination, to training, instruction, or any other
 7        required activity that espouses, promotes, advances,
 8        inculcates, or compels such individual to believe
 9        specified concepts constitutes discrimination based on
10        race, color, sex, or national origin; providing
11        construction; amending s. 1000.05, F.S.; providing
12        that subjecting any student or employee to training or
13        instruction that espouses, promotes, advances,
14        inculcates, or compels such individual to believe
15        specified concepts constitutes discrimination based on
16        race, color, sex, or national origin; conforming
17        provisions to changes made by the act; amending s.
18        1003.42, F.S.; revising requirements for required
19        instruction on the history of African Americans;
20        authorizing instructional personnel to facilitate
21        discussions and use curricula to address, in an age-
22        appropriate manner, specified topics; prohibiting
23        classroom instruction and curricula from being used to
24        indoctrinate or persuade students in a manner
25        inconsistent with certain principles or state academic
```

Page 1 of 30

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

26        standards; requiring the department to prepare and
27        offer certain standards and curriculum; authorizing
28        the department to seek input from a specified
29        organization for certain purposes; revising the
30        requirements for required instruction on health
31        education; requiring such instruction to comport with
32        certain principles and include certain life skills;
33        requiring civic and character education instead of a
34        character development program; providing the
35        requirements of such education; providing legislative
36        findings; requiring instruction to be consistent with
37        specified principles of individual freedom;
38        authorizing instructional personnel to facilitate
39        discussions and use curricula to address, in an age-
40        appropriate manner, specified topics; prohibiting
41        classroom instruction and curricula from being used to
42        indoctrinate or persuade students in a manner
43        inconsistent with certain principles or state academic
44        standards; conforming cross-references to changes made
45        by the act; requiring the State Board of Education to
46        adopt a specified curriculum to be made available to
47        schools for a certain purpose; amending s. 1006.31,
48        F.S.; prohibiting instructional materials reviewers
49        from recommending instructional materials that contain
50        any matter that contradicts certain principles;

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

51        amending s. 1012.98, F.S.; requiring the Department of
52        Education to review school district professional
53        development systems for compliance with certain
54        provisions of law; amending ss. 1002.20 and 1006.40,
55        F.S.; conforming cross-references; providing an
56        effective date.
57
58   Be It Enacted by the Legislature of the State of Florida:
59
60        Section 1.   Subsections (8) through (10) of section 760.10,
61   Florida Statutes, are renumbered as subsections (9) through
62   (11), respectively, and a new subsection (8) is added to that
63   section, to read:
64        760.10   Unlawful employment practices.—
65        (8)(a)   Subjecting any individual, as a condition of
66   employment, membership, certification, licensing, credentialing,
67   or passing an examination, to training, instruction, or any
68   other required activity that espouses, promotes, advances,
69   inculcates, or compels such individual to believe any of the
70   following concepts constitutes discrimination based on race,
71   color, sex, or national origin under this section:
72        1.   Members of one race, color, sex, or national origin are
73   morally superior to members of another race, color, sex, or
74   national origin.
75        2.   An individual, by virtue of his or her race, color,

Page 3 of 30

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

76  sex, or national origin, is inherently racist, sexist, or
77  oppressive, whether consciously or unconsciously.
78      3. An individual's moral character or status as either
79  privileged or oppressed is necessarily determined by his or her
80  race, color, sex, or national origin.
81      4. Members of one race, color, sex, or national origin
82  cannot and should not attempt to treat others without respect to
83  race, color, sex, or national origin.
84      5. An individual, by virtue of his or her race, color,
85  sex, or national origin, bears responsibility for, or should be
86  discriminated against or receive adverse treatment because of,
87  actions committed in the past by other members of the same race,
88  color, sex, or national origin.
89      6. An individual, by virtue of his or her race, color,
90  sex, or national origin, should be discriminated against or
91  receive adverse treatment to achieve diversity, equity, or
92  inclusion.
93      7. An individual, by virtue of his or her race, color,
94  sex, or national origin, bears personal responsibility for and
95  must feel guilt, anguish, or other forms of psychological
96  distress because of actions, in which the individual played no
97  part, committed in the past by other members of the same race,
98  color, sex, or national origin.
99      8. Such virtues as merit, excellence, hard work, fairness,
100 neutrality, objectivity, and racial colorblindness are racist or

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

101     sexist, or were created by members of a particular race, color,
102     sex, or national origin to oppress members of another race,
103     color, sex, or national origin.
