IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, et al., *Plaintiffs,* v. MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, et al., *Defendants*. | CASE NO.: 4:22-cv-00324-AW-MAF |

## **NOTICE OF A PRIOR OR SIMILAR CASE**

The undersigned give notice that the present case "involves issues of fact or law in common with the issues in another case pending in the District." N.D. Fla. Loc. R. 5.6(B).

On April 22, 2022, Donald Falls, et al., filed a complaint for declaratory and injunctive relief against Ron DeSantis, in his official capacity as Governor of the State of Florida, and his agents. *Falls, et al., v. DeSantis, et al.*, No. 4:22-cv-01166 (N.D. Fla. Apr. 22, 2022). The present case involves issues of fact or law in common with issues in *Falls v. DeSantis*.

On June 22, 2022, Honeyfund.com, Inc., et al., filed a complaint for declaratory and injunctive relief against Ron DeSantis, in his official capacity as Governor of the State of Florida, and his agents. *Honeyfund.com, Inc., et al., v. DeSantis, et al.*, No. 4:22-cv-00227. The present case involves issues of fact or law in common with issues in *Honeyfund.com, Inc. v. DeSantis*.

On August 18, 2022, Leroy Pernell, et al., filed a complaint for declaratory and injunctive relief against the Florida Board of Governors of the State University System, et al., and its agents. *Pernell, et al., v. Florida Board of Governors of the State University System, et al.*, No. 4:22-cv-00304. The present case involves issues of fact or law in common with issues in *Pernell v. Florida Board of Governors of the State University System*.

DATED:     September 6, 2022

Respectfully submitted,

*/s/* Gary S. Edinger
GARY S. EDINGER, ESQUIRE
Florida Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER &
      PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440 / 337-0696 (Fax)
GSEdinger12@gmail.com

GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
JT MORRIS*
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:  (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
jt.morris@thefire.org

**Pro Hac Vice* Motions Forthcoming

*Counsel for Plaintiffs Adriana Novoa,
Sam Rechek, and First Amendment Forum*