**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ADRIANA NOVOA, et al.,

*Plaintiffs,*

v.

MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, et al.,

*Defendants.*

CASE NO.: 4:22-cv-00324-AW-MAF

# NOTICE OF COMPLIANCE WITH LOCAL RULE 24.1

Plaintiffs certify that they have complied with the requirements of Local Rule 24.1 by serving the Attorney General, Ashley Moody, with a copy of the following documents:

1. Complaint
2. Notice of a Prior or Similar Case

by U.S. Mail sent to the Office of the Attorney General, PL-01 The Capitol, Tallahassee, Florida 32399, this 6th day of September, 2022.

DATED: September 6, 2022

*Respectfully submitted,*

*/s/* Gary S. Edinger

GARY S. EDINGER, ESQUIRE
FLA. BAR NO.: 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1ST STREET
GAINESVILLE, FLORIDA 32601
TEL: (352) 338-4440
FAX: (352) 337-0696
GSEdinger12@gmail.com

Greg Harold Greubel*
PA. Bar No. 321130; NJ No. 171622015
Adam Steinbaugh*
PA. Bar No. 326475
JT Morris
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
JT.Morris@thefire.org
greg.greubel@thefire.org
adam@thefire.org

**Pro Hac Vice* Motions Forthcoming

*Counsel for Plaintiffs Adriana Novoa,*
*Sam Rechek, and the First Amendment Forum*