

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**  }

    I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    **DO HEREBY CERTIFY** that _____, Bar # _____, was duly admitted to practice in said Court on _____, and is in good standing as a member of the bar of said Court.

**CLERK'S OFFICE**
Sworn to and Subscribed before me this day
Sep/1/2022

_____
**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

*George Wylesol*
_____
**GEORGE WYLESOL**
Clerk of Court

DATED at Philadelphia, Pennsylvania on

BY: *Meiyu Ruan*

**Deputy Clerk**

Rev. 1/20/17