**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| ADRIANA NOVOA et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANNY DIAZ, JR. et al.,<br><br>*Defendants.* | Civil Action No.:<br>4:22-cv-00324-AW-MAF |

## MOTION TO APPEAR *PRO HAC VICE* FOR ATTORNEY JT MORRIS

Pursuant to Local Rule 11.1(C), I, attorney JT Morris, respectfully submit this motion to appear *pro hac vice* in the above-captioned proceeding, *Adriana Novoa et al. v. Manny Diaz, Jr. et al.* (No. 4:22-cv-00324-AW-MAF).

I certify that I am a member in good standing with the State Bar of Texas, and am filing a certificate of good standing from the State Bar of Texas concurrently with this motion.

I further certify that I am familiar with the Northern District of Florida's CM/ECF Filing System. My Attorney Admission Tutorial confirmation number is: FLND16624903786694.

Dated: September 8, 2022

Respectfully Submitted,


*/s/* JT Morris
JT MORRIS*
TX Bar No. 2409444
GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
JT.Morris@thefire.org

*/s/* Gary S. Edinger
GARY S. EDINGER, ESQUIRE
Fla. Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER & PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel: (352) 338-4440
Fax: (352) 337-0696
GSEdinger12@gmail.com


**Pro Hac Vice* Motions Forthcoming

*Counsel for Plaintiffs Adriana Novoa, Sam Rechek, and the First Amendment Forum*