# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADRIANA NOVOA, et al.,**

    **Plaintiffs,**

vs.                                             Case No. 4:22cv324-AW-MAF

**MANNY DIAZ, JR., et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney J.T. Morris.  ECF No. 8.  The motion demonstrates that counsel is a member in good standing of the State Bar of Texas where he resides and regularly practices law.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, *id.* at 2, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 8, is **GRANTED**.

**DONE AND ORDERED** on September 9, 2022.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**