# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ADRIANA NOVOA, et al.,**

    **Plaintiffs,**

vs.                                               Case No. 4:22cv324-AW-MAF

**MANNY DIAZ, JR., et al.,**

    **Defendants.**

_____/

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Adam Steinbaugh.  ECF No. 5.  The motion demonstrates that counsel is a member in good standing of the Bar of the Eastern District of Pennsylvania where he resides and regularly practices law.  *Id.*  It appears that counsel has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 5, is **GRANTED**.

**DONE AND ORDERED** on September 9, 2022.

S/ Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE