Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**ADRIANA NOVOA, et al.,**

**Plaintiffs,**

**vs. Case No. 4:22cv324-AW-MAF**

**MANNY DIAZ, JR., et al.,**

**Defendants.**
**_______________________________/**

## O R D E R

A motion for leave to appear pro hac vice as co-counsel for Plaintiffs has been filed by attorney Greg H. Greubel. ECF No. 4. The motion demonstrates that counsel is a member in good standing of the Bar of the Eastern District of Pennsylvania where he resides and regularly practices law. *Id.* It appears that counsel has completed this Court's local rules tutorial, *id. at 2*, and the docket confirms that the $208 pro hac vice admission fee has been paid. The motion is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 4, is **GRANTED**.

**DONE AND ORDERED** on September 9, 2022.

**S/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**