**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ADRIANA NOVOA, et al.,

*Plaintiffs*,

v.

MANNY DIAZ, JR., et al.,

*Defendants*.

Case No. 4:22-cv-324-AW-MAF

**NOTICE OF APPEARANCE**

Charles J. Cooper, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby appears as counsel for defendants MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education; TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, DEANNA MICHAEL, STEVEN M. SCOTT, ERIC SILAGY, KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System; JULIE LEFTHERIS, in her official capacity as the Inspector General of the Florida Board of Governors of the State University System; THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES;

TIMOTHY L. BOAZ, SANDRA CALLAHAN, MICHAEL CARRERE, N. ROGAN DONNELLY, MICHAEL E. GRIFFIN, OSCAR HORTON, LAURAN MONBARREN, NITHIN PALYAM, SHILEN PATEL, FREDRICK PICCOLO, MELISSA SEIXAS, JENIFER JASINSKI SCHNEIDER, WILLIAM WEATHERFORD, in their official capacities as members of the University of South Florida Board of Trustees; and requests that all correspondence, pleadings, and papers be served upon him at the address below.

Dated: September 13, 2022

Respectfully Submitted,

/s/ Charles J. Cooper

Charles J. Cooper
Bar No. 248070DC
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com

**CERTIFICATE OF SERVICE**

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 13th of September, 2022.

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper