**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ADRIANA NOVOA, et al.,

*Plaintiffs*,

v.

MANNY DIAZ, JR., et al.,

*Defendants*.

Case No. 4:22-cv-324-AW-MAF

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Attorney Megan M. Wold, of Cooper and Kirk, PLLC, 1523 New Hampshire Ave., N.W., Washington, D.C. 20036, telephone (202) 220-9600, hereby moves this Honorable Court to grant permission to appear *pro hac vice* in the above-styled case on behalf of defendants MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education; TIMOTHY M. CERIO, RICHARD CORCORAN, AUBREY EDGE, PATRICIA FROST, NIMNA GABADAGE, EDWARD HADDOCK, KEN JONES, DARLENE LUCCIO JORDAN, BRIAN LAMB, ALAN LEVINE, CHARLES H. LYDECKER, CRAIG MATEER, DEANNA MICHAEL, STEVEN M. SCOTT, ERIC SILAGY, KENT STERMON, in their official capacities as members of the Florida Board of Governors of the State University System; JULIE LEFTHERIS, in her official capacity as the Inspector General of the Florida Board of Governors of the State University

System; THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES; TIMOTHY L. BOAZ, SANDRA CALLAHAN, MICHAEL CARRERE, N. ROGAN DONNELLY, MICHAEL E. GRIFFIN, OSCAR HORTON, LAURAN MONBARREN, NITHIN PALYAM, SHILEN PATEL, FREDRICK PICCOLO, MELISSA SEIXAS, JENIFER JASINSKI SCHNEIDER, and WILLIAM WEATHERFORD, in their official capacities as members of the University of South Florida Board of Trustees. The undersigned so moves pursuant to Rule 11.1 of the Local Rules of Civil Procedure for the United States District Court for the Northern District of Florida, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 19, 2004. Given the pace of this proceeding, this motion was filed as soon as practicable.

In support of this motion, the undersigned avers that she is familiar with the CM/ECF e-filing system, as she has practiced in several federal courts since her admission. The undersigned further avers that she has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court. Additionally, counsel successfully completed the Tutorial of the Local Rules for the Northern District of Florida on May 27, 2022, Confirmation Number 16536700166286. Furthermore, the undersigned is an attorney in good standing in the District of Columbia, as evidenced by the Certificate of Good Standing, dated

August 26, 2022, from the District of Columbia Court of Appeals, which is attached hereto as "EXHIBIT A" and incorporated herein by express reference.

WHEREFORE, Megan M. Wold respectfully moves this Honorable Court to issue an order permitting counsel to appear *pro hac vice* in the above-styled case on behalf of the above-listed defendants.

Dated: September 14, 2022

Respectfully Submitted,

/s/ Megan M. Wold
Megan M. Wold
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
mwold@cooperkirk.com

## CERTIFICATE OF SERVICE

Counsel certifies that the foregoing document was electronically served on all counsel of record via the CM/ECF system on this 14th of September, 2022.

Respectfully submitted,

/s/ Megan M. Wold
Megan M. Wold