IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADRIANA NOVOA, et al.,**

    **Plaintiffs,**

v.                                                                  Case No. 4:22-cv-324-AW-MAF

**MANNY DIAZ, JR., in his official
capacity as the Commissioner of the
Florida State Board of Education, et al.,**

    **Defendants.**

_____/

## ORDER FOR REASSIGNMENT

Plaintiffs in this case challenge a new provision of Florida law within § 1005.05, Florida Statutes. ECF No.1. The validity of that provision (and one like it) is at issue in other cases pending in this court, including in *Pernell v. Florida Board of Governors*, Case No. 4:22-cv-304; *see also* Notice of a Prior or Similar Case, ECF No. 2. Plaintiffs in both cases present challenges based on the First and Fourteenth Amendments.

Because this case and *Pernell* raise the same issue and challenge the same provision, I direct that this case be reassigned to the judge presiding over the earlier-filed case, Case No. 4:22-cv-304-MW. This action will promote judicial efficiency, and it is consistent with the longstanding, consistent, and settled practice in this court.

SO ORDERED on September 15, 2022.

s/ *Allen Winsor*  
United States District Judge