# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, SAMUEL RECHEK, and the FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, *et al.*,<br><br>*Defendants.* | Case No. 4:22cv324-MW/MF<br><br>**DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, Adam Steinbaugh, declare as follows:

1.  I am over the age of 18 and have personal knowledge of the facts in this declaration.

2.  I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action. I am admitted to the bars of the State of California and the Commonwealth of Pennsylvania. I have been granted leave to appear *pro hac vice* as co-counsel for Plaintiffs. Doc. No. 11.

### ***Legislation, regulations, and guidance.***

3. A true and correct copy of House Bill 7 (informally known as the "Stop WOKE Act") as enrolled on March 10, 2022, following passage by the Florida House of Representatives and Florida Senate, is attached as **Exhibit 1**.

4. A true and correct copy of Regulation 10.005 issued by the Florida Board of Governors on or about August 26, 2022, is attached as **Exhibit 2**.

5. A true and correct copy of Fla. Stat § 1000.05, as amended by House Bill 7, is attached as **Exhibit 3**.

6. Through public records requests and other sources, I have obtained copies of guidance pertaining to the Stop WOKE Act and issued by various public universities and colleges in the State of Florida. These include true and correct copies of:

  (a) Florida A&M University's guidance, together with updates sent by the university's Government Relations team, attached as **Exhibit 4**;

  (b) The University of Florida's website offering guidance, as downloaded from https://cdo.ufl.edu/hb-7 on September 13, 2022, attached as **Exhibit 5**;

2

(c) Florida State University's guidance, as downloaded from https://fda.fsu.edu/HB7/Overview on September 13, 2022, attached as **Exhibit 6**;

(d) Florida Polytechnic University's August 15, 2022 guidance to faculty, collectively attached as **Exhibit 7;**

(e) Valencia College's guidance, attached as **Exhibit 8**; and

(f) North Florida College's August 11, 2022 presentation to its faculty members by its attorney, attached as **Exhibit 9**.

### *Statements by the Stop WOKE Act's drafters and supporters.*

7. A true and correct copy of the December 15, 2021 press release issued by Gov. Ron DeSantis, downloaded from Gov. DeSantis' state website, is attached as **Exhibit 10**.

8. A true and correct copy of the handout referenced in and linked to by the December 15, 2021 press release, downloaded from Gov. DeSantis' state website, is attached as **Exhibit 11**.

9. Submitted herewith are true and correct copies of videos of the following legislative hearings and debates on House Bill 7:

(a) The January 26, 2022 hearing of the House Judiciary Committee as **Exhibit 12**, which may be viewed at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=7757;

(b) The February 1, 2022 hearing of the House State Affairs Committee as **Exhibit 13**, which may be viewed at

3

        https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=7794;

(c)    The February 8, 2022 hearing of the House Education & Employment Committee as **Exhibit 14**, which may be viewed at https://www.myfloridahouse.gov/VideoPlayer.aspx?eventID=7878;

(d)    The March 1, 2022 hearing of the Senate Rules Committee as **Exhibit 15**, which may be viewed at https://www.flsenate.gov/media/VideoPlayer?EventID=1_s0au0e40-202203011330&Redirect=true;

10.    During the January 26, 2022 hearing of the House Judiciary Committee (Exhibit 12), the following exchanges and remarks occur at the timestamps identified in brackets:

> REP. BRYAN AVILA [Exh. 12 at 51:13]: We're not banning any sort of, um, you know, we're – We need to have discussions on racial oppression, on racial segregation. You know, we need to have those discussions to raise awareness. Now, one thing is to – to – certainly be objective when presenting and – and when teaching that curriculum. And another thing is to – to certainly inject any sort of ideology or personal beliefs when presenting that that curriculum.
>
> […]
>
> REP. BRYAN AVILA [Exh. 12 at 59:18]: We're trying to ensure that a teacher does not have a curriculum that then they inject or they essentially insert their personal belief or their take on history or their, uh, you know, essentially principles on that curriculum. We're trying to ensure that those teachers — and again, this is coming from an educator — you have to be as objective as possible when you are teaching this curriculum. That is what we're ultimately trying to do in this legislation. We're trying to

ensure that those principles are strictly adhered to, to ensure that absolutely no student feels as if they are being blamed for something that occurred in our nation's history, a sense of guilt because they're a part of a particular group, race or sex. We're trying to ensure that that learning environment is as positive as can be.

