*Novoa v. Diaz* et al.,

# Exhibit 1 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

```
 1
 2        An act relating to individual freedom; amending s.
 3        760.10, F.S.; providing that subjecting any
 4        individual, as a condition of employment, membership,
 5        certification, licensing, credentialing, or passing an
 6        examination, to training, instruction, or any other
 7        required activity that espouses, promotes, advances,
 8        inculcates, or compels such individual to believe
 9        specified concepts constitutes discrimination based on
10        race, color, sex, or national origin; providing
11        construction; amending s. 1000.05, F.S.; providing
12        that subjecting any student or employee to training or
13        instruction that espouses, promotes, advances,
14        inculcates, or compels such individual to believe
15        specified concepts constitutes discrimination based on
16        race, color, sex, or national origin; conforming
17        provisions to changes made by the act; amending s.
18        1003.42, F.S.; revising requirements for required
19        instruction on the history of African Americans;
20        authorizing instructional personnel to facilitate
21        discussions and use curricula to address, in an age-
22        appropriate manner, specified topics; prohibiting
23        classroom instruction and curricula from being used to
24        indoctrinate or persuade students in a manner
25        inconsistent with certain principles or state academic
```

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                          2022 Legislature

26          standards; requiring the department to prepare and
27          offer certain standards and curriculum; authorizing
28          the department to seek input from a specified
29          organization for certain purposes; revising the
30          requirements for required instruction on health
31          education; requiring such instruction to comport with
32          certain principles and include certain life skills;
33          requiring civic and character education instead of a
34          character development program; providing the
35          requirements of such education; providing legislative
36          findings; requiring instruction to be consistent with
37          specified principles of individual freedom;
38          authorizing instructional personnel to facilitate
39          discussions and use curricula to address, in an age-
40          appropriate manner, specified topics; prohibiting
41          classroom instruction and curricula from being used to
42          indoctrinate or persuade students in a manner
43          inconsistent with certain principles or state academic
44          standards; conforming cross-references to changes made
45          by the act; requiring the State Board of Education to
46          adopt a specified curriculum to be made available to
47          schools for a certain purpose; amending s. 1006.31,
48          F.S.; prohibiting instructional materials reviewers
49          from recommending instructional materials that contain
50          any matter that contradicts certain principles;

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

51          amending s. 1012.98, F.S.; requiring the Department of
52          Education to review school district professional
53          development systems for compliance with certain
54          provisions of law; amending ss. 1002.20 and 1006.40,
55          F.S.; conforming cross-references; providing an
56          effective date.
57
58   Be It Enacted by the Legislature of the State of Florida:
59
60          Section 1.  Subsections (8) through (10) of section 760.10,
61   Florida Statutes, are renumbered as subsections (9) through
62   (11), respectively, and a new subsection (8) is added to that
63   section, to read:
64          760.10  Unlawful employment practices.—
65          (8)(a)  Subjecting any individual, as a condition of
66   employment, membership, certification, licensing, credentialing,
67   or passing an examination, to training, instruction, or any
68   other required activity that espouses, promotes, advances,
69   inculcates, or compels such individual to believe any of the
70   following concepts constitutes discrimination based on race,
71   color, sex, or national origin under this section:
72          1.  Members of one race, color, sex, or national origin are
73   morally superior to members of another race, color, sex, or
74   national origin.
75          2.  An individual, by virtue of his or her race, color,

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                              2022 Legislature

76  sex, or national origin, is inherently racist, sexist, or
77  oppressive, whether consciously or unconsciously.
78      3.  An individual's moral character or status as either
79  privileged or oppressed is necessarily determined by his or her
80  race, color, sex, or national origin.
81      4.  Members of one race, color, sex, or national origin
82  cannot and should not attempt to treat others without respect to
83  race, color, sex, or national origin.
84      5.  An individual, by virtue of his or her race, color,
85  sex, or national origin, bears responsibility for, or should be
86  discriminated against or receive adverse treatment because of,
87  actions committed in the past by other members of the same race,
88  color, sex, or national origin.
89      6.  An individual, by virtue of his or her race, color,
90  sex, or national origin, should be discriminated against or
91  receive adverse treatment to achieve diversity, equity, or
92  inclusion.
93      7.  An individual, by virtue of his or her race, color,
94  sex, or national origin, bears personal responsibility for and
95  must feel guilt, anguish, or other forms of psychological
96  distress because of actions, in which the individual played no
97  part, committed in the past by other members of the same race,
98  color, sex, or national origin.
99      8.  Such virtues as merit, excellence, hard work, fairness,
100 neutrality, objectivity, and racial colorblindness are racist or

