*Novoa v. Diaz* et al.,

# Exhibit 4 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

# Florida Legislative Session FY 2022-2023

### SB 1916/HB 1407

Establishes the Hunger-Free Campus Grant Program within the Florida Department of Agriculture and Consumer Services to address food insecurity on public post-secondary institution campuses.

### HB 7051

Permits educational institutions to select their accreditation agency or association but prohibits accreditation by the same accreditor for consecutive accreditation cycles.

### HB 7

Restricts topics deemed sensitive, including race, discrimination, sex, or national origin, from classroom instruction and workplace training; requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions.

### SB 520/HB 703

Makes confidential and exempt from public disclosure requirements any personal identifying information of an applicant for the position of president of a state university.



FAMU FLORIDA A&M UNIVERSITY
OFFICE OF GOVERNMENT
RELATIONS

## McBeth, Danielle

| | |
|---|---|
| **From:** | Calhoun, Rica H. |
| **Sent:** | Tuesday, May 3, 2022 8:56 AM |
| **To:** | Edington, Maurice D.; DRS Supt; Johnson, Micheal D.; Wallace, D.Denise; Thomas, Shira R.; Wallace, D.Denise; McBeth, Danielle; Watson, Allyson L.; Boston, Genyne H. |
| **Cc:** | Gasque, Edna C.; Singleton, Valeria R. |
| **Subject:** | New Legislation Resources |
| **Attachments:** | HB 7.pdf; 1001.42(8)(c) Parental Rights in Education.pdf |

Good morning,

We created some resources to support compliance with recent legislation:

1. HB 7: Individual Freedom
   a. This covers both FAMU an FAMU DRS in the employment and instruction context, prohibiting instruction and training in several concepts around race and social status. It amends several laws and there is a link to the staff analysis that can provide additional insight.
2. 1001.42(8)(c): Parental Rights in Education
   a. This is mostly for DRS, focused on the procedures that must be developed to notify parents of student monitoring and other prohibitions and consequences.

You can use as you see fit.


Best,

Rica

**Rica Calhoun, Esq., CCEP**
Chief Compliance and Ethics Officer
Office of Compliance and Ethics
Florida Agricultural & Mechanical University
105 Foote-Hilyer Administration Center
Tallahassee, Florida 32307
Telephone: (850) 412-7520
Website: famu.edu/oce

**FAMU** FLORIDA A&M UNIVERSITY
OFFICE OF COMPLIANCE
AND ETHICS

# HB 7: Individual Freedom-
# What You Should Know

## HB 7 affects the following statutes:

 **Florida Civil Rights Act**

 **Florida Educational Equity Act**

 **Required Instruction in Public Schools**

 **Instructional Materials and School Community Professional Act**

## Basics ———————————————

 **HB 7 may effect the ways in which employees and students are trained and taught.**

- Effective July 1, 2022
- Applies to employees, employers (15 employees or more), employment agencies, labor organizations, and K-20 public education students in the state of FL.
- Click HERE for the legislative staff analysis, which provides more explanation.

## Unlawful Employment Practices and Instruction ———————

**Prohibits: Subjecting any individual, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, to training, instruction, or any other required activity; or subjecting any K-20 public education student or employee to training or instruction, that espouses, promotes, advances, instils, or compels such individual to believe the following concepts :**

- **Moral Superiority**: Members of a particular race, color, national origin or sex are morally superior.
- **Inherent Racism**: An individual, by virtue of their race, color, national origin, or sex are inherently racist, sexist, or oppressive, whether consciously or unconsciously.
- **Privilege and Oppression**: An individual's moral character or status as either oppressed or privileged is determined by their race, color, national origin, or sex.
- **Discrimination for Past Action**: A person bears responsibility or should be discriminated against or receive adverse treatment because of actions committed in the past by other members of the same race, color, national origin, or sex.
- **Diversity and Inclusion**: A person should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion.
- **Responsibility for Past Action**: A person bears personal responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions, in which the person played no part, committed in the past by other members of the same race, color, national origin, or sex.
- **Oppressive Systems**: Merit, excellence, hard work, fairness, neutrality, objectivity and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex.

## Permissible Activity ———————————————

You may discuss the concepts listed above in training or instruction if you do so in an objective manner that does not indicate a preference for a particular concept.

## Penalties ———————————————

Depending on the substantiated violation, the University, or you personally, could face civil litigation and financial penalties. HB 7 violations could also render responsible SUS institutions ineligible for performance-based funding (PBF) in the subsequent fiscal year.

①



**FAMU** OFFICE OF COMPLIANCE AND ETHICS

# HB 7: Individual Freedom- What You Should Know

## HB 7 affects the following statutes:



**Florida Civil Rights Act**



**Florida Educational Equity Act**



**Required Instruction in Public Schools**



**Instructional Materials and School Community Professional Act**

## Basics



**This recently passed legislation may effect the ways in which employees and students are trained and taught.**

- Effective July 1, 2022
- Applies to employees, employers (15 employees or more), employment agencies, labor organizations, and K-20 public education students in the state of FL.
- Click HERE for the legislative staff analysis, which provides more explanation.

## Education Equity

HB 7 reiterates that all public K-20 education classes will be available without regard to race, color, sex, disability, religion, or marital status (does not include programs designed to meet needs of students with special needs and limited English proficiency).

The legislation also highlights that guidance, counseling, and financial assistance services shall be available to all students equally; guidance and counseling services shall provide access to academic and career opportunities without regard to race, color, sex, disability, religion, or marital status.

**Impermissible Activity:**
- **Generally**: Individuals may not be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any public K-20 education program or activity, or in any employment conditions or practices, on the basis of race, color ethnicity, national, origin, sex gender, disability, religion, or marital status.
- **Athletics**: Exclusion, on the basis of sex, from the benefits or participation in any interscholastic, intercollegiate, club, or intramural athletics offered by a public K-20 educational institution; and no public K-20 educational institution shall provide athletics separately on such basis.

## Permissible Activity

- **Single-Gender Classes and Sports**: Separation of students for single-gender programs for any portion of a class that deals with human reproduction, or participation in contact sports, including wrestling, boxing, rugby, ice hockey, football, basketball, and other sports in which the purpose or major activity involves bodily contact.
- **Separate Teams**: Operate or sponsor separate teams for members of each sex IF the selection for such teams is based on competitive skill or involves a bodily contact sport.

## Penalties

Depending on the substantiated violation, the University, or you personally, could face civil litigation and financial penalties. HB 7 violations could also render responsible SUS institutions ineligible for performance-based funding (PBF) in the subsequent fiscal year.



## January 28, 2022

### House Veteran Affairs Committee Passes HB 45
On January 25, 2022, the House Post-Secondary Education & Lifelong Learning Subcommittee unanimously passed HB 45, a bill relating to educational opportunities for disabled veterans. Beginning with the 2022-2023 academic year, the bill would assist qualified disabled veterans, who are Florida residents and receive tuition benefits under the GI Bill, to be eligible to receive a waiver for tuition and fees. The waiver would be equal to the amount that is the difference between the portion of tuition and fees covered under federal law and the full amount of tuition and fees at the institution attended to achieve a 100 percent award.

### IT Campus Security Safety Clears House
On January 25, 2022, the House Post-Secondary Education & Lifelong Learning Subcommittee unanimously approved HB 7019. The bill prevents the repeal of public records and public meetings exemption for information held by a state university or FCS institution related to IT security or potential breaches of security, IT security program risk assessments and evaluations, and audits held by the institution. The exemption from public records and public meetings requirements will be repealed on October 2, 2022 unless reviewed and reenacted by the Legislature. This bill would continue to keep IT security exempt from public records.

### House Clears School Safety Legislation
The House Early Learning & Elementary Education Subcommittee passed CS/HB 1421 with a 12-3 vote on January 25, 2022. According to the staff analysis, the bill improves transparency around school safety and addresses student mental health. The measure includes noncompliance; a model family reunification plan to reunite students and employees with their families if a school is closed due to a natural or manmade disaster; emergency drills; suicide screenings; and provides penalties for noncompliance.

### Architect Education Minority Assistance Program
On January 25, 2022, the Senate Regulated Industries Committee unanimously passed SB 1094, a bill relating to minority architect assistance. The bill creates the Architect Education Minority Assistance Program to provide scholarships to minority students enrolled in their fifth year of an architectural education program in Florida. Funds must be disbursed twice each year based on eligibility criteria established in the bill. The bill has two more stops before being heard on the Senate floor.

### Senate Nursing Shortage Panel Discussion

On January 26, 2022, the Senate Appropriations Subcommittee on Health and Human Services convened a panel on nurse staffing shortages in Florida and the efforts of the State producing more nurses in addressing the nursing shortage. Representatives from the Independent Colleges and Universities of Florida (ICUF), the State University System/Board of Governors (BOG), Florida College System (FCS), and Florida Hospital Association (FHA) recognized that the shortage was forecasted prior to the pandemic and emphasized the need for both short and long-term solutions. The panel agreed that now is not the time to reduce quality and encouraged maintaining high standards while allowing reasonable flexibility.

### Young Farmer and Rancher Grant

The Senate Agriculture, Environment, and General Government Appropriations Subcommittee unanimously passed SB 922 on January 26, 2022. The legislation supports startup functions associated with new farming and ranching operations within the Florida Department of Agriculture and Consumer Services (FDACS). The $5,000-$20,000 grants must foster the creation and expansion of agricultural businesses by eligible young farmers and ranchers in the State.

### Individual Freedom Legislation Approved by House Committee

Following intense public testimony from supporters and those in opposition, HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), passed the House Judiciary Committee by a vote of 14 to 7 on January 26, 2022. The "Individual Freedom" bill would legislate objectively taught instruction and training for the classroom and workplace for topics deemed sensitive, including race, discrimination, sex, or national origin. Among other provisions, the bill would ban books and other supporting materials that could prompt student discomfort about their gender, ethnic, or racial identity.

