*Novoa v. Diaz* et al.,

# Exhibit 7 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction



# Legislation and Faculty Life

**Tom Dvorske, Vice Provost of Academic Affairs**

**August 15, 2022**



# Outline: Recent Legislative Activity



Campus Free Expression Act, FS1004.097. "Civil Discourse"

**2018**

HB 7 – Individual Freedom

**This Year**

**2021**

HB 233 (Classroom recording)

**This Year**

SB 7044 – Higher Education
- Tenure
- Textbook, instructional materials, Gen Ed syllabi
- Accreditation



# Campus Free Expression, a.k.a. Civil Discourse

- **2018 Legislature est. Campus Free Expression Act**
  - **Codifies individual's right to engage in free speech activities at public higher education institutions.**
  - **Prohibits public institutions from shielding students, faculty, or staff from expressive activities.**
  - **Authorizes public institutions to create and enforce reasonable restrictions under specified conditions.**
- **2019 BOG Statement of Free Expression**
  - **Adopted in 2019 by BOG and SUS President**
  - **The statement reinforces that a critical purpose of a higher education institution is "to provide a learning environment where divergent ideas, opinions, and philosophies, new and old, can be rigorously debated and critically evaluated."**



# Civil Discourse

- **2021 Board of Governors' Chair launches Civil Discourse Initiative**

- **2022 Civil Discourse Final Report**
  - Includes multiple recommendations that campuses should adopt to actively promote civil discourse
  - Includes Suggested Best Practices





# University Programs and Initiatives should

*Encourage faculty to establish and maintain a learning environment in their classrooms and offices that supports open dialogue and the free expression of all viewpoints and create processes to evaluate the strength of such environments.*



# HB 233 – Classroom Recording

**A Student may record a class lecture for three specified purposes as outlined in House Bill 233/Section 1004.097, Florida Statutes:**

1.  **For the student's own personal educational use;**
2.  **In connection with a complaint to the University where the recording is made; or**
3.  **As evidence in, or in preparation for, a criminal or civil proceeding.**

- **Students may audio or video record class lectures**

- **Students do not need permission to record**

- **Students are not permitted to share recordings**



# SB 7044 – a potpourri of ideas

- **Includes multiple actions related to higher education, adding new rules and updating existing legislation.**

- **Three Important Changes**

  - **Tenure**

  - **Syllabi**

  - **Accreditation**



# Tenure

- **Authorize BOG to adopt a regulation requiring post-tenure review every 5 years.**

- **Regulation must address:**
  - **Accomplishments and productivity;**
  - **Assigned duties in research, teaching, and service**
  - **Performance metrics, evaluations, and ratings; and**
  - **Recognition and compensation considerations, as well as improvement plans and consequences for underperformance.**

- **At present, Florida Poly and Florida Gulf Coast are not included because we are not tenure-granting, but tenure-equivalent. Our review period is 6 years.**

# Syllabi



- **Add-on to the "textbook affordability" laws**

- **General Education courses must be posted 45 days prior to the start of the term and include**

  – The course curriculum
  – The goals, objectives, and student expectations of the course
  – How student performance will be measured

- **For Poly, this includes**



| ENC | 1101 | English Composition 1: Exp & Arg Writing |
| ENC | 2210 | Technical Writing |
| ARH | 2000 | Art Appreciation |
| MUL | 2010 | Music Appreciation |
| IDS | 2144 | Legal, Ethical, and Management Issues in Technology |
| AMH | 2020 | American History since 1877 |
| ECO | 2023 | Principles of Microeconomics |
| MAC | 2311 | Analytic Geometry and Calculus 1 |
| STA | 2023 | Statistics 1 |
| CHM | 2045 | Chemistry 1 |
| CHM | 2045L | Chemistry 1 Lab |
| PHY | 2048 | Physics 1 |
| PHY | 2048L | Physics 1 Lab |
| EVR | 1001 | Environmental Science |
| EVR | 1001L | Environmental Science Lab |
| HUM | 2020 | Intro to the Humanities |
| LIT | 2000 | Intro to Literature |
| PHI | 2010 | Intro to Philosophy |
| HUM | 2022 | Explorations in the Humanities |
| ECO | 2013 | Principles of Macroeconomics |
| PSY | 2012 | General Psychology |
| AMH | 2010 | American History to 1877 |
| AMH | 2930 | Special Topics |
| BSC | 1010 | Biology 1 |
| BSC | 1010L | Biology 1 Lab |



# Accreditation

- **Requires all State University System and Florida College System institutions to change institutional accreditors**
- **Sept 1, 2022 – the Board of Governors must identify agencies "best suited" for the state.**
- **Universities must**
  - **Not be accredited by the same agency for consecutive cycles**
  - **Obtain accreditation from an agency identified by the BOG**
  - **Be accredited by a different agency following next affirmation or fifth-year review**
  - **Submit quarterly progress reports to the BOG.**
  - **Provides cause of action for an institution impacted by retaliatory action by the accreditor.**
  - **Law sunsets Dec 31, 2032.**



