*Novoa v. Diaz* et al.,

# Exhibit 8 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

**Understanding HB 7:**
**A Guide for Faculty and Deans**

The provisions of state legislation known as HB 7, now in effect since July 1, 2022, amend two Florida non-discrimination laws applicable to Valencia College: 1) the Florida Educational Equity Act, section 1000.05, F.S. and 2) a portion of the Florida Civil Rights Act of 1992, sections 760.01-760.11 and 509.092, F.S.

The legislature's stated purpose in adopting this law was to prohibit coercing students and employees to adopt particular beliefs.

As with all applicable laws, rules and regulations, Valencia is committed to observing these new legal requirements and assisting members of our academic community in understanding and implementing them. At the same time, Valencia College maintains our commitment to the attainment of our ambitious Impact Plan goals. Faculty and administration have thus created and curated the following set of resources to both assist with compliance and support our faculty as they continue to engage with students and one another on topics and competencies associated with educational equity.

**Guide Contents:**

- [Explanation of the Changes in Law](#)
- [Frequently Asked Questions and Answers](#)
- [Recommended Teaching Practices](#)
    o [Sample Syllabus Language](#)
    o [Additional Resources](#)

## Explanation of the Changes in Law

*What is Prohibited?*

HB 7 amends the Florida Educational Equity Act in section 1000.05, F.S., to expand what can constitute discrimination based on race, color, sex, or national origin in the State of Florida for students, faculty, and staff. Specifically, this new part of the law provides that it is discrimination based on race, color, national origin, or sex to subject any student or employee to training or instruction that "espouses, promotes, advances, inculcates, or compels such student or employee to believe" any of eight "specified concepts" (listed below, each based on race, color, sex, or national origin). Such actions would be *per se* discriminatory under this amended statute.

Similarly, HB7 amends the Florida Civil Rights Act of 1992 in section 760.10, F.S., which prohibits unlawful employment practices. Specially, this new part of the law prohibits "subjecting any individual, as a condition of employment, membership, certification, licensing, credentialing, or passing an examination, to training, instruction, or any other required activity that espouses,

promotes, advances, inculcates, or compels such individual to believe" any of eight "specified concepts" (listed below, each based on race, color, sex, or national origin). Such actions would be considered unlawful employment practices under this amended statute.  As the terms "espouses, promotes, advances, inculcates, or compels such student or employee to believe" are not defined in these or any other Florida statute, commonly understood dictionary definitions will be applied.

The **eight specified concepts** included in both amended laws are:

1. Members of one race, color, national origin, or sex are morally superior to members of another race, color, national origin, or sex.

2. A person, by virtue of his or her race, color, national origin, or sex is inherently racist, sexist, or oppressive, whether consciously or unconsciously.

3. A person's moral character or status as either privileged or oppressed is necessarily defined by his or her race, color, national origin, or sex.

4. Members of one race, color, national origin, or sex cannot and should not attempt to treat others without respect to race, color, national origin, or sex.

5. A person, by virtue of his or her race, color, national origin, or sex bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, national origin, or sex.

6. A person, by virtue of his or her race, color, national origin, or sex should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion.

7. A person, by virtue of his or her race, color, sex, or national origin, bears responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions, in which the person played no part, committed in the past by members of the same race, color, national origin, or sex.

8. Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, national origin, or sex to oppress members of another race, color, national origin, or sex.

*What is Not Prohibited?*

Discussing the eight listed concepts, as long as they are included "in an objective manner without endorsement."

The amendment to Sec. 1000.05, F.S. expressly does not prohibit discussion of the eight concepts listed therein "as part of a larger course of training or instruction, provided such training or instruction is given in an objective manner without endorsement of the concepts."

The amendment to Sec. 760.10, F.S. expressly does not prohibit discussion of the eight concepts listed therein "as part of a course of training or instruction, provided such training or instruction is given in an objective manner without endorsement of the concepts."

## Frequently Asked Questions & Answers[1]

The following are frequently asked questions related to this topic and our current best responses:

- *For the purposes of this law, what is the definition of "instruction" and "training"?*

    Although the law itself does not provide definitions of these terms, the State University System's Board of Governors soon may adopt definitions of both of these terms in Proposed Amended Regulation, BOG 10.005, Prohibition of Discrimination in University Training or Instruction. These proposed definitions, as set forth below, are consistent with Valencia's understanding of the intended meaning of the terms.