104        (b)  Paragraph (a) may not be construed to prohibit
105     discussion of the concepts listed therein as part of a course of
106     training or instruction, provided such training or instruction
107     is given in an objective manner without endorsement of the
108     concepts.
109        Section 2.  Subsections (4) through (8) of section 1000.05,
110     Florida Statutes, are renumbered as subsections (5) through (9),
111     respectively, subsections (2) and (3), present subsection (4),
112     and paragraph (d) of present subsection (6) are amended, and a
113     new subsection (4) is added to that section, to read:
114        1000.05  Discrimination against students and employees in
115     the Florida K-20 public education system prohibited; equality of
116     access required.—
117        (2)(a)  Discrimination on the basis of race, color
118     ethnicity, national origin, sex gender, disability, religion, or
119     marital status against a student or an employee in the state
120     system of public K-20 education is prohibited. No person in this
121     state shall, on the basis of race, color ethnicity, national
122     origin, sex gender, disability, religion, or marital status, be
123     excluded from participation in, be denied the benefits of, or be
124     subjected to discrimination under any public K-20 education
125     program or activity, or in any employment conditions or

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                        2022 Legislature

126  practices, conducted by a public educational institution that
127  receives or benefits from federal or state financial assistance.
128      (b)  The criteria for admission to a program or course
129  shall not have the effect of restricting access by persons of a
130  particular race, color ~~ethnicity~~, national origin, sex ~~gender~~,
131  disability, religion, or marital status.
132      (c)  All public K-20 education classes shall be available
133  to all students without regard to race, color ~~ethnicity~~,
134  national origin, sex ~~gender~~, disability, religion, or marital
135  status; however, this is not intended to eliminate the provision
136  of programs designed to meet the needs of students with limited
137  proficiency in English, gifted students, or students with
138  disabilities or programs tailored to students with specialized
139  talents or skills.
140      (d)  Students may be separated by sex ~~gender~~ for a single-
141  gender program as provided under s. 1002.311, for any portion of
142  a class that deals with human reproduction, or during
143  participation in bodily contact sports. For the purpose of this
144  section, bodily contact sports include wrestling, boxing, rugby,
145  ice hockey, football, basketball, and other sports in which the
146  purpose or major activity involves bodily contact.
147      (e)  Guidance services, counseling services, and financial
148  assistance services in the state public K-20 education system
149  shall be available to students equally. Guidance and counseling
150  services, materials, and promotional events shall stress access

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                        2022 Legislature

151   to academic and career opportunities for students without regard
152   to race, color ~~ethnicity~~, national origin, sex ~~gender~~,
153   disability, religion, or marital status.

154        (3)(a)  No person shall, on the basis of sex ~~gender~~, be
155   excluded from participating in, be denied the benefits of, or be
156   treated differently from another person or otherwise be
157   discriminated against in any interscholastic, intercollegiate,
158   club, or intramural athletics offered by a public K-20
159   educational institution; and no public K-20 educational
160   institution shall provide athletics separately on such basis.

161        (b)  Notwithstanding the requirements of paragraph (a), a
162   public K-20 educational institution may operate or sponsor
163   separate teams for members of each sex ~~gender~~ if the selection
164   for such teams is based upon competitive skill or the activity
165   involved is a bodily contact sport. However, when a public K-20
166   educational institution operates or sponsors a team in a
167   particular sport for members of one sex ~~gender~~ but does not
168   operate or sponsor such a team for members of the other sex
169   ~~gender~~, and athletic opportunities for that sex ~~gender~~ have
170   previously been limited, members of the excluded sex ~~gender~~ must
171   be allowed to try out for the team offered.

172        (c)  This subsection does not prohibit the grouping of
173   students in physical education classes and activities by ability
174   as assessed by objective standards of individual performance
175   developed and applied without regard to sex ~~gender~~. However,

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

176   when use of a single standard of measuring skill or progress in
177   a physical education class has an adverse effect on members of
178   one sex ~~gender~~, the educational institution shall use
179   appropriate standards which do not have such effect.
180        (d)   A public K-20 educational institution which operates
181   or sponsors interscholastic, intercollegiate, club, or
182   intramural athletics shall provide equal athletic opportunity
183   for members of both sexes ~~genders~~.
184        1.   The Board of Governors shall determine whether equal
185   opportunities are available at state universities.
186        2.   The Commissioner of Education shall determine whether
187   equal opportunities are available in school districts and
188   Florida College System institutions. In determining whether
189   equal opportunities are available in school districts and
190   Florida College System institutions, the Commissioner of
191   Education shall consider, among other factors:
192        a.   Whether the selection of sports and levels of
193   competition effectively accommodate the interests and abilities
194   of members of both sexes ~~genders~~.