[…]

REP. MICHAEL GRIECO [Exh. 12 at 1:18:25]: How does one objectively, on all sides, teach the Holocaust?

[…]

REP. BRYAN AVILA [Exh. 12 at 1:18:44]: Whether it's the Holocaust, whether it's slavery, whether it's another historical event in our nation's history, it is incumbent on that professor, that teacher, that educator to really teach the curriculum from the most objective standpoint. Now, whether it's the Holocaust, or whether it's slavery, or whether it's another event in our nation's history — once a teacher or an educator inserts, you know, their opinion, or their belief, or their take on that event, and essentially makes a student feel as if their particular, you know — they were — they are in some way, shape, or form responsible because they're a part of a certain group, a certain race, a certain sex. That's really where the problem lies.

11. During the February 1, 2022 hearing of the House State Affairs Committee (Exhibit 13, at 41:39), Rep. Bryan Avila identified as "examples" certain "links, movies, articles, and books" that were "obviously egregious and obviously extremely offensive to anyone" that he was "speaking to," specifically:

5

 (a) Adam Serwer, *America's Racial Contract Is Killing Us*, The Atlantic, May 8, 2020;

 (b) Peggy McIntosh, *White Privilege: Unpacking the Invisible Knapsack*, Peace & Freedom Mag., July/Aug. 1989 at pp.10-12;

 (c) Layla Saad, ME AND WHITE SUPREMACY: COMBAT RACISM, CHANGE THE WORLD, AND BECOME A GOOD ANCESTOR;

 (d) Robin DiAngelo, WHITE FRAGILITY: WHY IT'S SO HARD FOR WHITE PEOPLE TO TALK ABOUT RACISM; and

 (e) A video pertaining to "systemic racism."

12. True and correct copies of the following publications referenced by Rep. Bryan Avila are attached:

 (a) Adam Serwer, *America's Racial Contract Is Killing Us*, THE ATLANTIC, May 8, 2020, as **Exhibit 16**; and

 (b) Peggy McIntosh, *White Privilege: Unpacking the Invisible Knapsack*, PEACE & FREEDOM MAG., July/Aug. 1989 at pp.10-12, as **Exhibit 17**.

13. During the February 8, 2022 hearing of the House Education & Employment Committee (Exhibit 14), the following exchanges and remarks occur at the timestamps identified in brackets:

> REP. TRAVARIS MCCURDY [Exh. 14 at 31:16]: Can you give us some real-world examples of what this bill is attempting to eradicate or accomplish?
>
> […]

6

REP. BRYAN AVILA [Exh. 14 at 31:31]: What I can do, uh, representative, is go over some examples, and I'll start with the workplace. So American Express, they launched a training program that teaches employees that capitalism is fundamentally racist, and ask their employees to deconstruct their racial and sexual identities. Then it asks the employees to rank themselves on a hierarchy of privilege. Coca Cola — Coca Cola asked their employees to be quote unquote, "less white" as part of their company's diversity training. Some of the tips for being less white included being quote unquote, "be less oppressive and be less arrogant." CVS — they launched the program that forces hourly employees to discuss their quote unquote, "privilege." Google — Google has an employee program that claims that America is a "system" quote unquote, a "system of white supremacy." Lockheed Martin — the nation's largest defense contractor, it — it sent executives on a training mission to deconstruct their quote unquote, "white male privilege "and encourage them to atone for their "white male privilege," quote unquote.

REP. BRYAN AVILA [Exh. 14 at 33:13]: K through 12 These are some examples in K through 12. K through 12. Broward College — sorry, Broward County Public Schools. The Equity and Diversity Department website previously contained several videos, movies, articles, and books for students, parents, everyone alike, you know, to read. Some of those included — and these are just some of the titles: "Me and White Supremacy"; "White Privilege: Unpacking the Invisible Knapsack"; "America's Racial Contract Is Killing Us." All of that material, obviously after public input, has been removed.

[…]

REP. BRYAN AVILA [Exh. 14 at 35:00]: Those schools had videos titled "systemic racism" and "anti racism," where it talked about, essentially, individuals being white privileged. Those videos were pulled by the school district after public input. So those are just a few of the examples.