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

101  sexist, or were created by members of a particular race, color,
102  sex, or national origin to oppress members of another race,
103  color, sex, or national origin.
104      (b)  Paragraph (a) may not be construed to prohibit
105  discussion of the concepts listed therein as part of a course of
106  training or instruction, provided such training or instruction
107  is given in an objective manner without endorsement of the
108  concepts.
109      Section 2.  Subsections (4) through (8) of section 1000.05,
110  Florida Statutes, are renumbered as subsections (5) through (9),
111  respectively, subsections (2) and (3), present subsection (4),
112  and paragraph (d) of present subsection (6) are amended, and a
113  new subsection (4) is added to that section, to read:
114      1000.05  Discrimination against students and employees in
115  the Florida K-20 public education system prohibited; equality of
116  access required.—
117      (2)(a)  Discrimination on the basis of race, color
118  ethnicity, national origin, sex gender, disability, religion, or
119  marital status against a student or an employee in the state
120  system of public K-20 education is prohibited. No person in this
121  state shall, on the basis of race, color ethnicity, national
122  origin, sex gender, disability, religion, or marital status, be
123  excluded from participation in, be denied the benefits of, or be
124  subjected to discrimination under any public K-20 education
125  program or activity, or in any employment conditions or

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

126   practices, conducted by a public educational institution that
127   receives or benefits from federal or state financial assistance.
128        (b)  The criteria for admission to a program or course
129   shall not have the effect of restricting access by persons of a
130   particular race, color ethnicity, national origin, sex gender,
131   disability, religion, or marital status.
132        (c)  All public K-20 education classes shall be available
133   to all students without regard to race, color ethnicity,
134   national origin, sex gender, disability, religion, or marital
135   status; however, this is not intended to eliminate the provision
136   of programs designed to meet the needs of students with limited
137   proficiency in English, gifted students, or students with
138   disabilities or programs tailored to students with specialized
139   talents or skills.
140        (d)  Students may be separated by sex gender for a single-
141   gender program as provided under s. 1002.311, for any portion of
142   a class that deals with human reproduction, or during
143   participation in bodily contact sports. For the purpose of this
144   section, bodily contact sports include wrestling, boxing, rugby,
145   ice hockey, football, basketball, and other sports in which the
146   purpose or major activity involves bodily contact.
147        (e)  Guidance services, counseling services, and financial
148   assistance services in the state public K-20 education system
149   shall be available to students equally. Guidance and counseling
150   services, materials, and promotional events shall stress access

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                           2022 Legislature

151  to academic and career opportunities for students without regard
152  to race, color ethnicity, national origin, sex gender,
153  disability, religion, or marital status.
154      (3)(a)  No person shall, on the basis of sex gender, be
155  excluded from participating in, be denied the benefits of, or be
156  treated differently from another person or otherwise be
157  discriminated against in any interscholastic, intercollegiate,
158  club, or intramural athletics offered by a public K-20
159  educational institution; and no public K-20 educational
160  institution shall provide athletics separately on such basis.
161      (b)  Notwithstanding the requirements of paragraph (a), a
162  public K-20 educational institution may operate or sponsor
163  separate teams for members of each sex gender if the selection
164  for such teams is based upon competitive skill or the activity
165  involved is a bodily contact sport. However, when a public K-20
166  educational institution operates or sponsors a team in a
167  particular sport for members of one sex gender but does not
168  operate or sponsor such a team for members of the other sex
169  gender, and athletic opportunities for that sex gender have
170  previously been limited, members of the excluded sex gender must
171  be allowed to try out for the team offered.
172      (c)  This subsection does not prohibit the grouping of
173  students in physical education classes and activities by ability
174  as assessed by objective standards of individual performance
175  developed and applied without regard to sex gender. However,

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

FLORIDA HOUSE OF REPRESENTATIVES

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

176  when use of a single standard of measuring skill or progress in
177  a physical education class has an adverse effect on members of
178  one sex gender, the educational institution shall use
179  appropriate standards which do not have such effect.
180      (d)  A public K-20 educational institution which operates
181  or sponsors interscholastic, intercollegiate, club, or
182  intramural athletics shall provide equal athletic opportunity
183  for members of both sexes genders.
184      1.  The Board of Governors shall determine whether equal
185  opportunities are available at state universities.
186      2.  The Commissioner of Education shall determine whether
187  equal opportunities are available in school districts and
188  Florida College System institutions. In determining whether
189  equal opportunities are available in school districts and
190  Florida College System institutions, the Commissioner of
191  Education shall consider, among other factors:
192      a.  Whether the selection of sports and levels of
193  competition effectively accommodate the interests and abilities
194  of members of both sexes genders.
195      b.  The provision of equipment and supplies.
196      c.  Scheduling of games and practice times.
197      d.  Travel and per diem allowances.
198      e.  Opportunities to receive coaching and academic
199  tutoring.
200      f.  Assignment and compensation of coaches and tutors.