### Presidential Search Legislation

On January 27, 2022, the Senate Rules Committee approved CS/SB 520 by a vote of 12 to 5. Under the bill, the final group of applicants for president would no longer be confidential and exempt from public record requirements once a final group of applicants is established or 21 days before the date of a selection meeting, whichever is earlier. The House companion bill, CS/HB 703, was amended to 14 days and approved favorably by the House Post-Secondary Education & Lifelong Learning Subcommittee by a vote of 14-4 on January 18, 2022.



## February 4, 2022

### Moment of Silence for Coach Bobby "Mad Dog" Lang

On February 2, 2022, the Florida House of Representatives granted a moment of silence for Coach Bobby Lang. Coach Lang passed on January 6, 2022 and served as FAMU Coach for 33 years. Coach Lang earned countless awards, titles, and accolades during his coaching career. He became the first coach in Mid-Eastern Athletic Conference (MEAC) history to achieve the "triple crown" in athletics by winning conference titles in cross country, indoor track and field, and outdoor track and field. A member of the FAMU Hall of Fame, Coach Lang was inducted into the U.S. Track & Field and Cross-Country Coaches Association Hall of Fame in 2019. President Larry Robinson, Ph.D., and FAMU Head Football Coach Willie Simmons were recognized in the gallery by FAMU graduate Minority Leader Pro Tempore Kamia Brown (D-Ocoee).

### House and Senate Budget Proposals

During Week 4 of the Florida Legislative Session, the House Higher Education Appropriations Subcommittee released its proposed budget for FY 2022-2023, and we are pleased to report that it includes the $6.6 million Legislative Budget Request (LBR) for the FAMU-FSU College of Engineering and $3.3 million to support the Medical Marijuana Education and Research Initiative (MMERI). Consistent with the Governor's budget recommendation, both the House and Senate budget proposals include $265 million for Performance-Based Funding, of which FAMU received approximately $12 million for FY 2021-2022. To support the statewide nursing shortage, the House budget proposal allocates $40 million for the *Nursing Education Pipeline* and $6 million for *Linking Industry to Nursing Education*.

### BOG Chancellor Nursing Presentation

On February 3, 2022, the House Post-Secondary Education & Lifelong Learning Subcommittee heard presentations on staffing shortages from Board of Governor's (BOG) Chancellor Marshall Criser, III, along with representatives from the Florida Department of Education, Florida College System (FCS), and Independent Colleges and Universities of Florida (ICUF). Similar to presentations in previous weeks, presenters acknowledged that the statewide shortage was forecasted prior to the pandemic and emphasized the need for both short and long-term solutions. Noting that HB 1507 requires the BOG to assess trends on pre-licensure nursing education programs over 10 years, Chancellor Criser commented that

the challenges have existed since 1978, but he is encouraged by the innovative methods being utilized to get students acclimated while still in college. In response to inquiries about stretching resources and the competitiveness of the profession, Chancellor Criser cautioned that the need to increase enrollment should not compromise student quality as the goal is to see students from enrollment to licensure. As earlier referenced, the House budget proposal allocates $40 million for the *Nursing Education Pipeline* and $6 million for *Linking Industry to Nursing Education* to address the statewide nursing shortage.

### House Committee Passes Accreditation Legislation
The House Post-Secondary Education & Lifelong Learning Subcommittee passed HB 7051 on February 3, 2022 with a 10 to 3 vote. This legislation permits educational institutions to select their accreditation agency or association but prohibits accreditation by the same accreditor for consecutive accreditation cycles. The bill forces institutions to seek and obtain accreditation from an accrediting agency or association other than their current accreditor before their next affirmation date. In addition, the bill seeks to address textbook affordability and transparency of instructional materials, while providing consumer choice, improving articulation, and fostering innovation. The bill mandates that a list of required and recommended textbooks and instructional materials be posted on an educational institution's website at least 45 days before the first day of class for each term.

### Individual Freedom Legislation Approved by House Committee
HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), passed the House State Affairs Committee by a vote of 16 to 8 on February 1, 2022. The "Individual Freedom" bill would restrict topics deemed sensitive, including race, discrimination, sex, or national origin, from classroom instruction and workplace training. Among other provisions, the bill requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions.

### Presidential Search Legislation Passes House and Senate
On February 3, 2022, the House Government Operations Subcommittee approved CS/HB 703 by a vote of 14 to 4. Under the bill, the final group of applicants for president would no longer be confidential and exempt from public record requirements once a final group of applicants is established or 14 days before the date of a selection meeting, whichever is earlier. The Senate companion bill, CS/SB 520, is currently on third reading. Under CS/SB 520, the final group of applicants would no longer be confidential and exempt once a final group of applicants is established or 21 days before the date of a selection meeting, whichever is earlier.

### Medical Marijuana Public Records Exemption
On February 1, 2022, the House unanimously passed SB 7002, a bill to preserve the information relating to the medical use of marijuana held by the Department of Health (DOH) confidential and exempt from public records. The exempt information includes personal identifying information of patients, caregivers, and physicians held by the DOH and

relating to the Florida medical marijuana program. The bill passed both chambers and was sent to the Governor's desk.

### IT Campus Security Safety Clears House

On February 1, 2022, the House State Affairs Committee unanimously approved HB 7019 in its last committee stop. The bill prevents the repeal of information held by a state university related to IT security or potential breaches of security, IT security program risk assessments and evaluations, and audits held by the institution. The exemption from public records and public meetings requirements will be repealed on October 2, 2022, without Legislative action. If this bill becomes law, it will maintain the state university IT security exemption from public records.

### African-American Cemetery History Passes House Education Committee

On February 1, 2022, HB 447 unanimously passed its last committee stop, the House Education & Employment Committee. With recommendations from the Florida Task Force on Abandoned African-American Cemeteries, the bill establishes a curriculum on the history of African-American cemeteries. The bill encourages teachers to include the history of local African-American cemeteries when practicable.

### House and Senate Passes Hunger-Free Campus Grant Program

On February 2 and 3, 2022, SB 1916 and HB 1407 were unanimously approved by their respective Senate and House committees. The bills establish the Hunger-Free Campus Grant Program within the Florida Department of Agriculture and Consumer Services and would assist in addressing food insecurity on public post-secondary institution campuses. House bill sponsor Representative Susan Valdes (D-Tampa) stated that enactment of the legislation would allow an opportunity to take care of "our most precious commodity" and ensure they do not go hungry while working to obtain their education.



## February 11, 2022

### House and Senate Budget Proposals

During Week 5 of the Florida Legislative Session, the Senate and House Appropriations Committees approved proposed budgets for FY 2022-2023 for $108.6 billion and 105.3 billion, respectively. The Senate Appropriations Committee approved more than 100 amendments via consent, including one that would allocate $1 million for FAMU Campus-Wide Utility Infrastructure. Floor debate and amendments are expected during Week 6, with conference negotiations to follow to address the $3 billion difference between the two proposals. As referenced last week, the House budget includes the $6.6 million Legislative Budget Request (LBR) for the FAMU-FSU College of Engineering. Both the House and Senate budget proposals include $265 million for Performance-Based Funding, of which FAMU received approximately $12 million for FY 2021-2022. Notably, to support the statewide nursing shortage, the House budget proposal allocates $40 million for the *Nursing Education Pipeline* and $6 million for *Linking Industry to Nursing Education*.

### Accreditation & Textbook Affordability

The Senate Education Committee approved SB 7044 on February 8, 2022 by a vote of 6 to 3. Similar to HB 7051, which passed the House Post-Secondary Education & Lifelong Learning Subcommittee on February 3, 2022, the legislation permits educational institutions to select their accreditation agency or association but prohibits accreditation by the same accreditor for consecutive accreditation cycles. The bill forces institutions to seek and obtain accreditation from an accrediting agency or association other than their current accreditor before their next affirmation date. In addition, the bill seeks to address textbook affordability and transparency of instructional materials while providing consumer choice, improving articulation, and fostering innovation. The bill mandates that a list of required and recommended textbooks and instructional materials be posted on an educational institution's website at least 45 days before the first day of class for each term.

### IT Campus Security Safety Clears House

On February 10, 2022, the House unanimously passed SB 7004, a bill that prevents the repeal of public records and public meetings exemption for information held by public postsecondary institutions related to information technology (IT) security or potential breaches of security, IT security program risk assessments and evaluations, and audits held by the institution. The exemption from public records and public meetings requirements will repeal on October 2, 2022 unless reenacted by the Legislature.

## Individual Freedom

HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), was approved by the House Education & Employment Committee by a vote of 14 to 7 on February 9, 2022. The "Individual Freedom" bill would restrict topics deemed sensitive, including race, discrimination, sex, or national origin, from classroom instruction and workplace training. Among other provisions, the bill requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions.

## Executive Search

On February 10, 2022, the Senate crossed the two-thirds threshold to approve SB 520. Under the bill, the final group of applicants would no longer be confidential and exempt once a final group of applicants is established or 21 days before the date of a selection meeting, whichever is earlier. The House could consider the Senate-passed bill or its own version of the bill, HB 703, under which the final group of applicants for president would no longer be confidential and exempt from public record requirements once a final group of applicants is established or 14 days before the date of a selection meeting, whichever is earlier. Senator Jeff Brandes (R-St. Petersburg), sponsor of SB 520, stated that the Senate does not support the 14-day provision for public announcement of presidential candidates.