# Accreditation…impact on FL Poly

- **Law effective July 1, 2022**
- **SACSCOC will decide our reaffirmation in December 2022, effectively triggering us to act on this bill at the beginning of 2023.**
- **Starts with request to the U.S. Department of Education.**
  - **Department of Education must approve of the change**
  - **Must be voluntary**
  - **Must not result in higher costs for students**
  - **Must be in the best interest of the students and the institution**
- **DOE decision is prerequisite to any institution applying for candidacy with a new agency.**
- **Must maintain SACSCOC Accreditation throughout process.**



# HB 7 – Individual Freedom

**Amends current Florida non-discrimination law to provide that an educational institution may not subject an employee or student to training or instruction that...**

***..."espouses, promotes, advances, inculcates, or compels such student or employee to believe" ...***

*any of 8 specified concepts because such action would be considered discriminatory under the statute.*



# The Eight Concepts are…

FLORIDA**POLY**

**Cannot engage in instruction, etc., that …"espouses, promotes, advances, inculcates, or compels such student or employee to believe" …**

1. Members of one race, color, national origin, or sex are morally superior to members of another race, color, national origin, or sex.

2. A person, by virtue of his or her race, color, national origin, or sex is inherently racist, sexist, or oppressive, whether consciously or unconsciously.

3. A person's moral character or status as either privileged or oppressed is necessarily defined by his or her race, color, national origin, or sex.

4. Members of one race, color, national origin, or sex cannot and should not attempt to treat others without respect to race, color, national origin, or sex.

19 March 2018

13



# The Eight Concepts are...

5.  A person, by virtue of his or her race, color, national origin, or sex bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, national origin, or sex.

6.  A person, by virtue of his or her race, color, national origin, or sex should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion.

7.  A person, by virtue of his or her race, color, sex, or national origin, bears responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions, in which the person played no part, committed in the past by members of the same race, color, national origin, or sex.

8.  Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex.



# What this means for your classroom

- **You may discuss any of these topics or issues, provided you do so "in an objective manner without endorsement of the concepts"**

- **You may not**
  - **Tell students they should or must feel guilty because they belong to a particular rcnos.**
  - **Tell students how to feel or that they need to admit to feeling a certain way about these topics.**

- **You may**
  - **Discuss your background and experience as it relates to these issues so long as you don't make anyone perceive they should feel guilty or responsible in some way.**



# Classroom impact, cont.

- **You may…**
  - **Discuss historical events that are difficult to talk about; however, you *MAY NOT***
    - *Tell students they are responsible for those events or*
    - *That they should feel guilty because they belong to a particular group responsible for those events.*

- **What does "in an objective manner without endorsement" mean?**

- **UFF–FL POLY CBA 5.2(a)(1)a. Faculty members shall have the freedom to:**
  - **Present and discuss, frankly and forthrightly, academic subjects, including controversial material relevant to the academic course being taught.**



# Consequences

- **The University is modifying existing policies and procedures to create a pathway for students who feel they have been subjected to instruction inappropriately on one or more of the 8 concepts.**

- **By law, students may**
  - **File a lawsuit**
  - **File a complaint with the Board of Governors**
  - **File a complaint with a standing committee of the Florida Legislature**

- **If the University is found responsible, it will be ineligible for performance-based funding for the FY following the year in which the violation is found.**



# Upcoming…

- **Special Sessions on HB 7 (11:00 a.m.) in a room near you.**

- **And, at 1:30 – the Provost will address Academic Affairs regarding the Student Success Plan.**

# Questions/Comments?



# Individual Freedom Act
# Florida House Bill 7

## August 15, 2022

*The information and wording included in this slide presentation is strongly guided by "Initial Guidance Florida House Bill 7: Prohibition of Discrimination in University Training or Instruction" prepared by the USF Office of General Counsel and the FSU draft regulation on "Prohibition of Discrimination in University Training or Instruction".*



# Sample Scenarios

1. Student wants to advocate for a covered concept in class, for example critical race theory or replacement theory.

2. Student asks faculty member if they agree on a HB7 covered-concept.

3. A registered student organization (RSO) invites you to speak outside of class at an RSO meeting that is mandatory for members, but open to all students, about your experiences in academia and the workplace, particularly how you have overcome adversity.

4. A colleague engages you in a conversation on the gender balance at Florida Poly, stating that there must be a reason that our student population is so heavily male.

5. Your department chair asks everyone in the department (mostly men) to sign a statement that says that "men have traditionally led STEM fields and as such, it is the responsibility of men to recruit and engage more women in STEM fields."