    **Instruction:**

    "The process of teaching or engaging students with content about a particular subject by a university employee or a person authorized to provide instruction by the university within a course."

    Instruction is instructor-led class content (e.g., syllabus lectures, assessments, and assigned materials) delivered by a faculty member assigned to a specific course, at specific time and place, and/or in a specific modality to a student enrolled in that course. Because instruction occurs within a course, for purposes of this law "instruction" does not include faculty speaking engagements outside of a specific course (unless attendance by students within a specific course is mandatory or offered as the only option in exchange for tangible benefits, e.g., extra credit), faculty research outside of a specific course (e.g., publishing scholarly articles), faculty commentary outside of a specific course (e.g., social media), student to student discussions (whether inside or out of class), or to student-generated coursework such as presentations..

---

[1] UCF's "FAQ on House Bill 7 and Instruction and Training" was a helpful resource in the development of our FAQs.

**Training:**

"A planned and organized activity conducted by the university as a mandatory condition of employment, enrollment, or participation in a university program for the purpose of imparting knowledge, developing skills or competencies, or becoming proficient in a particular job or role."

Training could occur as part of employee onboarding, orientation, specialized skills training as part of a volunteer or employed role, or other required activities that qualify as training for a role.  However, where individuals seek out activities on a voluntary basis, e.g., for reasons of personal interest or enrichment, that would not constitute training for purposes of this law.

- *What does "in an objective manner without endorsement" mean*?

The law requires instruction on one or more of the specified concepts to be conducted "in an objective manner without endorsement of the concepts." Otherwise, the instruction may be viewed as discrimination against your students under Florida law, which has potential consequences.

As with the terms above, Florida law does not provide any definitions or clarification. We see this requirement as consistent with our existing policy on academic freedom in that "a professor must have the opportunity to study a full spectrum of ideas, opinions, and beliefs in acquiring maturity for analysis and judgment; the professor must present such matters objectively and skillfully." If your course involves the specified concepts, we recommend that you follow the steps and use the resources below, as you consider how to facilitate discussion of the specified concepts during instruction.


- *What can I continue to do in my teaching*?

You can continue to teach "a full spectrum of ideas, opinions, and beliefs" as stipulated in our academic freedom policy. The new legislation does not prohibit discussion of the specified concepts, even ones that may make students feel uncomfortable, as long as they are presented in an objective manner without endorsement.

You may recall that in 2021, the Florida Legislature passed the Intellectual Freedom and Viewpoint Diversity bill. It prohibits the College from "shielding" students, faculty or staff from access to or observation of ideas and opinions they may find uncomfortable, unwelcome, disagreeable or offensive. In other words, it could constitute a violation of that law to shield students from any topic relevant to your course, including any of the eight concepts if they are presented in an objective manner without endorsement. (More details

4

on the 2021 legislation are available in this Grove article, and the resources developed by a faculty team for faculty, deans, and students are available here.)

- *Should I make any changes or adjustments to my course content or teaching practices?*

    We suggest that you take the following steps to make an informed determination about whether and how to respond:

    a. Carefully read the explanation of the law above, including the 8 concepts.

    b. Review your course content, identifying any instructional materials or learning activities that include one or more of the concepts.

    c. Analyze each of the items you identified in step b. and ask yourself, *Could students get the impression that I am espousing, promoting, advancing, inculcating, or compelling them to believe one of the concepts?*

       Here, it's helpful to look again at the exact language of the concepts, which again, tends to be phrased in extreme terms (such as "morally superior" and "must feel guilt…"), instead of the general idea expressed in the concept. The table below may be helpful.

       In general, faculty members who teach in disciplines related to the specified concepts can best protect themselves from claims of discrimination by continuing to acknowledge a balanced variety of evidence-based scholarly opinions on academic subjects.

    d. If your answer is *no*, we don't see the need for you to make any changes or refinements.

       If your answer is *yes*, see the Recommended Teaching Practices section below for ways to refine your discussion questions, facilitation, etc. to ensure you comply with the law while maintaining your commitment to the associated learning goals.