195        b.   The provision of equipment and supplies.
196        c.   Scheduling of games and practice times.
197        d.   Travel and per diem allowances.
198        e.   Opportunities to receive coaching and academic
199   tutoring.
200        f.   Assignment and compensation of coaches and tutors.

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                              2022 Legislature

201   g.  Provision of locker room, practice, and competitive
202  facilities.
203       h.  Provision of medical and training facilities and
204  services.
205       i.  Provision of housing and dining facilities and
206  services.
207       j.  Publicity.
208
209  Unequal aggregate expenditures for members of each sex ~~gender~~ or
210  unequal expenditures for male and female teams if a public
211  school or Florida College System institution operates or
212  sponsors separate teams do not constitute nonimplementation of
213  this subsection, but the Commissioner of Education shall
214  consider the failure to provide necessary funds for teams for
215  one sex ~~gender~~ in assessing equality of opportunity for members
216  of each sex ~~gender~~.
217       (e)  A public school or Florida College System institution
218  may provide separate toilet, locker room, and shower facilities
219  on the basis of gender, but such facilities shall be comparable
220  to such facilities provided for students of the other <u>sex</u>
221  ~~gender~~.
222       <u>(4)(a)  It shall constitute discrimination on the basis of</u>
223  <u>race, color, national origin, or sex under this section to</u>
224  <u>subject any student or employee to training or instruction that</u>
225  <u>espouses, promotes, advances, inculcates, or compels such</u>

Page 9 of 30

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

226 | student or employee to believe any of the following concepts:
227 |    1.  Members of one race, color, national origin, or sex are
228 | morally superior to members of another race, color, national
229 | origin, or sex.
230 |    2.  A person, by virtue of his or her race, color, national
231 | origin, or sex is inherently racist, sexist, or oppressive,
232 | whether consciously or unconsciously.
233 |    3.  A person's moral character or status as either
234 | privileged or oppressed is necessarily determined by his or her
235 | race, color, national origin, or sex.
236 |    4.  Members of one race, color, national origin, or sex
237 | cannot and should not attempt to treat others without respect to
238 | race, color, national origin, or sex.
239 |    5.  A person, by virtue of his or her race, color, national
240 | origin, or sex bears responsibility for, or should be
241 | discriminated against or receive adverse treatment because of,
242 | actions committed in the past by other members of the same race,
243 | color, national origin, or sex.
244 |    6.  A person, by virtue of his or her race, color, national
245 | origin, or sex should be discriminated against or receive
246 | adverse treatment to achieve diversity, equity, or inclusion.
247 |    7.  A person, by virtue of his or her race, color, sex, or
248 | national origin, bears personal responsibility for and must feel
249 | guilt, anguish, or other forms of psychological distress because
250 | of actions, in which the person played no part, committed in the

CODING:  Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

251  past by other members of the same race, color, national origin,
252  or sex.
253      8.  Such virtues as merit, excellence, hard work, fairness,
254  neutrality, objectivity, and racial colorblindness are racist or
255  sexist, or were created by members of a particular race, color,
256  national origin, or sex to oppress members of another race,
257  color, national origin, or sex.
258      (b)  Paragraph (a) may not be construed to prohibit
259  discussion of the concepts listed therein as part of a larger
260  course of training or instruction, provided such training or
261  instruction is given in an objective manner without endorsement
262  of the concepts.
263      (5)(4)  Public schools and Florida College System
264  institutions shall develop and implement methods and strategies
265  to increase the participation of students of a particular race,
266  color ethnicity, national origin, sex gender, disability, or
267  marital status in programs and courses in which students of that
268  particular race, color ethnicity, national origin, sex gender,
269  disability, or marital status have been traditionally
270  underrepresented, including, but not limited to, mathematics,
271  science, computer technology, electronics, communications
272  technology, engineering, and career education.
273      (7)(6)  The functions of the Office of Equal Educational
274  Opportunity of the Department of Education shall include, but
275  are not limited to:

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

276       (d)  Conducting studies of the effectiveness of methods and
277  strategies designed to increase the participation of students in
278  programs and courses in which students of a particular race,
279  color ~~ethnicity~~, national origin, sex ~~gender~~, disability, or
280  marital status have been traditionally underrepresented and
281  monitoring the success of students in such programs or courses,
282  including performing followup monitoring.