[…]

REP. BRYAN AVILA [Exh. 14 at 43:49]: I'm a history buff, so I love history. But I like to receive the content without personal opinions on, you know, who was responsible for what. I like to make sure that, certainly, I get the content that it continues to certainly, you know, kind of, give me that sense of knowing our nation's history is something that brings a lot of pride. . . . We're not banning anything. We're not saying that you can't teach slavery. We're not saying you can't teach racial discrimination. We're not saying that you can't have those discussions. What we're saying is you can't inject your own personal point of view into the discussion.

[…]

REP. CHRISTINE HUNSCHOFSKY [Exh. 14 at 55:00]: This is where my question about what does an "objective manner" mean? Because, um, my dad, who is actually an immigrant who — who served before becoming a citizen in the United States, uh, he reads every history book I know. He is a self learner. And it's amazing to me how many books you can read that are well documented, um, you know — they've passed the test of historical accuracy, and yet they're very different perspectives of the same historical moment in time. And therefore, my question is: how do you determine which one of those perspectives is the "objective manner?"

[…]

REP. BRYAN AVILA [Exh. 14 at 56:02]: You know, certainly reading — reading — you know, reading books that maybe give a different take or a different perspective on certain things, um, you know — whatever those unique perspectives may be, um, should certainly not make the instructor stray away from the curriculum and from sticking to the criteria that has been set up for that curriculum, um, and to certainly stick to — you know,

8

those core, you know, American principles that really are the bedrock of our society.

14. During the March 1, 2022 hearing of the Senate Rules Committee (Exhibit 15), Defendant Manny Diaz, then a state senator sponsoring the bill, closed his speech promoting the measure with this remark:

> SEN. MANNY DIAZ [Exh. 15 at 6:07:07]: Students come to school with the values that are instilled by their families. And it is not for a teacher or a professor to change those views. It is for them to facilitate the learning and the discussion and the debate of all of these difficult, sometimes horrific periods in our pasts. And yes, we need to learn from them. But at the end of the day, we all have to come together as Americans, as Floridians, as human beings. And that's what we attempt to do with this bill.

15. A true and correct copy of the January 26, 2022 press release by Speaker Chris Sprowls of the Florida House of Representatives is attached as **Exhibit 18**.

16. A true and correct copy of a February 25, 2022 article by Rep. Bryan Avila is attached as **Exhibit 19**.

17. A true and correct copy of an April 22, 2022 news article from the TALLAHASSEE DEMOCRAT is attached as **Exhibit 20**.

18. A true and correct copy of a May 3, 2022 article from THE COLLEGE FIX is attached as **Exhibit 21**.

19. A true and correct copy of a May 9, 2022 article from FLORIDA POLITICS is attached as **Exhibit 22**.

## *Budgetary allocations for Florida universities.*

20. The Florida Board of Governors ("BOG") publishes on its website records pertaining to the annual amount of performance-based funding allocated to each of its universities. A true and correct copy of the Performance-Based Funding Allocation, 2021-22 document, indicating that USF received $73,009,247, is attached as **Exhibit 23**. A true and correct copy of the Performance-Based Funding Allocation, 2017-18 document, indicating that USF received $84,603,488, is attached as **Exhibit 24**.

## *University of South Florida policies and contracts.*

21. A true and correct copy of "USF Initial Guidance Florida House Bill 7," dated August 30, 2022, is attached as **Exhibit 25**.

22. A true and correct copy of USF Policy No. 10.200, entitled "Purpose of Chapter 10, Part I –Administration, Staff, and Temporary Personnel Matters," dated August 26, 2022, is attached as **Exhibit 26**.

23. A true and correct copy of USF Policy No. 0-007, entitled "Diversity and Equal Opportunity: Discrimination and Harassment," is attached as **Exhibit 27**.

24. A true and correct copy of the USF website entitled "File an Equal Opportunity Complaint," downloaded from https://www.usf.edu/compliance-ethics/equal-opportunity/file-an-eo-complaint.aspx, is attached as **Exhibit 28**.

25. A true and correct copy of the Operating Procedures of the University of South Florida Board of Trustees is attached as **Exhibit 29**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on September 15, 2022.

/s/ Adam Steinbaugh
Adam Steinbaugh