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

201  g.  Provision of locker room, practice, and competitive
202  facilities.
203      h.  Provision of medical and training facilities and
204  services.
205      i.  Provision of housing and dining facilities and
206  services.
207      j.  Publicity.
208
209  Unequal aggregate expenditures for members of each sex gender or
210  unequal expenditures for male and female teams if a public
211  school or Florida College System institution operates or
212  sponsors separate teams do not constitute nonimplementation of
213  this subsection, but the Commissioner of Education shall
214  consider the failure to provide necessary funds for teams for
215  one sex gender in assessing equality of opportunity for members
216  of each sex gender.
217      (e)  A public school or Florida College System institution
218  may provide separate toilet, locker room, and shower facilities
219  on the basis of gender, but such facilities shall be comparable
220  to such facilities provided for students of the other sex
221  gender.
222      (4)(a)  It shall constitute discrimination on the basis of
223  race, color, national origin, or sex under this section to
224  subject any student or employee to training or instruction that
225  espouses, promotes, advances, inculcates, or compels such

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                          2022 Legislature

226  student or employee to believe any of the following concepts:
227      1.  Members of one race, color, national origin, or sex are
228  morally superior to members of another race, color, national
229  origin, or sex.
230      2.  A person, by virtue of his or her race, color, national
231  origin, or sex is inherently racist, sexist, or oppressive,
232  whether consciously or unconsciously.
233      3.  A person's moral character or status as either
234  privileged or oppressed is necessarily determined by his or her
235  race, color, national origin, or sex.
236      4.  Members of one race, color, national origin, or sex
237  cannot and should not attempt to treat others without respect to
238  race, color, national origin, or sex.
239      5.  A person, by virtue of his or her race, color, national
240  origin, or sex bears responsibility for, or should be
241  discriminated against or receive adverse treatment because of,
242  actions committed in the past by other members of the same race,
243  color, national origin, or sex.
244      6.  A person, by virtue of his or her race, color, national
245  origin, or sex should be discriminated against or receive
246  adverse treatment to achieve diversity, equity, or inclusion.
247      7.  A person, by virtue of his or her race, color, sex, or
248  national origin, bears personal responsibility for and must feel
249  guilt, anguish, or other forms of psychological distress because
250  of actions, in which the person played no part, committed in the

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

251  past by other members of the same race, color, national origin,
252  or sex.
253      8.  Such virtues as merit, excellence, hard work, fairness,
254  neutrality, objectivity, and racial colorblindness are racist or
255  sexist, or were created by members of a particular race, color,
256  national origin, or sex to oppress members of another race,
257  color, national origin, or sex.
258      (b)  Paragraph (a) may not be construed to prohibit
259  discussion of the concepts listed therein as part of a larger
260  course of training or instruction, provided such training or
261  instruction is given in an objective manner without endorsement
262  of the concepts.
263      (5)(4)  Public schools and Florida College System
264  institutions shall develop and implement methods and strategies
265  to increase the participation of students of a particular race,
266  color ethnicity, national origin, sex gender, disability, or
267  marital status in programs and courses in which students of that
268  particular race, color ethnicity, national origin, sex gender,
269  disability, or marital status have been traditionally
270  underrepresented, including, but not limited to, mathematics,
271  science, computer technology, electronics, communications
272  technology, engineering, and career education.
273      (7)(6)  The functions of the Office of Equal Educational
274  Opportunity of the Department of Education shall include, but
275  are not limited to:

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                        2022 Legislature