## Educational Support for Disabled Veterans

On February 8, 2022, the House Higher Education Appropriation Subcommittee unanimously passed HB 45. This bill would assist disabled veterans, who are Florida residents and receive tuition benefits under the GI Bill, to be eligible to receive a waiver for tuition and fees at a Florida educational institution. Beginning with the 2022-2023 academic year, the waiver would be equal to the amount that is the difference between the portion of tuition and fees covered under federal law and the full amount of tuition and fees at the institution attended to achieve a 100 percent award.

## History of African-American Cemeteries

SB 1516, sponsored by FAMU Alumni Senator Shevrin Jones (D-West Park), was unanimously approved by the Senate Education Committee on February 8, 2022. With recommendations from the Florida Task Force on Abandoned African-American Cemeteries, the bill establishes a curriculum on the history of African-American cemeteries and encourages teachers to include the history of local African-American cemeteries when practicable. The bill has two additional committees before being heard on the Senate floor.



## February 25, 2022

### FAMU Day at the Capitol

On February 24, 2022, the FAMU National Alumni Association (NAA) conducted a hybrid FAMU Day at the Capitol. The event, which was coordinated by the Office of Alumni Affairs, NAA Government Relations Committee, and Office of Government Relations, included a host of University and Legislative speakers, including President Larry Robinson, BOT Chairman Kelvin Lawson, Trustee Kristin Harper, Trustee Nicole Washington, Trustee Carrington Whigham, and NAA President Greg Clark. Due to the challenging schedule of House leadership, we were pleased to have recorded greetings from House Speaker Chris Sprowls (R-Clearwater). Rattler Legislative Caucus Members Senate Minority Leader Pro Tempore Bobby Powell, Jr. (D-Riviera Beach) and House Leader-Designate Ramon Alexander (D-Tallahassee), along with Leon County Legislative Delegation Members Senator Loranne Ausley (D-Leon) and Representative Allison Tant (D-Leon) were among those who welcomed Rattlers to the Capitol. The House approved the FAMU Day at the Capitol resolution and special presentations were provided by College of Law Dean Deidré Keller and Dean Mira Lowe of the School of Journalism & Graphic Communications.

### Accreditation & Textbook Affordability

The Senate Appropriations Committee approved SB 7044 on February 24, 2022, by a vote of 11 to 9. Similar to HB 7051, which was temporarily postponed on February 23, 2022 by the House Education & Employment Committee, the legislation would allow educational institutions to select their accreditation agency or association but prohibits accreditation by the same accreditor for consecutive accreditation cycles. The bill mandates that institutions seek and obtain accreditation from an accrediting agency or association other than their current accreditor before their next affirmation date. In addition, the bill seeks to address textbook affordability and transparency of instructional materials while providing consumer choice, improving articulation, and fostering innovation. The bill also mandates that a list of required and recommended textbooks and instructional materials be posted on an educational institution's website at least 45 days before the first day of class for each term.

### Individual Freedom

HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), was approved by the Florida House of Representatives by a vote of 74 to 41 on February 24, 2022. The "Individual Freedom" bill would restrict topics deemed sensitive, including race,

discrimination, sex, or national origin, from classroom instruction and workplace training. The bill requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions.

### Pharmacies and Pharmacy Benefit Managers

On February 25, 2022, HB 357, sponsored by Representative Jackie Toledo (R-Tampa), was unanimously approved by the Florida House of Representatives. Under the bill, the Florida Insurance Code would be responsible for the audit provisions of the Florida Pharmacy Act, which would allow an enforcement mechanism for the Office of Insurance Regulation to respond to possible violations by pharmacy benefit managers (PBM). Among other provisions, the bill allows pharmacies to appeal audit findings of health plans and PBMs utilizing the current dispute program administered by the Agency for Health Care Administration (AHCA).

### Educational Support for Disabled Veterans

On February 21, 2022, the House State Affairs Committee unanimously passed HB 45, sponsored by Representatives Christopher Benjamin (D-Miami Gardens) and Daisy Morales (D-Orlando). The bill would permit Florida residents who are disabled veterans and receive tuition benefits under the GI Bill, to be eligible to receive a waiver for tuition and fees at a Florida higher educational institution. Beginning with the 2022-2023 academic year, the waiver would be equal to the amount that is the difference between the portion of tuition and fees covered under federal law and the full amount of tuition and fees at the institution attended to achieve a 100 percent award. HB 45 is scheduled for floor consideration next week.

### Architect Education Minority Assistance Program

On February 22, 2022, the Senate Appropriations Subcommittee on Agriculture passed SB 1094, sponsored by Ana Maria Rodriguez (R-Doral). The bill creates the Architect Education Minority Assistance Program to provide scholarships to minority students enrolled in their fifth year of an architectural education program in Florida. The bill establishes a diverse advisory council to administer the program with funds disbursed twice each year based on eligibility criteria provided in the bill. It also permits Florida CFOs to invest funds into the program accounts.

### Congress Requests State Support for 1890 Land-Grant Institutions

FAMU graduates Agriculture Committee Chairman David Scott (D-GA) and Agriculture Committee Member Al Lawson (D-FL) joined Education and Labor Committee Chairman Bobby Scott (D-VA), HBCU Caucus Chair and Agriculture Committee Vice-Chair Alma Adams (D-NC), and Agriculture Research Subcommittee Chair Stacey Plaskett (D-VI) in co-signing a letter to Governors and state leadership regarding the disparate funding allocations between 1862 and 1890 land-grant institutions. The letter highlighted the contributions of 1890 land-grant institutions, including "methods to remove arsenate from contaminated water supplies and use ultraviolet light disinfection to remove pathogens and provide clean drinking water to the public" by FAMU researchers.



## March 4, 2022

### House and Senate Budget Proposals

With one week remaining, budget allocations have been agreed upon and released with the Florida Senate and House of Representatives meeting for budget conference negotiations. Of the $42.4 billion total allocations, $5 billion is dedicated to higher education, and $13.5 is allotted for PreK-12 education. We are pleased to report that the conferees agreed to allocate $6.62 million recurring for the FAMU-FSU College of Engineering and $1.5 million recurring for the College of Pharmacy-Peaden Education Center. To date, the Senate has maintained $265 million for Performance-Based Funding, while the House proposes $294.4 million. The two chambers are $10 million apart for funding to address the statewide nursing shortage, with the House allocating $40 million for the *Nursing Education Pipeline* and the Senate allocating $30 million. There is an agreement to appropriate $6 million for the *Linking Industry to Nursing Education* program. Conference negotiations must conclude by March 8, 2022, with a final vote prior to adjournment on March 11, 2022.

### Individual Freedom

HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), was approved by the Senate Rules Committee by a vote of 12 to 5 on March 1, 2022. The "Individual Freedom" bill would restrict topics deemed sensitive, including race, discrimination, sex, or national origin, from classroom instruction and workplace training. The bill requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions. The bill has been placed on the House calendar for floor action.

### Executive Search

On March 4, 2022, the House approved SB 520 by a vote of 86 to 26. The bill, sponsored by Senator Jeff Brandes (R-St. Petersburg) and Representative Sam Garrison (R-Fleming Island), would make applicants' personal identifying information and portions of meetings held to identify or assess applicants confidential and exempt. The exemption would not apply to meetings held to establish qualifications or compensation framework until a final group is confirmed. The final group of presidential applicants would no longer be confidential and exempt once a final group of applicants is established or 21 days before the date of a selection meeting, whichever is earlier. A presidential search is currently underway at 5 state university system (SUS) institutions. The bill will be presented to the Governor and will take effect upon signature.

### Pharmacies and Pharmacy Benefit Managers

On March 3, 2022, HB 357, sponsored by Representative Jackie Toledo (R-Tampa), was unanimously approved by the Florida Senate. Under the bill, the Florida Insurance Code would be responsible for the audit provisions of the Florida Pharmacy Act, which would allow an enforcement mechanism for the Office of Insurance Regulation to respond to possible violations by Pharmacy Benefit Managers (PBM). Among other provisions, the bill enables pharmacies to appeal audit findings of health plans and PBMs utilizing the current dispute program administered by the Agency for Health Care Administration (AHCA). The bill was quickly enrolled for receipt by the Governor.

### Educational Support for Disabled Veterans

On February 28, 2022, the Senate Appropriations Subcommittee on Education unanimously approved SB 554, sponsored by Senator Janet Cruz (D-Tampa), permitting it to be heard on the Senate floor on March 4, 2022. The bill would offer Florida residents who qualify as disabled veterans a waiver to achieve a 100 percent award for tuition and fees at a Florida educational institution. The bill provides a waiver for tuition and fees for those participating in a Florida-based education program approved under the federal educational assistance program. On March 2, 2022, the House identical bill, HB 45, sponsored by Representative Daisy Morales (D-Orlando), unanimously passed the House.

### Campus Emergency Response

On March 4, 2022, the House amended and unanimously approved SB 7006, sponsored by the Senate Education Committee. The bill would provide an exemption, from public records and meetings requirements, for portions of a campus emergency response meeting that addresses the response of a public postsecondary educational institution response to or plan for responding to an act of terrorism or other public safety crisis or emergency. The bill is subject to repeal on October 2, 2024, unless reviewed and saved by the Legislature.