August 18, 2022



# House Bill 7

- Florida House Bill 7/Senate Bill148 (HB 7) titled the "Individual Freedom Act" was passed by the Florida Legislature on March 10, 2022 and the law was effective July 1, 2022.

  - It amends the Florida Civil Rights Act (FCRA) *by placing limitations on how an employer can discuss certain topics or "concepts" when conducting diversity training in the workplace.*

  - It amends the Florida Educational Equity Act (FEEA) by *placing limitations on how certain topics or "concepts" can be discussed as part of any instruction or training to which a student or employee is "subjected."*



# CBA Refresher

- **5.3 <u>Academic Responsibility of Faculty Members.</u>**
  Academic freedom is accompanied by corresponding faculty
  responsibilities. Academic responsibility implies the competent
  performance of academic duties and obligations and the commitment to
  support the responsible exercise of academic freedom by others.
  Members of the faculty have a responsibility to:

  ...

  (b) When it is not related to the instructional activity of the
  course, refrain from using the classroom to promote a personal
  or political agenda;

  (c) Not use their authority as a faculty member to coerce a
  student to take a public position or action.



# CBA continued

- 5.1(b) "[T]he University recognizes that internal and external forces may seek at times to restrict academic freedom, and the University shall protect and promote academic freedom."



# What does HB 7 say?

Section 760.10(8)(a), Florida Statutes, relates to unlawful employment practices and provides that:

- It is discrimination based on race, color, sex, or national origin to subject any individual, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, ==to training, instruction, or any other required== activity that espouses, promotes, advances, inculcates, or compels such individual to believe any of the following concepts.

- **This law primarily does not focus on classroom-based education.**

Section 1000.05(4)(a), Florida Statutes, relates to discrimination in the Florida K-20 system and provides that:

- It is discrimination on the basis of race, color, national origin, or sex to subject any student or employee to ==training or instruction== that espouses, promotes, advances, inculcates, or compels such student or employee to believe any of the following concepts.

This presentation focuses on the provisions of Section 1000.05, Florida Statutes.



# What does the law say?

Section 1000.05(4)(b), Florida Statutes provides that the <mark>law does not prohibit</mark> discussion of the listed **concepts** as part of a larger course of training or instruction, <mark>provided such training or instruction is given in an objective manner without endorsement of the concepts</mark>.

Notes:

--The law is focused on "endorsement" in an educational setting, not on a prohibition of certain subjects.

--The law does prescribe how subject matter can be discussed.



# Concepts Defined within HB7

1. Members of one race, color, sex, or national origin are ==morally superior== to members of another race, color, sex, or national origin.

2. An individual, by virtue of his or her race, color, sex, or national origin, is ==inherently racist, sexist, or oppressive==, whether ==consciously or unconsciously.==

3. An individual's moral character or ==status as either privileged or oppressed== is necessarily determined by his or her race, color, sex, or national origin.

4. Members of one race, color, sex, or national origin cannot and should not ==attempt to treat others without respect== to race, color, sex, or national origin.

August 18, 2022



# Concepts Continued

5.  An individual, by virtue of his or her race, color, sex, or national origin, bears responsibility for, or should be discriminated against or receive ==adverse treatment because of, actions committed in the past== by other members of the same race, color, sex, or national origin.

6.  An individual, by virtue of his or her race, color, sex, or national origin, should be discriminated against or receive ==adverse treatment== to achieve diversity, equity, or inclusion.

7.  An individual, by virtue of his or her race, color, sex, or national origin, ==bears personal responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions==, in which the individual played no part, committed in the past by other members of the same race, color, sex, or national origin.

8.  Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, sex, or national origin to oppress members of another race, color, sex, or national origin.



# Definitions

- The BOG has provided definitions in proposed BOG regulation 10.005 (note this is a proposed regulation but is expected to be adopted as it is currently noticed):

  - "Training" is defined as a planned and organized activity conducted by the university as a mandatory condition of employment, enrollment, or participation in a university program for the purpose of imparting knowledge, developing skills or competencies, or becoming proficient in a particular job or role.

  - "Instruction" is defined as the process of teaching or engaging students with content about a particular subject by a university employee or a person authorized to provide instruction by the university within a course.



# Application of HB 7—
# Objective Manner and Endorsement

The new sections of the law clarify that they do NOT "prohibit discussion of the concepts listed  in HB 7 as part of a course of training or instruction, *provided such training or instruction is given in an ==objective manner== without ==endorsement== of the concepts*."

————

**Common Meaning:**

The definition of "objectivity" in the Merriam-Webster Dictionary is "lack of favoritism toward one side or another; freedom from bias." Another common definition of objectivity is "uninfluenced by emotions or personal prejudices."