- *What is our best understanding of each of the eight concepts?*

| | |
|---|---|
| 1. Members of one race, color, sex, or national origin are morally superior to members of another race, color, sex, or national origin. | This one is self-explanatory, and it seems unlikely that we would ever suggest the moral superiority of any identity group relative to another. |

| | |
|---|---|
| 2. An individual, by virtue of his or her race, color, sex, or national origin, is inherently racist, sexist, or oppressive, whether consciously or unconsciously. | The reference to "consciously or unconsciously" suggests this concept could relate to the notion of "implicit bias." However, implicit biases are not "inherent;" they develop over the course of one's life. |
| 3. An individual's moral character or status as either privileged or oppressed is necessarily determined by his or her race, color, sex, or national origin. | This concept could relate to teaching about ideas such as white privilege. Faculty can present scholarly readings on such topics but should not single out students from any identity group as either privileged or oppressed. It is inappropriate to tell anyone as part of instruction (1) that they should feel guilty or superior about their respective advantages and disadvantages or (2) that they are responsible for or the beneficiary of others not having the same advantages or disadvantages. |
| 4. Members of one race, color, sex, or national origin cannot and should not attempt to treat others without respect to race, color, sex, or national origin. | Although the use of double negatives in the wording makes it difficult to know what is prohibited, this concept appears to be about "colorblindness." A critique of colorblindness or insistence on identity consciousness could constitute discrimination. |
| 5. An individual, by virtue of his or her race, color, sex, or national origin, bears responsibility for, or should be discriminated against or receive adverse treatment because of, actions committed in the past by other members of the same race, color, sex, or national origin. | Endorsing this concept could mean endorsing the use of "reverse" discrimination or reparations. |
| 6. An individual, by virtue of his or her race, color, sex, or national origin, should be discriminated against or receive adverse treatment to achieve diversity, equity, or inclusion. | This concept appears to relate to "reverse" discrimination and affirmative action. When teaching about either concept, they must be presented objectively, perhaps by including multiple perspectives on them. |
| 7. An individual, by virtue of his or her race, color, sex, or national origin, bears personal | No one should be made to feel responsible for, distressed, or guilty because they belong to a |

6

| | |
|---|---|
| responsibility for and must feel guilt, anguish, or other forms of psychological distress because of actions, in which the individual played no part, committed in the past by other members of the same race, color, sex, or national origin. | particular race, color, national origin or sex. Do not tell students in your class that they are responsible for those events, or that they should feel guilty because they belong to a particular group that was responsible for the events. |
| 8. Such virtues as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist or sexist, or were created by members of a particular race, color, sex, or national origin to oppress members of another race, color, sex, or national origin. | Here, it seems important to differentiate between the intention and impact of the virtues listed. Even if/when they are associated with disparities, it is important to acknowledge that the virtues were not created with an intent to discriminate. |

- *I have experienced racism or sexism. Am I allowed to talk about this in the classroom?*

    Yes, you can share your story and experiences with students. However, you may not use your experiences to impose your beliefs on students or tell students they must feel guilty or responsible because they share an identity with a group that committed racist or sexist acts toward you.

- *I have participated in or plan to participate in a PD course on equity-minded teaching. Will the course be in compliance with this new law?*

    Yes, it will. Recall that the concepts can be used as part of a larger course of training if they are delivered in an "objective manner without endorsement of the concepts." In an abundance of caution given the initial uncertainty over potential interpretations of the new laws, each PD course has been reviewed in terms of both content and facilitation to promote compliance with the law.

- *What if a student in the class (not the faculty member) espouses, promotes, advances, inculcates, or compels their peers to believe one of the concepts?*

    Per the definition of "instruction" provided above, this would not constitute discrimination. "Instruction" refers to "instructor-led class content," not to include student-to-student content. Nonetheless, you may want to review the Recommended Teaching Practices below for ideas on how to respond if the actions of a student in your class could be viewed as discriminatory based on this new law.

- *Where do I direct students who feel they were discriminated against?*

    Since the law expands what constitutes discrimination, we will follow the same process in place for other forms of discrimination. On the "Reporting Discrimination or Harassment" website, students would submit a form providing details on the alleged discrimination. Then, the Equal Opportunity team would review the allegations.