283       Section 3.  Subsection (3) of section 1003.42, Florida
284  Statutes, is renumbered as subsection (5), paragraph (b) of
285  subsection (1) and subsection (2) are amended, and a new
286  subsection (3) and subsection (4) are added to that section, to
287  read:
288       1003.42  Required instruction.—
289       (1)
290       (b)  All instructional materials, as defined in s.
291  1006.29(2), used to teach reproductive health or any disease,
292  including HIV/AIDS, its symptoms, development, and treatment, as
293  part of the courses referenced in subsection (5) ~~(3)~~, must be
294  annually approved by a district school board in an open, noticed
295  public meeting.
296       (2)  Members of the instructional staff of the public
297  schools, subject to the rules of the State Board of Education
298  and the district school board, shall teach efficiently and
299  faithfully, using the books and materials required that meet the
300  highest standards for professionalism and historical accuracy,

CODING:  Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                           2022 Legislature

301  following the prescribed courses of study, and employing
302  approved methods of instruction, the following:
303      (a)  The history and content of the Declaration of
304  Independence, including national sovereignty, natural law, self-
305  evident truth, equality of all persons, limited government,
306  popular sovereignty, and inalienable rights of life, liberty,
307  and property, and how they form the philosophical foundation of
308  our government.
309      (b)  The history, meaning, significance, and effect of the
310  provisions of the Constitution of the United States and
311  amendments thereto, with emphasis on each of the 10 amendments
312  that make up the Bill of Rights and how the constitution
313  provides the structure of our government.
314      (c)  The arguments in support of adopting our republican
315  form of government, as they are embodied in the most important
316  of the Federalist Papers.
317      (d)  Flag education, including proper flag display and flag
318  salute.
319      (e)  The elements of civil government, including the
320  primary functions of and interrelationships between the Federal
321  Government, the state, and its counties, municipalities, school
322  districts, and special districts.
323      (f)  The history of the United States, including the period
324  of discovery, early colonies, the War for Independence, the
325  Civil War, the expansion of the United States to its present

Page 13 of 30

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                        2022 Legislature

326 boundaries, the world wars, and the civil rights movement to the
327 present. American history shall be viewed as factual, not as
328 constructed, shall be viewed as knowable, teachable, and
329 testable, and shall be defined as the creation of a new nation
330 based largely on the universal principles stated in the
331 Declaration of Independence.
332     (g)1.  The history of the Holocaust (1933-1945), the
333 systematic, planned annihilation of European Jews and other
334 groups by Nazi Germany, a watershed event in the history of
335 humanity, to be taught in a manner that leads to an
336 investigation of human behavior, an understanding of the
337 ramifications of prejudice, racism, and stereotyping, and an
338 examination of what it means to be a responsible and respectful
339 person, for the purposes of encouraging tolerance of diversity
340 in a pluralistic society and for nurturing and protecting
341 democratic values and institutions, including the policy,
342 definition, and historical and current examples of anti-
343 Semitism, as described in s. 1000.05(8) s. 1000.05(7), and the
344 prevention of anti-Semitism. Each school district must annually
345 certify and provide evidence to the department, in a manner
346 prescribed by the department, that the requirements of this
347 paragraph are met. The department shall prepare and offer
348 standards and curriculum for the instruction required by this
349 paragraph and may seek input from the Commissioner of
350 Education's Task Force on Holocaust Education or from any state

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

351  or nationally recognized Holocaust educational organizations.
352  The department may contract with any state or nationally
353  recognized Holocaust educational organizations to develop
354  training for instructional personnel and grade-appropriate
355  classroom resources to support the developed curriculum.
356      2.  The second week in November shall be designated as
357  "Holocaust Education Week" in this state in recognition that
358  November is the anniversary of Kristallnacht, widely recognized
359  as a precipitating event that led to the Holocaust.
360      (h)  The history of African Americans, including the
361  history of African peoples before the political conflicts that
362  led to the development of slavery, the passage to America, the
363  enslavement experience, abolition, and the history and
364  contributions of ~~African~~ Americans of the African diaspora to
365  society. Students shall develop an understanding of the
366  ramifications of prejudice, racism, and stereotyping on
367  individual freedoms, and examine what it means to be a
368  responsible and respectful person, for the purpose of
369  encouraging tolerance of diversity in a pluralistic society and
370  for nurturing and protecting democratic values and institutions.