276       (d)  Conducting studies of the effectiveness of methods and
277  strategies designed to increase the participation of students in
278  programs and courses in which students of a particular race,
279  color ~~ethnicity~~, national origin, sex ~~gender~~, disability, or
280  marital status have been traditionally underrepresented and
281  monitoring the success of students in such programs or courses,
282  including performing followup monitoring.
283       Section 3.  Subsection (3) of section 1003.42, Florida
284  Statutes, is renumbered as subsection (5), paragraph (b) of
285  subsection (1) and subsection (2) are amended, and a new
286  subsection (3) and subsection (4) are added to that section, to
287  read:
288       1003.42  Required instruction.—
289       (1)
290       (b)  All instructional materials, as defined in s.
291  1006.29(2), used to teach reproductive health or any disease,
292  including HIV/AIDS, its symptoms, development, and treatment, as
293  part of the courses referenced in subsection (5) ~~(3)~~, must be
294  annually approved by a district school board in an open, noticed
295  public meeting.
296       (2)  Members of the instructional staff of the public
297  schools, subject to the rules of the State Board of Education
298  and the district school board, shall teach efficiently and
299  faithfully, using the books and materials required that meet the
300  highest standards for professionalism and historical accuracy,

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

301  following the prescribed courses of study, and employing
302  approved methods of instruction, the following:
303      (a)  The history and content of the Declaration of
304  Independence, including national sovereignty, natural law, self-
305  evident truth, equality of all persons, limited government,
306  popular sovereignty, and inalienable rights of life, liberty,
307  and property, and how they form the philosophical foundation of
308  our government.
309      (b)  The history, meaning, significance, and effect of the
310  provisions of the Constitution of the United States and
311  amendments thereto, with emphasis on each of the 10 amendments
312  that make up the Bill of Rights and how the constitution
313  provides the structure of our government.
314      (c)  The arguments in support of adopting our republican
315  form of government, as they are embodied in the most important
316  of the Federalist Papers.
317      (d)  Flag education, including proper flag display and flag
318  salute.
319      (e)  The elements of civil government, including the
320  primary functions of and interrelationships between the Federal
321  Government, the state, and its counties, municipalities, school
322  districts, and special districts.
323      (f)  The history of the United States, including the period
324  of discovery, early colonies, the War for Independence, the
325  Civil War, the expansion of the United States to its present

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                        2022 Legislature

326   boundaries, the world wars, and the civil rights movement to the
327   present. American history shall be viewed as factual, not as
328   constructed, shall be viewed as knowable, teachable, and
329   testable, and shall be defined as the creation of a new nation
330   based largely on the universal principles stated in the
331   Declaration of Independence.
332       (g)1.  The history of the Holocaust (1933-1945), the
333   systematic, planned annihilation of European Jews and other
334   groups by Nazi Germany, a watershed event in the history of
335   humanity, to be taught in a manner that leads to an
336   investigation of human behavior, an understanding of the
337   ramifications of prejudice, racism, and stereotyping, and an
338   examination of what it means to be a responsible and respectful
339   person, for the purposes of encouraging tolerance of diversity
340   in a pluralistic society and for nurturing and protecting
341   democratic values and institutions, including the policy,
342   definition, and historical and current examples of anti-
343   Semitism, as described in s. 1000.05(8) s. 1000.05(7), and the
344   prevention of anti-Semitism. Each school district must annually
345   certify and provide evidence to the department, in a manner
346   prescribed by the department, that the requirements of this
347   paragraph are met. The department shall prepare and offer
348   standards and curriculum for the instruction required by this
349   paragraph and may seek input from the Commissioner of
350   Education's Task Force on Holocaust Education or from any state

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                           2022 Legislature

351  or nationally recognized Holocaust educational organizations.
352  The department may contract with any state or nationally
353  recognized Holocaust educational organizations to develop
354  training for instructional personnel and grade-appropriate
355  classroom resources to support the developed curriculum.
356      2.  The second week in November shall be designated as
357  "Holocaust Education Week" in this state in recognition that
358  November is the anniversary of Kristallnacht, widely recognized
359  as a precipitating event that led to the Holocaust.
360      (h)  The history of African Americans, including the
361  history of African peoples before the political conflicts that
362  led to the development of slavery, the passage to America, the
363  enslavement experience, abolition, and the history and
364  contributions of ~~African~~ Americans of the African diaspora to
365  society. Students shall develop an understanding of the
366  ramifications of prejudice, racism, and stereotyping on
367  individual freedoms, and examine what it means to be a
368  responsible and respectful person, for the purpose of
369  encouraging tolerance of diversity in a pluralistic society and
370  for nurturing and protecting democratic values and institutions.
371  Instruction shall include the roles and contributions of
372  individuals from all walks of life and their endeavors to learn
373  and thrive throughout history as artists, scientists, educators,
374  businesspeople, influential thinkers, members of the faith
375  community, and political and governmental leaders and the