## March 11, 2022

### FY 2022-2023 General Appropriations Act

Conference negotiations on the FY 2022-2023 budget concluded March 9, 2022, with significant allocations for FAMU. The 72-hour review period began on March 10, 2022, which will extend adjournment from March 11, 2022 until March 14, 2022. The conference report includes $265 million for Performance-Based Funding for formula distribution among SUS institutions in addition to support for our Legislative Budget Requests (LBR) and priority budget allocations outlined in the chart below.

| FY 2022-2023 BUDGET ALLOCATIONS | |
|---|---|
| | Conference Allocation |
| General Revenue/Student Fees (Includes $5 million Recurring Student Success Operational Enhancement) | $167,722,690 |
| FAMU-FSU Engineering (Includes $6.6 million Recurring Student Success Operational Enhancement) | $21,256,475 |
| Crestview Education Center (Recurring) | $1,500,000 |
| Need Based Financial Aid | $624,417 |
| Campus-Wide Utility Infrastructure (Non-recurring) | $27,700,000 |
| Nursing Education Pipeline (Non-recurring) | $1,082,597 |
| Deferred Maintenance (Non-recurring) | $26,910,864 |

### FY 2022 Omnibus Appropriations Bill

The Fiscal Year (FY) 2022 Consolidated Appropriations Bill, released on March 8, 2022, combined the 12 appropriations bills into one omnibus package to fund each agency of the federal government for a total of $1.5 trillion. The U.S. House of Representatives approved the 2,741-page bill on March 9, 2022, followed by the U.S. Senate during a late-night vote on March 10, 2022. The bill includes the largest increase in the maximum Pell Grant award in a decade, from $6,495 to $6,895. The bill also includes more than $17 billion for Title I, the largest allocation in 10 years, which will benefit FAMU DRS. FAMU joined national education associations in submitting requests for increases in several programmatic allocations of interest to the University, including the following:

- Strengthening HBCUs − $362.823 million ($25.204 million above FY 2021);
- Strengthening Historically Black Graduate Institutions (HBGIs) − $93.129 million ($5.816 million more than FY 2021);

- Strengthening HBCU Masters Programs – $14.834 million ($3.878 million more than FY 2021);
- Strengthening Institutions – $110.07 million ($1.063 million more than FY 2021);
- Federal Supplemental Educational Opportunity Grants – $895 million ($15 million more than FY 2021);
- National Oceanic and Atmospheric Association (NOAA) National Sea Grant College Program - $76 million ($1 million more than FY 2021);
- 1890s Extension Program - $65 million ($3 million more than FY 2021);
- Evans-Allen Programs - $80 million ($7 million more than FY 2021);
- Education Grants for 1890 Institutions - $28.5 million ($2 million more than FY 2021); and
- Agriculture and Food Research Initiative – $445 million ($10 million more than FY 2021).

## Accreditation & Textbook Affordability
The Senate approved SB 7044 on March 7, 2022, by 22 to 15, with the House passing the bill on March 9 with a vote of 77 to 40. The legislation would mandate educational institutions seek and obtain other accreditation in the year following reaffirmation or fifth-year review, prohibiting an institution from being accredited by the same accrediting agency or association for consecutive accreditation cycles. The bill also permits the Board of Governors (BOG) to adopt a regulation requiring each state university faculty member to undergo a comprehensive post-tenure review every five years. Additionally, the bill aims to address textbook affordability and transparency of instructional materials. The bill mandates that a list of required and recommended textbooks and instructional materials be posted on an educational institution's website at least 45 days before the first day of class for each term.

## Individual Freedom
HB 7, sponsored by Representative Bryan Avila (R-Miami Springs), was approved by the Senate by a vote of 12 to 5 on March 9, 2022. The "Individual Freedom" bill would restrict topics deemed sensitive, including race, discrimination, sex, or national origin, from classroom instruction and workplace training. The bill requires teachers to undergo life skills training and assures that instruction and supporting materials do not contradict the bill's "Individual Freedom" provisions. According to the bill analysis, "the bill requires that instruction, instructional materials, and professional development in public school must be consistent with the principle of individual freedom."

## Campus Emergency Response
On March 8, 2022, the Senate passed SB 7006, sponsored by the Senate Education Committee by a vote of 35 to 3. As previously amended by the House, the bill would exempt the portions of a campus emergency response meeting that addresses a SUS/FCS institution's response to or plan for responding to an act of terrorism or other public safety

crisis or emergency from public records and meetings requirements. The bill extends the exemption until October 2, 2024.

### Medical Marijuana Public Records Exemption

On March 8, 2022, the Senate unanimously passed SB 7002, sponsored by Senate Health Policy Committee, to preserve the information relating to the medical use of marijuana held by the Department of Health (DOH) confidential and exempt from public records. The exempt information includes personal identifying information of patients, caregivers, and physicians held by the DOH relating to the Florida medical marijuana program.

### Florida Bright Futures Scholarship Program

As unanimously approved by the House on March 10, 2022, HB 461, sponsored by Representatives Lauren Melo (R-Naples) and Susan Valdes (D-Tampa), would allow a student to meet the volunteer hours required of the Bright Futures Scholarship Program through paid work starting with the high school graduating class of 2022-2023. According to the staff analysis, "the bill requires a student meeting an award requirement through paid work to have approval from the district school board, the administrators of a nonpublic school, or the Department of Education for a home education program student."

### Dorothy L. Hukill Financial Literacy Act

The House unanimously approved SB 1054, sponsored by Senator Travis Hutson (R-Palm Coast), on March 8, 2022. The bill mandates each student to earn one-half credit in personal financial literacy and money management, beginning with students entering the 9th grade in the 2023-2024 school year. The bill was named after former Senator Dorothy Hukill who spent her legislative career advocating for financial literacy legislation for Florida high school students before her passing in 2018.

### HBCU Bomb Threat Resolution

On March 8, 2022, the U.S. House of Representatives joined the U.S. Senate to approve a resolution condemning the recent bomb threats at HBCUs. While noting that "threats against HBCUs disrupt campus environments, obstruct educational opportunities, increase anxiety, and instill fear" at "institutions that educate and produce a significant share of the Nation's Black leaders and innovators," the resolution calls on the Federal government to continue to work towards the eradication of violence on HBCU campuses.

### Emmet Till Antilynching Act of 2022

Legislation, attempted by Congress over 200 times to classify lynching as a federal hate crime is headed to President Joe Biden for enactment. The bill was approved by both houses of Congress on March 7, 2022.



## April 29, 2022

### Florida HBCU Impact Summit 2022

The second installment of the Florida HBCU Impact Summit was held at Florida Memorial University on April 22, 2022. In addition to a panel featuring all four Florida HBCU Presidents, Summit topics included *The Future Workforce and HBCUs*; *Social Justice and Economic Reform in the HBCU Community*; and *The Future of Funding for Higher Education*. President Larry Robinson, Ph.D., joined his colleagues to discuss planning and solution opportunities, partnerships, the pandemic, racial wealth gap, and collaborative career preparation. Annie Gainous Thompson, Ph.D., FAMU Assistant Professor in the College of Social Sciences, Arts & Humanities, discussed the need for civic engagement on our campuses, community impact, and advocating for social justice and economic development to prepare our students to make a positive impact on and in their respective communities.

### Congress Returns from District Work Period

The U.S. House and Senate convened on April 25, 2022 following a two-week district work period. Secretary of Education, Miguel Cardona, testified before the House Appropriations Committee on April 28, 2022, regarding the Department's Fiscal Year (FY) 2023 proposed budget request. With regard to enhanced federal support for HBCUs included in the budget proposal, Secretary Cardona commented that HBCUs continue to punch above their weight despite being historically under-resourced. He noted that HBCUs comprise three percent of all colleges and universities yet produce nearly 30 percent of business, management, and finance undergraduate degrees nationwide awarded to African American students. According to the Thurgood Marshall College Fund and the United Negro College Fund, HBCUs contribute nearly $15 billion annually to our national economy, as also echoed by Secretary Cardona.

### 850 Industrial Hemp Summit

On April 27, 2022, Tallahassee hosted its second annual *850 Industrial Hemp 2022 Summit* featuring Qian Zhang, Ph.D., Assistant Professor of FAMU-FSU College of Engineering, along with representatives of the College of Agriculture & Food Sciences, Satyanarayan Dev, Ph.D., Associate Professor of Biological Systems Engineering, and Matthew Mizereck, Industrial Hemp Pilot Project Site Monitor. Drs. Dev and Zhang discussed why hemp is one of the most viable solutions to economic and environmental challenges while Mr. Mizereck provided a presentation during the *Seeds & Cultivation* panel on research currently underway in Quincy for grain, CBD, and fiber strains of hemp as well as experiments on algae and plant production.

### Individual Freedom

With the close of the special session on April 22, 2022, the Governor signed HB 7 into law. Known as the "Individual Freedom" bill, the new law will restrict sensitive topics including race, discrimination, sex, or national origin, from public classroom instruction and workplace training. According to the bill analysis, "instruction, instructional materials, and professional development in public schools must be consistent with the principle of individual freedom." The effective date is July 1, 2022.

## McBeth, Danielle

| | |
|---|---|
| **From:** | McBeth, Danielle |
| **Sent:** | Monday, January 31, 2022 10:08 AM |
| **To:** | Cavazos, Ann Marie B. |
| **Subject:** | Question |
| **Attachments:** | Individual Freedom (Senate Bill Analysis).pdf; HB 7 - Individual Freedom Staff Analysis.pdf |

Good Morning,
As promised, the staff analysis for HB 7 is enclosed along with the Senate bill analysis. As noted in the Friday's update, HB 7 passed the House Judiciary Committee by a vote of 14-7 on January 26, 2022.

Rattler Regards,
Danielle

**From:** McBeth, Danielle
**Sent:** Friday, January 21, 2022 5:03 PM
**To:** Cavazos, Ann Marie B. <ann.cavazos@famu.edu>
**Cc:** Robinson, Larry <larry.robinson@famu.edu>; Edington, Maurice D. <maurice.edington@famu.edu>; Barge-Miles, Linda F. <linda.bargemiles@famu.edu>
**Subject:** Re: Question

Happy New Year Trustee Cavazos!
We are hopeful the impact will be minimal. SB 148 was approved by the Senate Education Committee this week by a vote of 6-3. As noted in the attached staff analysis, the bill includes provisions designed to protect individual freedoms and prevent discrimination in the workplace and in public schools. It specifies that subjecting any individual, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, to training, instruction, or any other required activity that espouses, promotes, advances, inculcates, or compels such individual to believe certain specified divisive concepts constitutes unlawful discrimination.