The definition of "endorsement" in the Merriam-Webster Dictionary is "sanction or approval."

*Credit: USF*



# Objective Manner and Without Endorsement, continued

Assumptions:   Based on common definitions, the concepts topics or concepts identified in the new law need to be ==uninfluenced by the instructor's emotions, and without showing subjective favoritism, approval, or personal bias in favor of any of those concepts==.

Discussion of a concept in an objective manner does not mean that the concept must be discussed in neutral terms.   For instance, an instructor need not ignore the weight of research, studies, data, or other indicia of academic or scientific validity regarding a concept when discussing it in class.

<u>*Best Practice Suggestions:*</u>
--Aim to present many sides/viewpoints of issues.
--Guide students to make their own decisions/conclusions; encourage students to use their own fact-finding and critical thinking skills to assess and understand the given topic.



# Application of HB 7— Student Grades

The statutory language also suggests that an instructor cannot give a student a non-passing grade based on the student's rejection of any of the concepts identified in the new law. An instructor should still evaluate a student's understanding of ideas and concepts in course work. For example, if a student indicates that an idea is inconsistent with the student's personal beliefs yet can demonstrate the required learning objective, then the student's grade should not suffer.

August 18, 2022

*Credit: USF*

13



# Violations [update]

**Alleged violations of HB 7 may be made using the Florida Poly's existing regulation FPU-1.005 Discrimination and Harassment Complaint and Investigation Procedures**

- Revisions to FPU-1.005 will be put in place to support HB 7
- Note importance that the complaints are handled and investigated by an independent and neutral office at the University.

If an investigation determines that a violation of this regulation is substantiated, the University will take prompt action to correct the violation by mandating that the employee(s) responsible for the instruction or training modify it to be consistent with this regulation and/or face disciplinary action.

Also, if an investigation determines that a violation of this regulation is substantiated, the University will inform the Board of Governors through their Office of Inspector General and shall also inform the Board of Governors of any corrective actions that have been undertaken or are in process.



# Sample Scenario One

**FLORIDA POLY**

- **Student wants to advocate for a covered concept in class, for example critical race theory or replacement theory.**

HB 7 specifically states that the new law may not be "construed to prohibit discussion of the concepts listed therein as part of a course of training or instruction, *provided such training or instruction is given in an objective manner without endorsement of the concepts.*"

Therefore, an instructor may cover and discuss topics related to the concepts covered in HB 7 if they are relevant to the course and discussed in "an objective manner" without the instructor endorsing any of those concepts. If a student wishes to discuss a topic that falls under HB 7, if they are relevant the discussion should follow similar parameters (objective discussion without actual "endorsement" of the concept from the instructor).

*Credit: USF*



# Sample Scenario Two

- **Student asks faculty member if they agree on a HB7 covered-concept.**

If asked by a student whether the faculty member agrees with a concept, the faculty member would be in the best position to simply say that: "my own conclusions and beliefs are not part of the discussion."

If that short answer is unhelpful to a learning outcome, then a response could be: "I agree with scholars who argue [insert idea], based on the weight of research, arguments presented, or the lack of objective support for the opposing view [insert all objective reasons that apply].

You should understand the objective support for the ideas presented so that you can form your conclusions based on the material."

*Credit: USF*



# Sample Scenario Three

- **A registered student organization (RSO) invites you to speak outside of class at an RSO meeting that is <mark>mandatory</mark> for members, but open to all students, about your experiences in academia and the workplace, particularly how you have overcome adversity.**

**Is it training or instruction?**

- "Training" is defined as a planned and organized activity *conducted by the university* as a *mandatory* condition of employment, enrollment, or participation in a university program for the purpose of imparting knowledge, developing skills or competencies, or becoming proficient in a particular job or role.
- "Instruction" is defined as the process of teaching or engaging students with content about a particular subject by a university employee or a person authorized to provide instruction by the university within a course.

**This is most likely not training or instruction as defined in the proposed BOG reg and is outside the scope of the new law.**

- Please consider the topic that you are asked to speak on and be mindful of your personal comfort area in addressing an area of potential controversy.



**FLORIDA POLY**

# Sample Scenario Four

- **A colleague engages you in a conversation on the gender balance at Florida Poly, stating that there must be a reason that our student population is so heavily male.**

  – Is it training or instruction? A requirement for employment? Does it endorse one of the listed concepts?

  – If it is just a conversation between colleagues,  it does not violate the law.

August 18, 2022

18



# Sample Scenario Five

- **Your department chair asks everyone in the department (mostly men) to sign a statement that says that "men have traditionally led STEM fields and as such, it is the responsibility of men to recruit and engage more women in STEM fields."**

  - Endorses one of the concepts listed in HB7.
  - May be seen as a condition of employment.