- *What are the consequences for presenting the "specified concepts" in my instruction in a manner that is not objective and/or with endorsement?*

    Students who feel they have been subjected to instruction on one or more of the "specified concepts" that was presented in a manner that was not objective, and/or was endorsed by the faculty member, can file a complaint using the College's established internal discrimination grievance procedures or file a lawsuit.

    Employees who feel they have been subjected to mandatory training on one or more of the "specified concepts" that was presented in a manner that was not objective, and/or was endorsed by the training facilitator, can file a complaint using the College's established internal discrimination grievance procedures, or file a complaint with the Florida Commission on Human Relations (FCHR) within 365 days of the alleged unlawful employment practice, and thereafter, may file a lawsuit.

    Florida's Attorney General, the FCHR or FCHR commissioner may also file a complaint. Violation of these provisions by a College employee could result in disciplinary action from the College if you instruct students or train on the "specified concepts" in a manner that violates your responsibility to the institution.

- *How will the College support me?*

    As with all other laws, the College will comply with this new legislation while remaining in compliance with other laws applicable to our operations. The responses and guidance in this document represent our best thinking regarding how to comply with the law while preserving our commitment to student learning and educational equity. If faculty adhere to College policies and heed the guidance in this document, the College generally will provide them with defense and legal support. Faculty should advise their deans immediately upon becoming aware that a student is alleging discrimination.

    If a faculty member feels especially vulnerable to claims of discrimination-- whether because of their discipline, the specific course(s) they teach, their faculty status, and/or one or more of their identities, we encourage them to connect with their dean for support.

## Recommended Teaching Practices

Given the information above, the recent changes to law may influence decisions made in teaching course material related to or explicitly referenced in HB7. In fact, many of the listed provisions seem to prohibit teaching sensitive subject matter. Again, this is a misconception. The law does not prevent the teaching of such material. However, we acknowledge there are complexities inherent in complying with these changes to law and facilitating classroom conversations on associated topics. This section is thus designed to provide suggestions for facilitating conversations while complying with the law. At the same time, the guidance provided here does not take the place of conversations between faculty members and their deans.

One general strategy for avoiding the appearance of endorsement is to remind students throughout the semester that they should conduct their own research in addition to class assignments. A valuable part of the learning process is developing informed arguments on existing discussions; as facilitators, our role is to help students develop those opinions, not to develop those opinions on their behalf.

Valencia College recognizes the importance of helping students develop critical thinking and information literacy skills as part of their general education experience, and that part of that development will include instruction of topics that deal with race, color, sex, and national origin. To meet these outcomes, students are encouraged to explore a diverse catalog of instructional materials which also provide a variety of scholarly viewpoints on topics related to a discipline. Furthermore, Valencia College remains committed to equity and lawful equity minded teaching practices as part of work to accomplish our strategic goals.

### Recommendations for Managing Classroom Interactions

It is understandable that faculty may be concerned about classroom management given this legislation. Faculty are the managers of the classroom environment and facilitate the exchange of ideas and discussions related to course and general education outcomes. With that in mind, the following may help faculty to navigate complex discussions with students, while still complying with the requirements of this law:

- Set the tone early and often that the discussion of ideas does not equate with endorsement or require adoption of those ideas. Students are always free to form their own opinions.

    o Consider what your syllabus and class policies communicate to students. Review the example HB 7 syllabus language available [here](#).

9

- o  Discuss with students that college learning experiences may sometimes be uncomfortable and challenging; share the objectives of the lesson with the students in advance so they understand the purpose of the exercise.

    - Example Objective: Increase awareness and understanding of disparate perspectives, which might include summarizing and explaining those perspectives, in order to develop a multi-faceted understanding of the topic (from the Washington University in St. Louis Center for Teaching and Learning).

- o  Provide students with guidance on how to have respectful conversations about controversial issues.

    - Explain your expectations for class discussion and have the students provide feedback on their own goals for conversations.
    - Explain how students can present their own experiences without disrupting the class.
    - Remind students that they may record lectures presented by the faculty member, but they may not record class discussions or other students. See Guide for Classroom Conversations and Lecture Recording.