371  Instruction shall include the roles and contributions of
372  individuals from all walks of life and their endeavors to learn
373  and thrive throughout history as artists, scientists, educators,
374  businesspeople, influential thinkers, members of the faith
375  community, and political and governmental leaders and the

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

376  courageous steps they took to fulfill the promise of democracy
377  and unite the nation. Instructional materials shall include the
378  vital contributions of African Americans to build and strengthen
379  American society and celebrate the inspirational stories of
380  African Americans who prospered, even in the most difficult
381  circumstances. Instructional personnel may facilitate
382  discussions and use curricula to address, in an age-appropriate
383  manner, how the individual freedoms of persons have been
384  infringed by slavery, racial oppression, racial segregation, and
385  racial discrimination, as well as topics relating to the
386  enactment and enforcement of laws resulting in racial
387  oppression, racial segregation, and racial discrimination and
388  how recognition of these freedoms has overturned these unjust
389  laws. However, classroom instruction and curriculum may not be
390  used to indoctrinate or persuade students to a particular point
391  of view inconsistent with the principles enumerated in
392  subsection (3) or the state academic standards. The department
393  shall prepare and offer standards and curriculum for the
394  instruction required by this paragraph and may seek input from
395  the Commissioner of Education's African American History Task
396  Force.
397      (i)  The elementary principles of agriculture.
398      (j)  The true effects of all alcoholic and intoxicating
399  liquors and beverages and narcotics upon the human body and
400  mind.

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

401        (k)  Kindness to animals.

402        (l)  The history of the state.

403        (m)  The conservation of natural resources.

404        (n)~~1.~~  Comprehensive age-appropriate and developmentally

405   appropriate K-12 <u>instruction on:</u> ~~health education that addresses~~

406        <u>1.  Health education that addresses</u> concepts of community

407   health, consumer health, environmental health, and family life,

408   including:

409        ~~a.  Mental and emotional health.~~

410        <u>a.</u>~~b.~~  Injury prevention and safety.

411        <u>b.</u>~~c.~~  Internet safety.

412        <u>c.</u>~~d.~~  Nutrition.

413        <u>d.</u>~~e.~~  Personal health.

414        <u>e.</u>~~f.~~  Prevention and control of disease.

415        <u>f.</u>~~g.~~  Substance use and abuse.

416        <u>g.</u>~~h.~~  Prevention of child sexual abuse, exploitation, and

417   human trafficking.

418        2.  ~~The health education curriculum~~ For students in grades

419   7 through 12<u>,</u> ~~shall include a~~ teen dating violence and abuse<u>.</u>

420   <u>This</u> component <u>must include</u> ~~that includes~~, but <u>is</u> not <u>be</u> limited

421   to, the definition of dating violence and abuse, the warning

422   signs of dating violence and abusive behavior, the

423   characteristics of healthy relationships, measures to prevent

424   and stop dating violence and abuse, and community resources

425   available to victims of dating violence and abuse.

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

426      3.  ~~The health education curriculum~~ For students in grades
427  6 through 12, ~~shall include an~~ awareness of the benefits of
428  sexual abstinence as the expected standard and the consequences
429  of teenage pregnancy.
430      4.  Life skills that build confidence, support mental and
431  emotional health, and enable students to overcome challenges,
432  including:
433      a.  Self-awareness and self-management.
434      b.  Responsible decisionmaking.
435      c.  Resiliency.
436      d.  Relationship skills and conflict resolution.
437      e.  Understanding and respecting other viewpoints and
438  backgrounds.
439      f.  For grades 9 through 12, developing leadership skills,
440  interpersonal skills, organization skills, and research skills;
441  creating a resume, including a digital resume; exploring career
442  pathways; using state career planning resources; developing and
443  practicing the skills necessary for employment interviews;
444  workplace ethics and workplace law; managing stress and
445  expectations; and self-motivation.
446
447  Health education and life skills instruction and materials may
448  not contradict the principles enumerated in subsection (3).
449      (o)  Such additional materials, subjects, courses, or
450  fields in such grades as are prescribed by law or by rules of

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

451    the State Board of Education and the district school board in
452    fulfilling the requirements of law.
453         (p)  The study of Hispanic contributions to the United
454    States.
455         (q)  The study of women's contributions to the United
456    States.
457         (r)  The nature and importance of free enterprise to the
458    United States economy.
459         (s)  Civic and character education on A character
460    development program in the elementary schools, similar to
461    Character First or Character Counts, which is secular in nature.
462    Beginning in school year 2004-2005, the character development
463    program shall be required in kindergarten through grade 12. Each
464    district school board shall develop or adopt a curriculum for
465    the character development program that shall be submitted to the
466    department for approval.