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                         2022 Legislature

376   courageous steps they took to fulfill the promise of democracy
377   and unite the nation. Instructional materials shall include the
378   vital contributions of African Americans to build and strengthen
379   American society and celebrate the inspirational stories of
380   African Americans who prospered, even in the most difficult
381   circumstances. Instructional personnel may facilitate
382   discussions and use curricula to address, in an age-appropriate
383   manner, how the individual freedoms of persons have been
384   infringed by slavery, racial oppression, racial segregation, and
385   racial discrimination, as well as topics relating to the
386   enactment and enforcement of laws resulting in racial
387   oppression, racial segregation, and racial discrimination and
388   how recognition of these freedoms has overturned these unjust
389   laws. However, classroom instruction and curriculum may not be
390   used to indoctrinate or persuade students to a particular point
391   of view inconsistent with the principles enumerated in
392   subsection (3) or the state academic standards. The department
393   shall prepare and offer standards and curriculum for the
394   instruction required by this paragraph and may seek input from
395   the Commissioner of Education's African American History Task
396   Force.
397         (i)   The elementary principles of agriculture.
398         (j)   The true effects of all alcoholic and intoxicating
399   liquors and beverages and narcotics upon the human body and
400   mind.

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                          2022 Legislature

401        (k)  Kindness to animals.

402        (l)  The history of the state.

403        (m)  The conservation of natural resources.

404        (n)1.  Comprehensive age-appropriate and developmentally

405   appropriate K-12 instruction on: health education that addresses

406        1.  Health education that addresses concepts of community

407   health, consumer health, environmental health, and family life,

408   including:

409        a.  Mental and emotional health.

410        a.b.  Injury prevention and safety.

411        b.c.  Internet safety.

412        c.d.  Nutrition.

413        d.e.  Personal health.

414        e.f.  Prevention and control of disease.

415        f.g.  Substance use and abuse.

416        g.h.  Prevention of child sexual abuse, exploitation, and

417   human trafficking.

418        2.  The health education curriculum For students in grades

419   7 through 12, shall include a teen dating violence and abuse.

420   This component must include that includes, but is not be limited

421   to, the definition of dating violence and abuse, the warning

422   signs of dating violence and abusive behavior, the

423   characteristics of healthy relationships, measures to prevent

424   and stop dating violence and abuse, and community resources

425   available to victims of dating violence and abuse.

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                              2022 Legislature

426      3.  ~~The health education curriculum~~ For students in grades
427  6 through 12, ~~shall include an~~ awareness of the benefits of
428  sexual abstinence as the expected standard and the consequences
429  of teenage pregnancy.
430      4.  Life skills that build confidence, support mental and
431  emotional health, and enable students to overcome challenges,
432  including:
433      a.  Self-awareness and self-management.
434      b.  Responsible decisionmaking.
435      c.  Resiliency.
436      d.  Relationship skills and conflict resolution.
437      e.  Understanding and respecting other viewpoints and
438  backgrounds.
439      f.  For grades 9 through 12, developing leadership skills,
440  interpersonal skills, organization skills, and research skills;
441  creating a resume, including a digital resume; exploring career
442  pathways; using state career planning resources; developing and
443  practicing the skills necessary for employment interviews;
444  workplace ethics and workplace law; managing stress and
445  expectations; and self-motivation.
446
447  Health education and life skills instruction and materials may
448  not contradict the principles enumerated in subsection (3).
449      (o)  Such additional materials, subjects, courses, or
450  fields in such grades as are prescribed by law or by rules of

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

451  the State Board of Education and the district school board in
452  fulfilling the requirements of law.
453        (p)  The study of Hispanic contributions to the United
454  States.
455        (q)  The study of women's contributions to the United
456  States.
457        (r)  The nature and importance of free enterprise to the
458  United States economy.
459        (s)  <u>Civic and character education on</u> ~~A character~~
460  ~~development program in the elementary schools, similar to~~
461  ~~Character First or Character Counts, which is secular in nature.~~
462  ~~Beginning in school year 2004-2005, the character development~~
463  ~~program shall be required in kindergarten through grade 12. Each~~
464  ~~district school board shall develop or adopt a curriculum for~~
465  ~~the character development program that shall be submitted to the~~
466  ~~department for approval.~~
467        ~~1.  The character development curriculum shall stress~~ the
468  qualities <u>and responsibilities</u> of patriotism and~~;~~
469  ~~responsibility;~~ citizenship<u>, including,</u>~~;~~ kindness; respect for
470  authority, life, liberty, and personal property; honesty;
471  charity; ~~self-control;~~ racial, ethnic, and religious tolerance;
472  and cooperation <u>and,</u>~~.~~
473        ~~2.  The character development curriculum for grades 9~~
474  ~~through 12 shall, at a minimum, include instruction on~~
475  ~~developing leadership skills, interpersonal skills, organization~~