The House has not yet considered the companion bill.

Rattler Regards,
Danielle

**From:** "Cavazos, Ann Marie B." <ann.cavazos@famu.edu>
**Date:** Friday, January 21, 2022 at 4:13 PM
**To:** "McBeth, Danielle" <danielle.mcbeth@famu.edu>
**Subject:** Question

Hi Danielle,
Happy New Year!  Do you know what is going on with HB 7 and SB 148.  I understand it passed in the education but how is this bill going to impact FAMU as an HBCU?

Best,
Ann Marie

**HOUSE OF REPRESENTATIVES STAFF ANALYSIS**

**BILL #:**    HB 7    Individual Freedom
**SPONSOR(S):** Avila
**TIED BILLS:**     **IDEN./SIM. BILLS:**    SB 148

| REFERENCE | ACTION | ANALYST | STAFF DIRECTOR or BUDGET/POLICY CHIEF |
|---|---|---|---|
| 1) Judiciary Committee | 14 Y, 7 N | Mawn | Kramer |
| 2) State Affairs Committee | | | |
| 3) Education & Employment Committee | | | |

**SUMMARY ANALYSIS**

The Florida Civil Rights Act of 1992 secures for all individuals within the state freedom from discrimination because of race, color, religion, sex, pregnancy, national origin, age, handicap, or marital status in the areas of public accommodation, education, and employment. Florida law also prohibits discrimination on the basis of race, ethnicity, national origin, gender, disability, religion, or marital status in the state's public education system and prescribes the curriculum and sets instructional material requirements for the kindergarten through grade 12 ("K-12") public school system.

HB 7 expands the Florida Civil Rights Act to provide that subjecting a person, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, to training, instruction, or any other required activity that espouses, promotes, advances, inculcates, or compels such individual to believe certain concepts constitutes discrimination based on race, color, sex, or national origin under the Act.

The bill also revises provisions within Florida's Education Code to:
- Provide that it constitutes discrimination on the basis of race, color, national origin, or sex under the Code to subject a student or employee to training or instruction that espouses, promotes, advances, inculcates, or compels such student or employee to believe certain concepts.
- State the Legislature's acknowledgment of the fundamental truth that all persons are equal before the law and have inalienable rights.
- Require school instruction and supporting materials to be consistent with specified principles of individual freedom.

The bill may have an indeterminate fiscal impact on state and local governments.

The bill provides an effective date of July 1, 2022.

**FULL ANALYSIS**

**I. SUBSTANTIVE ANALYSIS**

A. EFFECT OF PROPOSED CHANGES:

**Background**

The Florida Civil Rights Act

The Florida Civil Rights Act of 1992 ("FCRA"), codified in Part I of chapter 760, Florida Statutes, secures for all individuals within the state freedom from discrimination because of race, color, religion, sex, pregnancy, national origin,[1] age, handicap, or marital status ("protected class").[2] These protections are in place to safeguard each individual's interest in personal dignity, making available to the state his or her full productive capacities.[3] These protections also help to secure the state against domestic strife and unrest, preserve the public safety, health, and general welfare, and promote the interests, rights, and privileges of individuals within the state.[4]

*Unlawful Employment Practices*

Under the FCRA, it is an unlawful employment practice for:
- An employer[5] of fifteen or more employees to:
  - Discharge or fail or refuse to hire a person, or otherwise discriminate against a person with respect to compensation, terms, conditions, or privileges of employment, because of his or her membership in a protected class.[6]
  - Limit, segregate, or classify employees or applicants for employment in any way which would deprive or tend to deprive a person of employment opportunities, or adversely affect a person's status as an employee, because of his or her membership in a protected class.[7]
- An employment agency[8] to:
  - Fail or refuse to refer for employment, or otherwise to discriminate against, a person because of his or her membership in a protected class.[9]
  - Classify or refer a person for employment on the basis of his or her membership in a protected class.[10]
- A labor organization[11] to:
  - Exclude or expel from its membership, or otherwise discriminate against, a person because of his or her membership in a protected class.[12]
  - Limit, segregate, or classify its membership or applicants for membership, or to classify or fail or refuse to refer a person for employment, in any way that would deprive or tend to deprive a person of employment opportunities, or adversely affect a person's status as an employee or as an applicant for employment, because of his or her membership in a protected class.[13]

---

[1] "National origin" includes ancestry. S. 760.02(5), F.S.

[2] S. 760.01(2), F.S.

[3] *Id.*

[4] *Id.*

[5] "Employer" means any person employing 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year, and any agent of such person. S. 760.02(7), F.S.

[6] S. 760.10(1)(a), F.S.

[7] S. 760.10(1)(b), F.S.

[8] "Employment agency" means any person regularly undertaking, with or without compensation, to procure employees for an employer or to procure for employees opportunities to work for an employer, and includes an agent of such a person. S. 760.02(8), F.S.

[9] S. 760.10(2), F.S.

[10] *Id.*

[11] "Labor organization" means any organization which exists for the purpose, in whole or in part, of collective bargaining or of dealing with employers about grievances, employment terms or conditions, or other mutual aid or protection in connection with employment. S. 760.02(9), F.S.

[12] S. 760.10(3)(a), F.S.

[13] S. 760.10(3)(b), F.S.

- o Cause or attempt to cause an employer to discriminate against a person in violation of unlawful employment practices law.[14]
- An employer, labor organization, or joint labor-management committee[15] controlling apprenticeship or other training, including on-the-job-training programs, to discriminate against a person because of his or her membership in a protected class in admission to, or employment in, a program established to provide apprenticeship or other training.[16]
- An employer, labor organization, employment agency, or joint labor-management committee to print, or cause to be printed or published, a notice or advertisement relating to employment, membership, classification, referral for employment, or apprenticeship or other training, indicating a preference, limitation, specification, or discrimination, based on membership in a protected class.[17]
- An employer, employment agency, a joint labor-management committee, or a labor organization to discriminate against a person because he or she has:
  - o Opposed a practice which is an unlawful employment practice under the FCRA; or
  - o Made a charge, testified, assisted, or participated in any way in an investigation, proceeding, or hearing involving an unlawful employment practice under the FCRA.[18]

These prohibitions do not apply to a religious corporation, association, educational institution, or society which conditions employment or public accommodation opportunities to its own members or persons who subscribe to its tenets or beliefs.[19] Such a group may give preference in employment to a person of a particular religion to perform work connected with the carrying on by the group of its various activities.[20]

Further, it is not an unlawful employment practice for an employer, employment agency, labor organization, or joint labor-management committee to:
- Observe the terms of a bona fide seniority system, a bona fide employee benefit plan, or a system which measures earnings by quantity or quality of production, which is not designed, intended, or used to evade the FCRA.[21]
- Take or fail to take any action on the basis of:
  - o Membership in a protected class when such membership is a bona fide occupational qualification (BFOQ) reasonably necessary for the performance of the particular employment to which such action or inaction is related.[22]
  - o Age, under a law or regulation governing any employment or training program designed to benefit individuals of a particular age group.[23]
  - o Marital status, if such status is prohibited under its anti-nepotism policy.[24]

In a civil action or administrative proceeding brought under the FCRA, a finding that a person employed by the state or a governmental entity or agency has committed unlawful employment discrimination constitutes, as a matter of law, just or substantial cause for such person's discharge.[25]

*Florida Commission on Human Relations*

The FCRA creates the Florida Commission on Human Relations ("commission"),[26] which is assigned to the Department of Management Services ("DMS")[27] to promote and encourage fair treatment and equal

---

[14] S. 760.10(3)(c), F.S.

[15] Joint labor-management committees are established under the federal Labor Management Cooperation Act of 1978. 29 U.S.C. s. 175a (2022).

[16] S. 760.10(4), F.S.

[17] S. 760.10(6), F.S.

[18] S. 760.10(7), F.S.

[19] S. 760.10(9), F.S.

[20] *Id.*

[21] S. 760.10(8)(b), F.S.

[22] S. 760.10(8)(a), F.S.

[23] S. 760.10(8)(c), F.S.

[24] S. 760.10(8)(d), F.S.

[25] S. 760.11(15), F.S.

[26] The commission is comprised of 12 members appointed by the governor for four-year terms, subject to Senate confirmation. The commission must select one commissioner to serve as chairperson for a two-year term and appoint an executive director who, with the

opportunity for all persons, regardless of membership in a protected class, and mutual understanding and respect among all members of all economic, social, racial, religious, and ethnic groups.[28] The commission is also statutorily required to seek to eliminate discrimination against, and antagonism between, religious, racial, and ethnic groups and their members.[29] To accomplish its purpose, the FCRA grants the commission specified powers, including the power to:

- Receive, initiate, investigate,[30] seek to conciliate, hold hearings on, and act upon complaints alleging an unlawful practice under the FCRA;
- Issue subpoenas for, administer oaths or affirmations to and compel the attendance and testimony of witnesses or issue subpoenas to compel the production of books, papers, and other evidence pertaining to an investigation or hearing convened by the commission;[31] and
- Promulgate rules to effectuate the FCRA's purposes and policies and govern the commission's proceedings in accordance with the Administrative Procedures Act.[32]

### Remedies for Unlawful Discrimination

Under the FCRA, a person aggrieved by the violation of a Florida statute making unlawful discrimination due to membership in a protected class in the areas of education, employment, or public accommodation ("discriminatory practice") may file a complaint with the commission within 365 days of the alleged violation naming the responsible party ("respondent") and describing the violation and the relief sought.[33] The commission, a commissioner, or the Attorney General ("AG") may also file a complaint in the same manner.[34] Within five days of its filing, the commission must, by registered mail, send a copy of the complaint to the respondent.[35] The respondent may file an answer to the complaint within 25 days of its filing and must mail a copy of the answer to the aggrieved party.[36]