- Frame discussions intentionally when including scholarly work about race, color, sex, or national origin.
    - o  Remind students that discussion of included concepts does not require individual adoption of or belief in those concepts.
    - o  Provide content notifications as appropriate (e.g., this video contains images of violence, this text contains language that may be considered offensive, certain language and behaviors that may have been considered appropriate in an earlier time or perhaps are the "norm" in a different culture, etc.).

As faculty manage their classrooms, keep in mind that students are still accountable for adherence to College policies regarding the use of harassing or discriminatory language and behavior. For further details, refer to the following policies, procedures, and clarifying definitions:

- o  Valencia College Policy: 6Hx28:2-01, Discrimination, Harassment and Related Misconduct
- o  Valencia College Policy: 6Hx28:8-03, Student Code of Conduct
    - Specifically, section IV, A-D reinforce standards of classroom behavior and the professor's role in managing the classroom.
- o  Shared key diversity, equity, & inclusion definitions developed for and by Valencia College

**Facilitating Conversations: Tips and Strategies**

As faculty lead students in conversations on sensitive subject matter, it is important to recognize that the law does not permit shielding students from those discussions. Rather, it is a reminder that faculty should not "espouse, promote, advance, inculcate, or compel" that students must believe the eight concepts if presented to them. The following strategies may help faculty to facilitate these complicated conversations and encourage students to think critically on these subjects:

- Acknowledge the presence of diverse opinions and perspectives.

- Redirect discussions that stray off topic to current course content and / or course outcomes (or today's lesson/activity).
    - If a discussion becomes heated or difficult to conclude, acknowledge the topic is a point of discussion for those in the course and that we will hold on to this topic for a later time in the future if time permits.

- Turn challenges of opinion, belief, and facts to teachable moments.
    - Discuss the difference between an opinion, belief, fact, and argument.
        - Discuss why and when the differences matter and what it means to have an evidence-based perspective.
        - Demonstrate best practices in your classroom by showing evidence that led to concepts presented in the classroom.
        - Remember to frame your own opinions as such and clearly acknowledge that everyone is free to form their own personal conclusions.
        - Helpful links:
            - Information Literacy | Library | Valencia College
            - Home - Fake News: Separating Truth from Fiction - LibGuides at Valencia College
            - You may also consider adding a colleague, outside speaker, or librarian to the conversation.

- Use the practices referenced here to assess and de-escalate as needed:
    - De-escalate (Classroom Behavioral Intervention & Support)

Valencia remains committed to providing continued development for faculty in facilitating challenging conversations. As you continue to facilitate conversations in your classrooms that promote critical thinking and information literacy, please keep this law in mind, but do not let it

11

prevent you from engaging in a conversation that you believe will benefit your students. Complicated conversations such as these are a vital part of academic development, and preventing students from participating in these conversations is in opposition to our commitments to promoting equity at both Valencia and in our community, and our commitment to learning-centeredness.

## Sample Syllabus Language

You may find this sample language useful for your syllabus in addressing student concerns with HB7. Feel free to modify the below syllabus statements or to develop your own version. If you develop your own version of this statement, please consult with your dean or discipline coordinator/program chair. We encourage you to use these principles in your design:

1. Focus on providing an objective explanation of the content of the law. When possible, refer directly to language from the law as you develop policy for your syllabus.
2. Use language that is purpose-driven to student learning and that is clear and understandable to students.
3. Keep the syllabus statement concise.

As a final note, it may be beneficial to conduct a review of your existing syllabus. Please discuss any existing policy with your dean to ensure that you're in compliance. It may also help to consider professional development opportunities related to syllabus development; visit your Center for Teaching/Learning Innovation for further details.

**Sample Statement 1:** As a registered student in this class, you assume the responsibility for conducting yourself in a manner that contributes positively to Valencia's learning community as described in the Student Code of Conduct. My role as an instructor is to facilitate academic discussions and promote critical thinking about sometimes challenging and uncomfortable facts and ideas. Your peers and instructor may share diverse ideas and viewpoints, or we may differ in our ideas and viewpoints, but we will always be respectful of other opinions as provided by the law and as expected in an academic environment. No lesson is intended to espouse, promote, advance, inculcate, compel a particular feeling, perception, viewpoint, or belief in a concept. Concepts as presented are not endorsed by the instructor but are presented as part of the larger course of instruction. Should a student feel uncomfortable with how course content is presented or discussed, please contact the instructor for further conversation.