467         1.  The character development curriculum shall stress the
468    qualities and responsibilities of patriotism and,
469    responsibility; citizenship, including, kindness; respect for
470    authority, life, liberty, and personal property; honesty;
471    charity; self-control; racial, ethnic, and religious tolerance;
472    and cooperation and,.
473         2.  The character development curriculum for grades 9
474    through 12 shall, at a minimum, include instruction on
475    developing leadership skills, interpersonal skills, organization

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

476   ~~skills, and research skills; creating a resume, including a~~
477   ~~digital resume; exploring career pathways; using state career~~
478   ~~planning resources; developing and practicing the skills~~
479   ~~necessary for employment interviews; conflict resolution,~~
480   ~~workplace ethics, and workplace law; managing stress and~~
481   ~~expectations; and developing skills that enable students to~~
482   ~~become more resilient and self-motivated.~~
483        ~~3.   The character development curriculum~~ for grades 11 and
484   12, ~~shall include instruction on~~ voting using the uniform
485   primary and general election ballot described in s. 101.151(9).
486        (t)   In order to encourage patriotism, the sacrifices that
487   veterans and Medal of Honor recipients have made in serving our
488   country and protecting democratic values worldwide. Such
489   instruction must occur on or before Medal of Honor Day,
490   Veterans' Day, and Memorial Day. Members of the instructional
491   staff are encouraged to use the assistance of local veterans and
492   Medal of Honor recipients when practicable.
493
494   The State Board of Education is encouraged to adopt standards
495   and pursue assessment of the requirements of this subsection.
496   <u>Instructional programming</u> ~~A character development program~~ that
497   incorporates the values of the recipients of the Congressional
498   Medal of Honor and that is offered as part of a social studies,
499   English Language Arts, or other schoolwide character building
500   and veteran awareness initiative meets the requirements of

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

501 | paragraph (t) ~~paragraphs (s) and (t)~~.
502 |     (3)   The Legislature acknowledges the fundamental truth
503 | that all persons are equal before the law and have inalienable
504 | rights. Accordingly, instruction and supporting materials on the
505 | topics enumerated in this section must be consistent with the
506 | following principles of individual freedom:
507 |     (a)   No person is inherently racist, sexist, or oppressive,
508 | whether consciously or unconsciously, solely by virtue of his or
509 | her race or sex.
510 |     (b)   No race is inherently superior to another race.
511 |     (c)   No person should be discriminated against or receive
512 | adverse treatment solely or partly on the basis of race, color,
513 | national origin, religion, disability, or sex.
514 |     (d)   Meritocracy or traits such as a hard work ethic are
515 | not racist but fundamental to the right to pursue happiness and
516 | be rewarded for industry.
517 |     (e)   A person, by virtue of his or her race or sex, does
518 | not bear responsibility for actions committed in the past by
519 | other members of the same race or sex.
520 |     (f)   A person should not be instructed that he or she must
521 | feel guilt, anguish, or other forms of psychological distress
522 | for actions, in which he or she played no part, committed in the
523 | past by other members of the same race or sex.
524 |
525 | Instructional personnel may facilitate discussions and use

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                         2022 Legislature

526    curricula to address, in an age-appropriate manner, how the
527    freedoms of persons have been infringed by sexism, slavery,
528    racial oppression, racial segregation, and racial
529    discrimination, including topics relating to the enactment and
530    enforcement of laws resulting in sexism, racial oppression,
531    racial segregation, and racial discrimination, including how
532    recognition of these freedoms have overturned these unjust laws.
533    However, classroom instruction and curriculum may not be used to
534    indoctrinate or persuade students to a particular point of view
535    inconsistent with the principles of this subsection or state
536    academic standards.
537        (4)   The State Board of Education shall develop or adopt a
538    curriculum to inspire future generations through motivating
539    stories of American history that demonstrate important life
540    skills and the principles of individual freedom that enabled
541    persons to prosper even in the most difficult circumstances.
542    This curriculum shall be known as "Stories of Inspiration" and
543    made available to schools to implement the requirements of
544    subsection (3).