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

476  ~~skills, and research skills; creating a resume, including a~~
477  ~~digital resume; exploring career pathways; using state career~~
478  ~~planning resources; developing and practicing the skills~~
479  ~~necessary for employment interviews; conflict resolution,~~
480  ~~workplace ethics, and workplace law; managing stress and~~
481  ~~expectations; and developing skills that enable students to~~
482  ~~become more resilient and self-motivated.~~
483       ~~3.  The character development curriculum~~ for grades 11 and
484  12, ~~shall include instruction on~~ voting using the uniform
485  primary and general election ballot described in s. 101.151(9).
486       (t)  In order to encourage patriotism, the sacrifices that
487  veterans and Medal of Honor recipients have made in serving our
488  country and protecting democratic values worldwide. Such
489  instruction must occur on or before Medal of Honor Day,
490  Veterans' Day, and Memorial Day. Members of the instructional
491  staff are encouraged to use the assistance of local veterans and
492  Medal of Honor recipients when practicable.
493
494  The State Board of Education is encouraged to adopt standards
495  and pursue assessment of the requirements of this subsection.
496  <u>Instructional programming</u> ~~A character development program~~ that
497  incorporates the values of the recipients of the Congressional
498  Medal of Honor and that is offered as part of a social studies,
499  English Language Arts, or other schoolwide character building
500  and veteran awareness initiative meets the requirements of

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

501  paragraph (t) ~~paragraphs (s) and (t)~~.
502      (3)  The Legislature acknowledges the fundamental truth
503  that all persons are equal before the law and have inalienable
504  rights. Accordingly, instruction and supporting materials on the
505  topics enumerated in this section must be consistent with the
506  following principles of individual freedom:
507      (a)  No person is inherently racist, sexist, or oppressive,
508  whether consciously or unconsciously, solely by virtue of his or
509  her race or sex.
510      (b)  No race is inherently superior to another race.
511      (c)  No person should be discriminated against or receive
512  adverse treatment solely or partly on the basis of race, color,
513  national origin, religion, disability, or sex.
514      (d)  Meritocracy or traits such as a hard work ethic are
515  not racist but fundamental to the right to pursue happiness and
516  be rewarded for industry.
517      (e)  A person, by virtue of his or her race or sex, does
518  not bear responsibility for actions committed in the past by
519  other members of the same race or sex.
520      (f)  A person should not be instructed that he or she must
521  feel guilt, anguish, or other forms of psychological distress
522  for actions, in which he or she played no part, committed in the
523  past by other members of the same race or sex.
524
525  Instructional personnel may facilitate discussions and use

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A    H O U S E    O F    R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

526    curricula to address, in an age-appropriate manner, how the
527    freedoms of persons have been infringed by sexism, slavery,
528    racial oppression, racial segregation, and racial
529    discrimination, including topics relating to the enactment and
530    enforcement of laws resulting in sexism, racial oppression,
531    racial segregation, and racial discrimination, including how
532    recognition of these freedoms have overturned these unjust laws.
533    However, classroom instruction and curriculum may not be used to
534    indoctrinate or persuade students to a particular point of view
535    inconsistent with the principles of this subsection or state
536    academic standards.
537         (4)   The State Board of Education shall develop or adopt a
538    curriculum to inspire future generations through motivating
539    stories of American history that demonstrate important life
540    skills and the principles of individual freedom that enabled
541    persons to prosper even in the most difficult circumstances.
542    This curriculum shall be known as "Stories of Inspiration" and
543    made available to schools to implement the requirements of
544    subsection (3).
545         Section 4.   Paragraph (d) of subsection (2) of section
546    1006.31, Florida Statutes, is amended to read:
547         1006.31   Duties of the Department of Education and school
548    district instructional materials reviewer.—The duties of the
549    instructional materials reviewer are:
550         (2)   EVALUATION OF INSTRUCTIONAL MATERIALS.—To use the