If another state agency or state government unit has jurisdiction over a complaint's subject matter and has legal authority to investigate the complaint, the commission may refer the complaint to such agency for investigation.[37] Unless such a referral is made, the commission must investigate the complaint's allegations and, within 180 days of its filing, determine if there is reasonable cause to believe that a discriminatory practice occurred.[38] After this determination, the commission must, by registered mail, promptly notify the parties of the determination and the available remedies.[39]

---

commission's consent, may employ necessary personnel. The commissioners must be broadly representative of various racial, religious, ethnic, social, economic, political, and professional groups within the state, and at least one commissioner must be at least 60 years old. The governor may only remove a commissioner for cause, subject to removal or reinstatement by the Senate. S. 760.03, F.S.
[27] The commission, in the performance of its duties, is not subject to DMS's control, supervision, or direction. S. 760.04, F.S.
[28] Six commissioners constitute a quorum for conducting business, but the commission may establish panels of not less than three commissioners to exercise its powers, subject to the procedures and limitations set by commission rule. Three commissioners serving on such panels constitute a quorum for conducting business. Ss. 760.03, 760.04, and 760.05, F.S.
[29] S. 760.05, F.S.
[30] In investigating, the commission and its investigators must have access at all reasonable times to premises, records, documents, and other evidence or possible evidence sources and may examine, record, and copy such materials and take and record the testimony or statements of such persons as are reasonably necessary for the investigation's furtherance. S. 760.06(6), F.S.
[31] Should someone refuse to obey a commission-issued subpoena, the commission may apply to any circuit court of the state, which may order the witness to appear before the commission to give testimony and to produce evidence concerning the matter in question. Failure to obey the court's order may be punished as contempt of court. If the court issues a contempt order or an order compelling a person to comply with the commission's order or subpoena, the court shall order the person to pay the commission reasonable expenses, including reasonable attorney fees, accrued by the commission in obtaining the court order. S. 760.06(6), F.S.
[32] The APA, set out in ch. 120, F.S., provides uniform procedures for the exercise of specified authority, including the authority to conduct hearings, engage in rulemaking, and issue or act against professional licenses, by specified government agencies and officers. S. 760.06, F.S.
[33] The commission may require that additional information be in the complaint. S. 760.11(1), F.S.
[34] In lieu of filing a complaint with the commission, a person may file a complaint with the Equal Employment Opportunity Commission or with any unit of state government which is a fair-employment-practice agency under 29 C.F.R. ss. 1601.70-1601.80. S. 760.11(1), F.S.
[35] Id.
[36] Id.
[37] S. 760.11(2), F.S.
[38] If a complaint is within the commission's jurisdiction, the commission must attempt to correct the alleged discrimination by informal methods of conference, conciliation, and persuasion. The commission may also initiate dispute resolution procedures, including voluntary arbitration, by special magistrates or mediators and must adopt rules as to the qualifications of such special magistrates and mediators. The commission's reasonable cause determination is not final agency action subject to judicial review. S. 760.11(3), (11), and (13), F.S.
[39] Id.

If the commission determines there is reasonable cause to believe that a discriminatory practice occurred, the aggrieved person may either:

- Bring a civil action against the respondent; or
- Request an administrative hearing under the APA.[40]

A civil action under the FCRA must be brought within one year of the commission's reasonable cause determination.[41] In such an action, the court may:

- Prohibit the discriminatory practice and provide affirmative relief;
- Award compensatory damages, including for intangible injuries;[42]
- Award punitive damages;[43] and
- Award reasonable attorney fees to the prevailing party.[44]

The right to a jury trial is preserved where the plaintiff seeks damages, and any party may demand a jury trial.[45] However, if the statute prohibiting unlawful discrimination provides an administrative remedy, a civil action may be initiated only after such administrative remedy is exhausted.[46]

An administrative hearing under the FCRA must be requested no later than 35 days after the commission's reasonable cause determination.[47] The commission may hear the case if the final order is issued by commissioners who did not conduct the hearing or request that the case be heard by an administrative law judge ("ALJ").[48] If the hearing officer finds that a discriminatory practice has occurred, the hearing officer must issue an appropriate proposed or recommended order prohibiting the practice and providing affirmative relief.[49] The commission must issue a final order within 90 days of the rendering of the proposed or recommended order, but this period may be extended if all parties consent.[50] The commission may also award reasonable attorney fees to the prevailing party.[51] If the commission determines that it does not have reasonable cause to believe a discriminatory practice occurred, the commission must dismiss the complaint.[52] The aggrieved person may request an administrative hearing within 35 days of the reasonable cause determination, which must be heard by an ALJ.[53] If the ALJ finds that a discriminatory practice occurred, he or she must issue a recommended order prohibiting the practice and recommending affirmative relief.[54] The commission must issue a final order within 90 days of the rendering of the recommended order, but this period may be extended if all parties consent.[55] The commission may also award reasonable attorney fees to the prevailing party.[56] If

---

[40] The aggrieved person's election of a civil or administrative remedy makes such remedy the exclusive remedy available to the aggrieved person. S. 760.11(4), F.S.

[41] The commission loses jurisdiction over the complaint after a civil action is filed but may intervene in the civil action. S. 760.11(5), F.S.

[42] "Compensatory damages," also known as "actual damages," are those damages intended to compensate an injured party for his or her actual, proven loss or injury. The amount of compensatory damages awarded must "be precisely commensurate with the injury suffered." However, under the FCRA, the total amount of recovery against the state and its agencies and subdivisions may not exceed the limitations set forth in s. 768.28(5), F.S. – that is, $200,000 per person or $300,000 per incident, unless the payment of any portion of a judgment exceeding such amounts is authorized by act of the legislature. Legal Information Institute, *Actual Damages*, https://www.law.cornell.edu/wex/actual_damages (last visited Jan. 26, 2022); *Birsdall v. Coolidge*, 93 U.S. 64 (1876); S. 760.11(5), F.S.

[43] "Punitive damages" are those damages awarded to punish the defendant for behavior that is especially egregious. Under the FCRA, punitive damages awarded to an aggrieved person may not exceed $100,000, but the state and its agencies and subdivisions are not liable for punitive damages. Legal Information Institute, *Punitive Damages*, https://www.law.cornell.edu/wex/punitive_damages (last visited Jan. 26, 2022); S. 760.11(5), F.S.

[44] S. 760.07, F.S.

[45] Ss. 760.07 and 760.11(5), F.S.

[46] S. 760.07, F.S.

[47] S. 760.11(6), F.S.

[48] *Id.*

[49] *Id.*

[50] The commission's final orders are subject to judicial review under the APA. A judgment for the amount of damages and costs assessed under a final order by the commission may be entered in a court having jurisdiction over the final order and may be enforced like any other judgment. S. 760.11(6), (10), and (13), F.S.

[51] The provision of attorney fees must be interpreted in a manner consistent with federal case law involving a Title VII action. S. 760.11(6), F.S.

[52] S. 760.11(7), F.S.

[53] *Id.*

[54] *Id.*

[55] *Id.*

[56] *Id.*

the commission's final order determines that a discriminatory practice occurred, the aggrieved person may bring a civil action against the respondent within one year of the final order or accept the affirmative relief offered by the commission, but may not pursue both remedies.[57]

If the commission fails to make a reasonable cause determination or conciliate on a complaint within 180 days after its filing:

- An aggrieved person may proceed as if reasonable cause was determined to exist.[58]
- The commission must promptly notify the aggrieved person of its failure, which notice must list all available options and inform the aggrieved person that he or she must file a civil action within one year after the date the notice was mailed.[59]
- No liability for back pay may accrue from a date more than two years before the complaint's filing with the commission.[60]

*Enforcement by the Attorney General (AG)*

In addition to the civil and administrative remedies provided to an aggrieved person, the AG may bring a civil action[61] for damages, injunctive relief, civil penalties not exceeding $10,000 per violation, and other appropriate relief if she has reasonable cause to believe that any person or group has:

- Engaged in a pattern or practice of discrimination as defined by state law; or
- Been discriminated against under state law in a manner that raises an issue of great public interest.[62]

Damages recovered in such a proceeding accrue to the injured party, but the prevailing party is entitled to an award of attorney fees and costs.[63] Further, in any such proceeding, the respondent may request, before a responsive pleading is due, that a hearing be held no earlier than five days after, but no more than 30 days after, the complaint is filed for the court to determine whether the complaint makes a prima facie showing that a pattern or practice of discrimination exists or that, as a result of discrimination, an issue of great public interest exists.[64]

Florida Public Education Requirements

*Florida Educational Equity Act*

The Florida Educational Equity Act[65] ("Act") requires equal access to, and prohibits discrimination against, any student or employee of the state's K-20 public education system on the basis of:[66]

- Race;
- Ethnicity;
- Gender;
- National origin;
- Disability;
- Religion; or
- Marital status.