**Sample Statement 2:** This course will be presented objectively and is not presented to espouse, promote, advance, inculcate, or compel any individual to adopt as a belief any of the subjects of the discussion that may be construed as concepts constituting discrimination based on race, color, sex, or national origin as provided by Florida law. Please note that I do not endorse such

concepts but present them for academic discussion and consideration. The law does not prohibit discussion of such concepts in an objective manner and without endorsement. Should a student feel uncomfortable with how course content is presented or discussed, please contact the instructor for further conversation.

**Sample Statement 3:** This class requires participation in discussion to meet course-learning outcomes. We are a class comprised of individuals. As such, there will be multiple opinions expressed throughout the semester that you may not personally agree with or even understand - as may be expected. My role as an instructor is to facilitate freedom of expression that is relevant to the course, credible, open and respectful without the promotion or endorsement of a single viewpoint. Conversations informed by diverse viewpoints contribute to critical thinking and higher-level learning. Even if you don't agree, listening to different points of view may give you further insight into your own perspectives. No lesson is intended to espouse, promote, advance, inculcate, compel a particular feeling, perception, viewpoint, or belief in a concept. Concepts as presented are not endorsed by the instructor but are presented as part of the larger course of instruction. Should a student feel uncomfortable with how course content is presented or discussed, please contact the instructor for further conversation.

## Resources

The following resources may give additional information that can help faculty to better understand the complexities of this law, as well as consider responses from other institutions. It is also recommended that faculty consider consulting with Faculty Development and Instructional Design when considering how to facilitate these conversations. Valencia offers many professional development opportunities related to classroom discussion and promoting diverse opinions in the classroom. Discuss what courses are available with a Faculty Developer/Instructional Designer.

- Washington University, St. Louis: Facilitating Challenging Conversations in the Classroom

This link provides recommendations for defining learning objectives and creating a structure when facilitating challenging conversations. It recommends establishing and maintaining ground rules for respectful, engaged interaction, and offers a model for open-mindedness that promotes learning from diverse perspectives. It recommends reflecting, gathering feedback, and refining the approach to entering these conversations. This may be useful in preparing for conversations where there may be content mentioned in this law.

- University of Michigan: Strategies for Making Productive Use of Tense or Difficult Moments

This link provides a useful definition for "hot moments," which is "a sudden eruption of tension or conflict in the classroom." The article provides general principles for facilitating these conversations, which includes clarifying the students' points, connecting ideas to learning

objectives in the course, depersonalizing the conversation, and checking with the student outside of the classroom. This may be useful in developing best practices for classroom facilitation.

- o   Faculty Focus Special Edition: Managing Hot Moments in the Classroom: Concrete Strategies for Cooling Down Tension

This link provides a communication framework for dealing with "hot moments" in the classroom. This includes OTFD guidance for communication (Observe, Think, Feel, Desire). In addition, provides steps for helping lead a conversation to seek common ground. This may be useful in developing best practices for classroom facilitation.

- o   Vanderbilt University: Difficult Dialogues

This link provides advice on how to set up and then initiate conversations related to sensitive subject matter. Recommendations include thoughtful planning before the conversation begins, setting an appropriate tone at the onset of the conversation, intentionality to help students reflect on difficult conversations, and how faculty can monitor their own reaction to the conversation. Includes helpful activities and questionnaires. This may be useful in preparing for sensitive classroom conversations.

- o   University of Michigan: Responding to Difficult Moments

This link provides guidelines for planning and facilitating discussions on difficult or controversial topics. This includes recommendations on responding to incidents of hate speech, preparations for teaching during elections, and strategies to make tense or difficult moments productive. Includes sample blog posts and guidelines for class participation, as well as specific examples for topics and tragedies. This may be useful in developing best practices for classroom facilitation.

- o   Purdue University: Facilitating Sensitive Conversations

This link provides a questionnaire to consider when planning for sensitive conversations. It also provides a list of additional resources to review when planning sensitive conversations. This may be useful in preparing for sensitive classroom conversations.