545        Section 4.   Paragraph (d) of subsection (2) of section
546    1006.31, Florida Statutes, is amended to read:
547        1006.31   Duties of the Department of Education and school
548    district instructional materials reviewer.—The duties of the
549    instructional materials reviewer are:
550        (2)   EVALUATION OF INSTRUCTIONAL MATERIALS.—To use the

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

551  selection criteria listed in s. 1006.34(2)(b) and recommend for
552  adoption only those instructional materials aligned with the
553  Next Generation Sunshine State Standards provided for in s.
554  1003.41. Instructional materials recommended by each reviewer
555  shall be, to the satisfaction of each reviewer, accurate,
556  objective, balanced, noninflammatory, current, free of
557  pornography and material prohibited under s. 847.012, and suited
558  to student needs and their ability to comprehend the material
559  presented. Reviewers shall consider for recommendation materials
560  developed for academically talented students, such as students
561  enrolled in advanced placement courses. When recommending
562  instructional materials, each reviewer shall:

563       (d)  Require, when appropriate to the comprehension of
564  students, that materials for social science, history, or civics
565  classes contain the Declaration of Independence and the
566  Constitution of the United States. A reviewer may not recommend
567  any instructional materials that contain any matter reflecting
568  unfairly upon persons because of their race, color, creed,
569  national origin, ancestry, gender, religion, disability,
570  socioeconomic status, or occupation or otherwise contradict the
571  principles enumerated under s. 1003.42(3).

572       Section 5.  Paragraph (b) of subsection (4) of section
573  1012.98, Florida Statutes, is amended to read:

574       1012.98  School Community Professional Development Act.—
575       (4)  The Department of Education, school districts,

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

576 | schools, Florida College System institutions, and state
577 | universities share the responsibilities described in this
578 | section. These responsibilities include the following:
579 |     (b)  Each school district shall develop a professional
580 | development system as specified in subsection (3). The system
581 | shall be developed in consultation with teachers, teacher-
582 | educators of Florida College System institutions and state
583 | universities, business and community representatives, and local
584 | education foundations, consortia, and professional
585 | organizations. The professional development system must:
586 |     1.  Be <u>reviewed and</u> approved by the department <u>for</u>
587 | <u>compliance with s. 1003.42(3) and this section</u>. All substantial
588 | revisions to the system shall be submitted to the department for
589 | review for continued approval.
590 |     2.  Be based on analyses of student achievement data and
591 | instructional strategies and methods that support rigorous,
592 | relevant, and challenging curricula for all students. Schools
593 | and districts, in developing and refining the professional
594 | development system, shall also review and monitor school
595 | discipline data; school environment surveys; assessments of
596 | parental satisfaction; performance appraisal data of teachers,
597 | managers, and administrative personnel; and other performance
598 | indicators to identify school and student needs that can be met
599 | by improved professional performance.
600 |     3.  Provide inservice activities coupled with followup

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                              2022 Legislature

601    support appropriate to accomplish district-level and school-
602    level improvement goals and standards. The inservice activities
603    for instructional personnel shall focus on analysis of student
604    achievement data, ongoing formal and informal assessments of
605    student achievement, identification and use of enhanced and
606    differentiated instructional strategies that emphasize rigor,
607    relevance, and reading in the content areas, enhancement of
608    subject content expertise, integrated use of classroom
609    technology that enhances teaching and learning, classroom
610    management, parent involvement, and school safety.
611        4.  Provide inservice activities and support targeted to
612    the individual needs of new teachers participating in the
613    professional development certification and education competency
614    program under s. 1012.56(8)(a).
615        5.  Include a master plan for inservice activities,
616    pursuant to rules of the State Board of Education, for all
617    district employees from all fund sources. The master plan shall
618    be updated annually by September 1, must be based on input from
619    teachers and district and school instructional leaders, and must
620    use the latest available student achievement data and research
621    to enhance rigor and relevance in the classroom. Each district
622    inservice plan must be aligned to and support the school-based
623    inservice plans and school improvement plans pursuant to s.
624    1001.42(18). Each district inservice plan must provide a
625    description of the training that middle grades instructional

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

626    personnel and school administrators receive on the district's
627    code of student conduct adopted pursuant to s. 1006.07;
628    integrated digital instruction and competency-based instruction
629    and CAPE Digital Tool certificates and CAPE industry
630    certifications; classroom management; student behavior and
631    interaction; extended learning opportunities for students; and
632    instructional leadership. District plans must be approved by the
633    district school board annually in order to ensure compliance
634    with subsection (1) and to allow for dissemination of research-
635    based best practices to other districts. District school boards
636    must submit verification of their approval to the Commissioner
637    of Education no later than October 1, annually. Each school
638    principal may establish and maintain an individual professional
639    development plan for each instructional employee assigned to the
640    school as a seamless component to the school improvement plans
641    developed pursuant to s. 1001.42(18). An individual professional
642    development plan must be related to specific performance data
643    for the students to whom the teacher is assigned, define the
644    inservice objectives and specific measurable improvements
645    expected in student performance as a result of the inservice
646    activity, and include an evaluation component that determines
647    the effectiveness of the professional development plan.