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

551  selection criteria listed in s. 1006.34(2)(b) and recommend for
552  adoption only those instructional materials aligned with the
553  Next Generation Sunshine State Standards provided for in s.
554  1003.41. Instructional materials recommended by each reviewer
555  shall be, to the satisfaction of each reviewer, accurate,
556  objective, balanced, noninflammatory, current, free of
557  pornography and material prohibited under s. 847.012, and suited
558  to student needs and their ability to comprehend the material
559  presented. Reviewers shall consider for recommendation materials
560  developed for academically talented students, such as students
561  enrolled in advanced placement courses. When recommending
562  instructional materials, each reviewer shall:

563       (d)  Require, when appropriate to the comprehension of
564  students, that materials for social science, history, or civics
565  classes contain the Declaration of Independence and the
566  Constitution of the United States. A reviewer may not recommend
567  any instructional materials that contain any matter reflecting
568  unfairly upon persons because of their race, color, creed,
569  national origin, ancestry, gender, religion, disability,
570  socioeconomic status, or occupation or otherwise contradict the
571  principles enumerated under s. 1003.42(3).

572       Section 5.  Paragraph (b) of subsection (4) of section
573  1012.98, Florida Statutes, is amended to read:

574       1012.98  School Community Professional Development Act.—
575       (4)  The Department of Education, school districts,

CODING: Words stricken are deletions; words underlined are additions.

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

576    schools, Florida College System institutions, and state
577    universities share the responsibilities described in this
578    section. These responsibilities include the following:
579        (b)   Each school district shall develop a professional
580    development system as specified in subsection (3). The system
581    shall be developed in consultation with teachers, teacher-
582    educators of Florida College System institutions and state
583    universities, business and community representatives, and local
584    education foundations, consortia, and professional
585    organizations. The professional development system must:
586        1.   Be reviewed and approved by the department for
587    compliance with s. 1003.42(3) and this section. All substantial
588    revisions to the system shall be submitted to the department for
589    review for continued approval.
590        2.   Be based on analyses of student achievement data and
591    instructional strategies and methods that support rigorous,
592    relevant, and challenging curricula for all students. Schools
593    and districts, in developing and refining the professional
594    development system, shall also review and monitor school
595    discipline data; school environment surveys; assessments of
596    parental satisfaction; performance appraisal data of teachers,
597    managers, and administrative personnel; and other performance
598    indicators to identify school and student needs that can be met
599    by improved professional performance.
600        3.   Provide inservice activities coupled with followup

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

601    support appropriate to accomplish district-level and school-
602    level improvement goals and standards. The inservice activities
603    for instructional personnel shall focus on analysis of student
604    achievement data, ongoing formal and informal assessments of
605    student achievement, identification and use of enhanced and
606    differentiated instructional strategies that emphasize rigor,
607    relevance, and reading in the content areas, enhancement of
608    subject content expertise, integrated use of classroom
609    technology that enhances teaching and learning, classroom
610    management, parent involvement, and school safety.
611        4.  Provide inservice activities and support targeted to
612    the individual needs of new teachers participating in the
613    professional development certification and education competency
614    program under s. 1012.56(8)(a).
615        5.  Include a master plan for inservice activities,
616    pursuant to rules of the State Board of Education, for all
617    district employees from all fund sources. The master plan shall
618    be updated annually by September 1, must be based on input from
619    teachers and district and school instructional leaders, and must
620    use the latest available student achievement data and research
621    to enhance rigor and relevance in the classroom. Each district
622    inservice plan must be aligned to and support the school-based
623    inservice plans and school improvement plans pursuant to s.
624    1001.42(18). Each district inservice plan must provide a
625    description of the training that middle grades instructional

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

626  personnel and school administrators receive on the district's
627  code of student conduct adopted pursuant to s. 1006.07;
628  integrated digital instruction and competency-based instruction
629  and CAPE Digital Tool certificates and CAPE industry
630  certifications; classroom management; student behavior and
631  interaction; extended learning opportunities for students; and
632  instructional leadership. District plans must be approved by the
633  district school board annually in order to ensure compliance
634  with subsection (1) and to allow for dissemination of research-
635  based best practices to other districts. District school boards
636  must submit verification of their approval to the Commissioner
637  of Education no later than October 1, annually. Each school
638  principal may establish and maintain an individual professional
639  development plan for each instructional employee assigned to the
640  school as a seamless component to the school improvement plans
641  developed pursuant to s. 1001.42(18). An individual professional
642  development plan must be related to specific performance data
643  for the students to whom the teacher is assigned, define the
644  inservice objectives and specific measurable improvements
645  expected in student performance as a result of the inservice
646  activity, and include an evaluation component that determines
647  the effectiveness of the professional development plan.
648       6.  Include inservice activities for school administrative
649  personnel that address updated skills necessary for
650  instructional leadership and effective school management

CODING: Words stricken are deletions; words underlined are additions.