No individual shall, on the bases described above, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any public K-20 education program or activity, or in

---

[57] *Id.*
[58] S. 760.11(8)(a), F.S.
[59] S. 760.11(8)(b), F.S.
[60] S. 760.11(8)(c), F.S.
[61] The AG may file such an action in the circuit court of the county where the cause of action arose or in the circuit court of the Second Judicial Circuit in Leon County, Florida. S. 760.021(2), F.S.
[62] S. 760.021(1), F.S.
[63] S. 760.021(4) and (5), F.S.
[64] S. 760.021(3), F.S.
[65] S. 1000.05, F.S.
[66] S. 1000.05(2), F.S.

any employment conditions or practices, conducted by a public educational institution that receives or benefits from federal or state financial assistance.[67]

Additionally, the prohibition on discrimination, on the same bases as described above, extends to participation in any interscholastic, intercollegiate, club, or intermural athletics offered by a public K-20 educational institution; and no K-20 education institution may provide athletics separately on such basis, except as provided by law.[68]

The Act is implemented by the Board of Governors through regulations[69] and rules adopted by the State Board of Education ("SBE").[70] Additionally, the Office of Equal Educational Opportunity, within the Department of Education ("DOE"), serves implementation functions including but not limited to the following:[71]

- Requiring all district school boards and Florida College System institution boards of trustees to develop and submit plans for the implementation of the Act to the DOE.
- Requiring all district school boards and Florida College System institution boards of trustees to submit data and information necessary to determine compliance with the Act.
- Developing and implementing enforcement mechanisms with appropriate penalties to ensure that public K-12 schools and Florida College System institutions comply with Title IX of the Education Amendments of 1972 and the Act.
- Reporting to the Commissioner of Education any district school board or Florida College System institution board of trustees found to be out of compliance with the Act or the SBE rules implementing the Act.

In addition to the above prohibitions, the Act expressly requires that any discrimination motivated by anti-Semitic[72] intent be treated in an identical manner to discrimination motivated by race.[73]

The Act provides a cause of action for anyone aggrieved by a violation of the Act. Such an individual is authorized to seek equitable relief and, should he or she prevail, may be awarded reasonable attorney fees and court costs.[74]

### Required Instruction in Public Schools

Each district school board is responsible for providing all courses required for middle grades promotion, high school graduation, and appropriate instruction designed to ensure that students meet SBE adopted standards in reading and other language arts, mathematics, science, social studies, foreign languages, health and physical education, and the arts.[75]

Public school teachers are required to teach efficiently and faithfully, using the books and materials required that meet the highest standards for professionalism and historical accuracy, and employing approved methods of instruction and certain prescribed courses of study, including health education

---

[67] S. 1000.05(2)(a), F.S. Students may be separated for permissible single gender programs, for portions of a class that deals with human reproduction, or during participation in bodily contact sports. S. 1000.05(2)(d), F.S. All K-20 public education classes and guidance services must be made available to students without regard to any of the bases described above. Ss. 1000.05(2)(c) and (e), F.S.

[68] S. 1000.05(3), F.S. Public K-20 educational institutions are authorized to maintain separate teams for members of each gender or based on ability in certain circumstances. S. 1000.05(3)(b)-(c), F.S. It is the responsibility of the Board of Governors and the Commissioner of Education to determine whether equal athletic opportunities are provided for both genders at state universities and in school districts and Florida College System institutions, respectively. S. 1000.05(3)(d), F.S.

[69] Board of Governors, Regulation 2.003 (2020).

[70] Ch. 6A-19, F.A.C.

[71] S. 1000.05(6), F.S.

[72] For purposes of this section, the term "anti-Semitism" includes a certain perception of the Jewish people, which may be expressed as hatred toward Jewish people, rhetorical and physical manifestations of anti-Semitism directed toward a person, his or her property, or toward Jewish community institutions or religious facilities. S. 1005.05(7), F.S. The Act also lists examples of anti-Semitism. S. 1000.05(7)(a)-(b), F.S.

[73] S. 1000.05(7), F.S.

[74] S. 1000.05(8), F.S.

[75] S. 1003.42(1), F.S.

and character development.[76] The SBE is encouraged to adopt standards and pursue assessment of the requirements for prescribed courses of study and methods of instruction employed by public school teachers.[77]

SBE rules regarding required instruction and reporting require that instruction on the required topics must be factual and objective, and may not suppress or distort significant historical events, such as the Holocaust, slavery, the Civil War and Reconstruction, the civil rights movement, and the contributions of women, African American and Hispanic people to our country.[78] Pursuant to rules of the Department of Education, examples of theories that distort historical events and are inconsistent with SBE-approved standards include the denial or minimization of the Holocaust, and the teaching of Critical Race Theory, meaning the theory that racism is not merely the product of prejudice, but that racism is embedded in American society and its legal systems in order to uphold the supremacy of white persons.[79] Instruction may not utilize material from the 1619 Project[80] and may not define American history as something other than the creation of a new nation based largely on universal principles stated in the Declaration of Independence.[81]

### Health Instruction

Teachers must provide instruction on comprehensive age-appropriate and developmentally appropriate K-12 health education that addresses concepts of community health, consumer health, environmental health, and family life, including:[82]
- Mental and emotional health.
- Injury prevention and safety.
- Internet safety.
- Nutrition.
- Personal health.
- Prevention and control of disease.
- Substance use and abuse.
- Prevention of child sexual abuse, exploitation, and human trafficking.
- For students in grades 7 through 12, a teen dating violence and abuse component.
- For students in grades 6 through 12, an awareness of the benefits of sexual abstinence as the expected standard and the consequences of teenage pregnancy.

### Character Development Program

Each district school board is required to adopt or develop a character development program for students, which must be approved by the DOE.[83] The character development curriculum must stress the qualities of patriotism; responsibility; citizenship; kindness; respect for authority, life, liberty, and personal property; honesty; charity; self-control; racial, ethnic, and religious tolerance; and cooperation.[84]

In addition, the character development curriculum for grades 9 through 12 must, at a minimum, include instruction on developing leadership skills, interpersonal skills, organization skills, and research skills;

---

[76] S. 1003.42(2), F.S. Required instruction includes, for example, the history and content of the Declaration of Independence, the arguments in support of adopting our republican form of government, flag education, the history of the Holocaust, the history of African Americans, and kindness to animals. *Id.* Instructional staff of charter schools are exempt from the required instruction section of law. S. 1002.33(16), F.S.

[77] S. 1003.42(2), F.S.

[78] Rule 6A-1.094124(3)(b), F.A.C.

[79] Rule 6A-1.094124(3)(b), F.A.C.

[80] The 1619 Project argues that 1619 is the basis for discussing America's founding. In addition, the author asserted that the Revolutionary War was fought to protect the institution of slavery. Erford, A, *The 1619 Project and the Importance of Historical Significance and Argumentation in the History and Social Studies Classroom* (2021), Teaching History: A Journal of Methods, 46(2), 30+, https://go.gale.com/ps/i.do?p=AONE&u=18551_mcpls&id=GALE|A688507445&v=2.1&it=r&sid=bookmark-AONE&asid=9b710f88 (last visited Jan. 26, 2022).

[81] Rule 6A-1.094124(3)(b), F.A.C.

[82] S. 1003.42(2)(n), F.S.

[83] S. 1003.42(2)(s), F.S.

[84] S. 1003.42(2)(s)1., F.S.

creating a resume, including a digital resume; exploring career pathways; using state career planning resources; developing and practicing the skills necessary for employment interviews; conflict resolution, workplace ethics, and workplace law; managing stress and expectations; and developing skills that enable students to become more resilient and self-motivated.[85]

The character development curriculum for grades 11 and 12 must include instruction on voting using the uniform primary and general election ballot.[86]

A character development program that incorporates the values of the recipients of the Congressional Medal of Honor and that is offered as part of a social studies, English Language Arts, or other schoolwide character building and veteran awareness initiative satisfies the requirements of the character development curriculum.[87]

### Public School Instruction Materials

#### Adoption of State Instructional Material

At the state level, the Commissioner of Education (commissioner) adopts instructional materials according to a five-year rotating schedule.[88] The SBE adopts the rules for the DOE to evaluate instructional materials submitted by publishers and manufacturers in each adoption.[89] The commissioner must determine annually the areas in which instructional materials will be submitted for adoption and the number of titles in each area.[90] The commissioner must appoint three state or national experts in the content areas submitted for adoption to review the instructional materials.[91]

#### Adoption of School District Instructional Materials

At the school district level, the district school board has the constitutional duty and responsibility to select and provide adequate instructional materials for all students.[92] The school board must provide adequate instructional materials for its students, ensure the materials are consistent with the district's educational goals, and ensure the materials meet the objectives and the curriculum frameworks adopted by the SBE.[93]

The district school board is authorized to implement an instructional materials program that includes the review, recommendation, adoption, and purchase of materials.[94] The district school board may utilize the state-adopted instructional materials list or instructional materials adopted through the district instructional materials program.[95] Additionally, the district school superintendent must certify to the DOE on an annual basis that all instructional materials for core courses used by the district are aligned with applicable state standards.[96]

#### Requirements for Review of Instructional Materials

Reviewers of instructional materials may recommend for adoption only instructional materials aligned with state educational standards.[97] In addition, reviewers must consider the:[98]
- Age of the students who normally could be expected to have access to the material.
- Educational purpose to be served by the material.

---

[85] S. 1003.42(2)(s)2., F.S.
[86] S. 1003.42(2)(s)3., F.S.
[87] S. 1003.42(2), F.S.
[88] S. 1006.36(1), F.S.
[89] S. 1006.34(1), F.S.; Rule 6A-7.0710, F.A.C.
[90] S. 1006.29(1)(a), F.S.
[91] S. 1006.29(1)(b), F.S.
[92] S. 1006.28(2)
[93] Ss. 1006.28(1) and 1001.03(1), F.S.
[94] S. 1006.283(1).
[95] S. 1006.28(2)(a)1., F.S.
[96] S. 1006.283(1), F.S.
[97] S. 1006.31(2), F.S.
[98] Ss. 1006.31(2) and 1006.34(2)(b), F.S.

- Degree to which the material would be supplemented and explained by mature classroom instruction as part of a normal classroom instructional program.
- Broad racial, ethnic, socioeconomic, and cultural diversity of the students.