648        6.  Include inservice activities for school administrative
649    personnel that address updated skills necessary for
650    instructional leadership and effective school management

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

651  pursuant to s. 1012.986.

652      7.  Provide for systematic consultation with regional and

653  state personnel designated to provide technical assistance and

654  evaluation of local professional development programs.

655      8.  Provide for delivery of professional development by

656  distance learning and other technology-based delivery systems to

657  reach more educators at lower costs.

658      9.  Provide for the continuous evaluation of the quality

659  and effectiveness of professional development programs in order

660  to eliminate ineffective programs and strategies and to expand

661  effective ones. Evaluations must consider the impact of such

662  activities on the performance of participating educators and

663  their students' achievement and behavior.

664      10.  For middle grades, emphasize:

665      a.  Interdisciplinary planning, collaboration, and

666  instruction.

667      b.  Alignment of curriculum and instructional materials to

668  the state academic standards adopted pursuant to s. 1003.41.

669      c.  Use of small learning communities; problem-solving,

670  inquiry-driven research and analytical approaches for students;

671  strategies and tools based on student needs; competency-based

672  instruction; integrated digital instruction; and project-based

673  instruction.

674

675  Each school that includes any of grades 6, 7, or 8 must include

CODING:  Words stricken are deletions; words underlined are additions.

hb0007-04-er

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

676  in its school improvement plan, required under s. 1001.42(18), a
677  description of the specific strategies used by the school to
678  implement each item listed in this subparagraph.

679      11.  Provide training to reading coaches, classroom
680  teachers, and school administrators in effective methods of
681  identifying characteristics of conditions such as dyslexia and
682  other causes of diminished phonological processing skills;
683  incorporating instructional techniques into the general
684  education setting which are proven to improve reading
685  performance for all students; and using predictive and other
686  data to make instructional decisions based on individual student
687  needs. The training must help teachers integrate phonemic
688  awareness; phonics, word study, and spelling; reading fluency;
689  vocabulary, including academic vocabulary; and text
690  comprehension strategies into an explicit, systematic, and
691  sequential approach to reading instruction, including
692  multisensory intervention strategies. Each district must provide
693  all elementary grades instructional personnel access to training
694  sufficient to meet the requirements of s. 1012.585(3)(f).

695      Section 6.  Paragraph (d) of subsection (3) of section
696  1002.20, Florida Statutes, is amended to read:

697      1002.20  K-12 student and parent rights.—Parents of public
698  school students must receive accurate and timely information
699  regarding their child's academic progress and must be informed
700  of ways they can help their child to succeed in school. K-12

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

ENROLLED

CS/HB 7, Engrossed 2                                           2022 Legislature

701  students and their parents are afforded numerous statutory
702  rights including, but not limited to, the following:
703      (3)  HEALTH ISSUES.—
704      (d)  *Reproductive health and disease education.*—A public
705  school student whose parent makes written request to the school
706  principal shall be exempted from the teaching of reproductive
707  health or any disease, including HIV/AIDS, in accordance with s.
708  1003.42(5) ~~s. 1003.42(3)~~. Each school district shall, on the
709  district's website homepage, notify parents of this right and
710  the process to request an exemption. The homepage must include a
711  link for a student's parent to access and review the
712  instructional materials, as defined in s. 1006.29(2), used to
713  teach the curriculum.
714      Section 7.  Paragraph (b) of subsection (4) of section
715  1006.40, Florida Statutes, is amended to read:
716      1006.40  Use of instructional materials allocation;
717  instructional materials, library books, and reference books;
718  repair of books.—
719      (4)  Each district school board is responsible for the
720  content of all materials used in a classroom or otherwise made
721  available to students. Each district school board shall adopt
722  rules, and each district school superintendent shall implement
723  procedures, that:
724      (b)  Provide a process for public review of, public comment
725  on, and the adoption of instructional materials, including

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                          2022 Legislature

726  instructional materials used to teach reproductive health or any

727  disease, including HIV/AIDS, under ss. 1003.42(5) and 1003.46

728  ~~ss. 1003.42(3) and 1003.46~~, which satisfies the requirements of

729  s. 1006.283(2)(b)8., 9., and 11.

730       Section 8.  This act shall take effect July 1, 2022.

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er