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                      2022 Legislature

651  pursuant to s. 1012.986.
652      7.  Provide for systematic consultation with regional and
653  state personnel designated to provide technical assistance and
654  evaluation of local professional development programs.
655      8.  Provide for delivery of professional development by
656  distance learning and other technology-based delivery systems to
657  reach more educators at lower costs.
658      9.  Provide for the continuous evaluation of the quality
659  and effectiveness of professional development programs in order
660  to eliminate ineffective programs and strategies and to expand
661  effective ones. Evaluations must consider the impact of such
662  activities on the performance of participating educators and
663  their students' achievement and behavior.
664      10.  For middle grades, emphasize:
665      a.  Interdisciplinary planning, collaboration, and
666  instruction.
667      b.  Alignment of curriculum and instructional materials to
668  the state academic standards adopted pursuant to s. 1003.41.
669      c.  Use of small learning communities; problem-solving,
670  inquiry-driven research and analytical approaches for students;
671  strategies and tools based on student needs; competency-based
672  instruction; integrated digital instruction; and project-based
673  instruction.
674
675  Each school that includes any of grades 6, 7, or 8 must include

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

676  in its school improvement plan, required under s. 1001.42(18), a
677  description of the specific strategies used by the school to
678  implement each item listed in this subparagraph.
679      11.  Provide training to reading coaches, classroom
680  teachers, and school administrators in effective methods of
681  identifying characteristics of conditions such as dyslexia and
682  other causes of diminished phonological processing skills;
683  incorporating instructional techniques into the general
684  education setting which are proven to improve reading
685  performance for all students; and using predictive and other
686  data to make instructional decisions based on individual student
687  needs. The training must help teachers integrate phonemic
688  awareness; phonics, word study, and spelling; reading fluency;
689  vocabulary, including academic vocabulary; and text
690  comprehension strategies into an explicit, systematic, and
691  sequential approach to reading instruction, including
692  multisensory intervention strategies. Each district must provide
693  all elementary grades instructional personnel access to training
694  sufficient to meet the requirements of s. 1012.585(3)(f).
695      Section 6.  Paragraph (d) of subsection (3) of section
696  1002.20, Florida Statutes, is amended to read:
697      1002.20  K-12 student and parent rights.—Parents of public
698  school students must receive accurate and timely information
699  regarding their child's academic progress and must be informed
700  of ways they can help their child to succeed in school. K-12

Page 28 of 30

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

701  students and their parents are afforded numerous statutory
702  rights including, but not limited to, the following:
703      (3)  HEALTH ISSUES.—
704      (d)  *Reproductive health and disease education.*—A public
705  school student whose parent makes written request to the school
706  principal shall be exempted from the teaching of reproductive
707  health or any disease, including HIV/AIDS, in accordance with <u>s.</u>
708  <u>1003.42(5)</u> ~~s. 1003.42(3)~~. Each school district shall, on the
709  district's website homepage, notify parents of this right and
710  the process to request an exemption. The homepage must include a
711  link for a student's parent to access and review the
712  instructional materials, as defined in s. 1006.29(2), used to
713  teach the curriculum.
714      Section 7.  Paragraph (b) of subsection (4) of section
715  1006.40, Florida Statutes, is amended to read:
716      1006.40  Use of instructional materials allocation;
717  instructional materials, library books, and reference books;
718  repair of books.—
719      (4)  Each district school board is responsible for the
720  content of all materials used in a classroom or otherwise made
721  available to students. Each district school board shall adopt
722  rules, and each district school superintendent shall implement
723  procedures, that:
724      (b)  Provide a process for public review of, public comment
725  on, and the adoption of instructional materials, including

CODING: Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

hb0007-04-er

F L O R I D A   H O U S E   O F   R E P R E S E N T A T I V E S

ENROLLED

CS/HB 7, Engrossed 2                                    2022 Legislature

726  instructional materials used to teach reproductive health or any
727  disease, including HIV/AIDS, under ss. 1003.42(5) and 1003.46
728  ~~ss. 1003.42(3) and 1003.46~~, which satisfies the requirements of
729  s. 1006.283(2)(b)8., 9., and 11.
730        Section 8.  This act shall take effect July 1, 2022.

CODING: Words stricken are deletions; words underlined are additions.

hb0007-04-er