Instructional materials recommended by each reviewer must be, to the satisfaction of each reviewer, accurate, objective, balanced, noninflammatory, current, free of pornography and other prohibited materials,[99] and suited to student needs and their ability to comprehend the material presented.[100] Reviewers must consider for recommendation materials developed for academically talented students, such as students enrolled in advanced placement courses.[101]

A reviewer may not recommend any instructional materials that contain any matter reflecting unfairly upon persons because of their race, color, creed, national origin, ancestry, gender, religion, disability, socioeconomic status, or occupation.[102] When recommending instructional materials, each reviewer must:[103]

- Include only instructional materials that accurately portray the ethnic, socioeconomic, cultural, religious, physical, and racial diversity of our society, including men and women in professional, career, and executive roles, and the role and contributions of the entrepreneur and labor in the total development of this state and the United States.
- Include only materials that accurately portray, whenever appropriate, humankind's place in ecological systems, including the necessity for the protection of our environment and conservation of our natural resources and the effects on the human system of the use of tobacco, alcohol, controlled substances, and other dangerous substances.
- Include materials that encourage thrift, fire prevention, and humane treatment of people and animals.
- Require, when appropriate to the comprehension of students, that materials for social science, history, or civics classes contain the Declaration of Independence and the Constitution of the United States.

### School Community Professional Development Act

Each district school board is required to develop a professional development system that supports and increases the success of educators through collaboratively-developed school improvement plans.[104] The system must be developed in consultation with teachers, teacher-educators of Florida College System institutions and state universities, business and community representatives, and local education foundations, consortia, and professional organizations, and be approved by the DOE.[105]

### Effect of Proposed Changes

#### The Florida Civil Rights Act

The bill expands s. 760.10, F.S., to provide that subjecting a person, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, to training, instruction, or any other required activity that espouses, promotes, advances, inculcates, or compels such individual to believe any of the following concepts constitutes discrimination based on race, color, sex, or national origin under the FCRA:

- Members of one race, color, sex, or national origin are morally superior to members of another race, color, sex, or national origin.
- An individual, by virtue of his or her race, color, sex, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously.

---

[99] S. 847.012, F.S., lists materials that are prohibited from distribution to minors.
[100] S. 1006.31(2), F.S.
[101] S. 1006.31(2), F.S.
[102] S. 1006.31(2)(d), F.S.
[103] S. 1006.31(2), F.S.
[104] S. 1012.98(3)(a), F.S.
[105] S. 1012.98(4)(b), F.S.

- An individual's moral character or status as either privileged or oppressed is necessarily determined by his or her race, color, sex, or national origin.
- Members of one race, color, sex, or national origin cannot and should not attempt to treat others without respect to race, color, sex, or national origin.
- An individual, by virtue of his or her race, color, sex, or national origin, bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, sex, or national origin.
- An individual, by virtue of his or her race, color, sex, or national origin, should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion.
- An individual should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race, color, sex, or national origin.
- Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, sex, or national origin to oppress members of another race, color, sex, or national origin.

However, the bill specifies that it does not prohibit discussion of the aforementioned concepts as part of a course of training or instruction, provided such training or instruction is given in an objective manner without endorsement of such concepts.

Florida Educational Equity Act

The bill expands the protections of the Florida Educational Equity Act by explicitly providing that subjecting a student or employee to training or instruction that espouses, promotes, advances, inculcates, or compels such student or employee to believe any of the following concepts constitutes discrimination as contemplated by the Act:

- Members of one race, color, national origin, or sex are morally superior to members of another race, color, national origin, or sex.
- A person, by virtue of his or her race, color, national origin, or sex is inherently racist, sexist, or oppressive, whether consciously or unconsciously.
- A person's moral character or status as either privileged or oppressed is necessarily determined by his or her race, color, national origin, or sex.
- Members of one race, color, national origin, or sex cannot and should not attempt to treat others without respect to race, color, national origin, or sex.
- A person, by virtue of his or her race, color, national origin, or sex bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, national origin, or sex.
- A person, by virtue of his or her race, color, national origin, or sex should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion.
- A person should feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race, color, national origin, or sex.
- Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex.

The bill provides that discussion of the concepts as part of a larger course of training or instruction is not prohibited, provided such training or instruction is given in an objective manner without endorsement of the concepts.

The bill amends the provisions of the Act such that "color" replaces the term "ethnicity" and "sex" replaces the term "gender" to conform to the terminology used in the FCRA.

Required Instruction in Public Schools

The bill reaffirms and acknowledges the fundamental truth that all persons are equal before the law and have inalienable rights. Therefore, all instruction and supporting materials used to teach required topics in Florida's public schools must be consistent with the following principles of individual freedom:

- No person is inherently racist, sexist, or oppressive, whether consciously or unconsciously, solely by virtue of his or her race or sex.
- No race is inherently superior to another race.
- No person should be discriminated against or receive adverse treatment solely or partly on the basis of race, color, national origin, religion, disability, or sex.
- Meritocracy or traits such as a hard work ethic are not racist but fundamental to the right to pursue happiness and be rewarded for industry.
- A person, by virtue of his or her race or sex, does not bear responsibility for actions committed in the past by other members of the same race or sex.
- A person should not be made to feel discomfort, guilt, anguish, or any other form of psychological distress on account of his or her race.

The bill provides that instructional personnel may facilitate discussions and use curricula to address, in an age-appropriate manner, how personal freedoms have been infringed by:
- Sexism.
- Slavery.
- Racial oppression.
- Racial segregation.
- Racial discrimination.
- The enactment and enforcement of laws causing the above-mentioned results.

However, the bill provides that classroom instruction and curricula may not be used to indoctrinate or persuade students to a particular viewpoint that is inconsistent with the principles enumerated in the bill or with state academic standards.
The bill updates the required instruction statute to include instruction in life skills that must build confidence, support mental and emotional health, and enable students to overcome challenges, including:
- Self-awareness and self-management.
- Responsible decisionmaking.
- Resiliency.
- Relationship skills and conflict resolution.
- Understanding and respecting other viewpoints and backgrounds.
- For grades 9 through 12, current character development program requirements.

The bill reorganizes the required instruction provisions relating to health education and renames the character development program as civic and character education while retaining all the topics previously covered, except those now included in the life skills program.

The bill requires that health education and life skills instruction and materials do not contradict the principles of individual freedom.

Public School Instructional Materials and School Community Professional Development Act

To further safeguard principles of individual freedom, the bill prohibits a person reviewing instructional materials for use in schools from recommending any material that contradicts the principles of individual freedom and requires that each school district's professional development system be reviewed and approved by the DOE for compliance with the principles of individual freedom.

Additional Conforming Changes

The bill amends ss. 1002.20 and 1006.40, F.S., to make conforming changes.

Effective Date

The bill provides an effective date of July 1, 2022.

B. SECTION DIRECTORY:

**Section 1:** Amends s. 760.10, F.S., relating to unlawful employment practices.
**Section 2:** Amends s. 1000.05, F.S., relating to discrimination against students and employees in the Florida K-20 public education system prohibited; equality of access required.
**Section 3:** Amends s. 1003.42, F.S., relating to required instruction.
**Section 4:** Amends s. 1006.31, F.S., relating to duties of the Department of Education and school district instructional materials reviewer.
**Section 5:** Amends s. 1012.98, F.S., relating to school community professional development act.
**Section 6:** Amends s. 1002.20, F.S., relating to K-12 student and parent rights.
**Section 7:** Amends s. 1006.40, F.S., relating to use of instructional materials allocation; instructional materials, library books, and reference books; repair of books.
**Section 8:** Provides an effective date of July 1, 2022.

## II. FISCAL ANALYSIS & ECONOMIC IMPACT STATEMENT

A. FISCAL IMPACT ON STATE GOVERNMENT:

1. Revenues:

   None.

2. Expenditures:

   The bill may expand the state's civil liability exposure if it commits a discriminatory practice involving a prohibited concept outlined in the bill.

B. FISCAL IMPACT ON LOCAL GOVERNMENTS:

1. Revenues:

   None.

2. Expenditures:

   The bill may expand a local government's civil liability exposure if it commits a discriminatory practice involving a prohibited concept outlined in the bill.

C. DIRECT ECONOMIC IMPACT ON PRIVATE SECTOR:

   The bill may expand a private employer's civil liability exposure under the FCRA if the employer commits a discriminatory employment practice prohibited by the bill.

D. FISCAL COMMENTS:

   None.

## III. COMMENTS

A. CONSTITUTIONAL ISSUES:

1. Applicability of Municipality/County Mandates Provision:
   Not applicable. The bill does not appear to require counties or municipalities to spend funds or take action requiring the expenditures of funds; reduce the authority that counties or municipalities have to raise revenues in the aggregate; or reduce the percentage of state tax shared with counties or municipalities.

2. Other:

The First Amendment to the United States Constitution generally protects the right to free speech. Public employees have a general First Amendment right to free speech when acting in their personal capacities.[106] However, a public employee's right to speak in his or her employment capacity is limited by the government's interest in preserving the efficiency of the public services it performs through its employees.[107] Thus, courts generally authorize a public employer to reasonably regulate employee speech that is part of the scope of employment.[108]

B.  RULE-MAKING AUTHORITY:

The rule-making authority necessary to implement this bill is already granted under existing law.

C.  DRAFTING ISSUES OR OTHER COMMENTS:

None.

## IV.  AMENDMENTS/COMMITTEE SUBSTITUTE CHANGES

---

[106] *Pickering v. Bd. of Ed. of Township High School Dist. 205, Will Cnty., Ill.*, 391 U.S. 563 (1968); *Tinker v. Des Moines Independent Community School Dist.*, 393 U.S. 503 (1969).

[107] *Belyeu v. Coosa Cnty. Bd. of Ed.*, 998 F.2d 925 (11th Cir. 1993).

[108] *Kennedy v. Bremerton School Dist.*, 139 S. Ct. 634 (2019), citing *Garcetti v. Ceballos*, 547 U.S. 410 (2006).