*Novoa v. Diaz* et al.,

# Exhibit 9 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

# Understanding House Bill 7 – Individual Freedom



# CORE CONCEPTS OF HOUSE BILL 7

- House Bill 7 – Individual Freedom contains several new definitions for discriminatory conduct:
  - First, that it is discriminatory conduct to require that any person that a particular group is inherently morally superior or inferior, racist, sexist, oppressive, privileged, or disadvantaged on the basis of their sex, national origin, color, or race.
  - Second, that it is discriminatory conduct to require that a person by virtue of their sex, national origin, color, or race feel guilty about the actions of other people with similar characteristics or bear responsibility for similar actions
  - Third, that virtues such as merit, excellence, hard work, fairness, neutrality, objectivity, and racial colorblindness are racist, sexist or were created by members of a particular group to oppress others.

# Specific Education Requirements

- House Bill 7 – Individual Freedoms places certain requirements on instruction regarding African American history specifically:
    - The ramifications of racism, prejudice and stereotyping is to be taught along with the benefits of encouraging tolerance in a pluralistic society.
    - Instruction on the accomplishments of individuals from all walks of life is to be encouraged, including the steps they took to unite the nation.
    - Instruction and discussion regarding slavery, racial oppression, segregation, and discrimination may also be had in an age-appropriate manner.
    - Instruction cannot be used to indoctrinate or persuade students to a particular viewpoint inconsistent with state academic standards.

# What Does This Mean?

- In essence, no group should be labeled as oppressors or oppressed based solely on the group's race, national origin, gender, or color in an academic context.

- Teaching these topics focus should be on the detrimental or positive effects of individual action and achievement.

# Teaching History Under HB 7

- Classes in History, Sociology, and Law are the most likely to be directly impacted by HB 7.

- It is important to teach these courses in a manner that does not espouse any race, sex, or color as inherently superior or inferior to any other.

- It is also important to remember that no person should be made to feel inherently responsible for any given action based on a historical event that they had no personal involvement in.

# EXAMPLE – CIVIL WAR

- Mr. Allen teaches a class on U.S. History and is currently preparing a lesson plan on the Civil War. Can he discuss slavery as one of the causes of the Civil War?

  - Yes, there is nothing preventing the discussion of slavery in the context of U.S. History or that slaves in the United States were predominantly African.

# Example – Civil Rights Movement

- Mr. Allen is now teaching a section on the Civil Rights movement, discussing Martin Luther King Jr., can he discuss Jim Crow laws and the effect that they on African Americans?
    - Yes, Mr. Allen can show the connection between segregation and other instances of blatant racism under Jim Crow laws and the effect that they had on African Americans during the Civil Rights Movement.
- Can Mr. Allen make a sweeping statement that white people were responsible for enacting these laws?
    - No, Mr. Allen should avoid making any statements that assign the blame for a act on any particular race, though exploring the motives of the specific individuals that enacted such laws would be permitted.

# EXAMPLE – CIVIL RIGHTS MOVEMENT 2

- Can Mr. Allen then discuss Malcolm X's involvement in the Nation of Islam?
  - Yes, Malcolm X was a historical figure whose actions frequently touched the Civil Rights movement, discussing his involvement in the Nation of Islam in a historically accurate manner is appropriate.
- Can he discuss the beliefs of the Nation of Islam in the 1950's and 1960's which prominently included statements that black people are the superior race?
  - Yes, again the Nation of Islam was a group that was vocal in its beliefs and was involved in the political landscape of the era, discussing their stated beliefs is not contrary to law.

# EXAMPLE – CIVIL RIGHTS MOVEMENT 3

- Can Mr. Allen promote the race specific beliefs of the Nation of Islam that existed in the 1950's?
    - No, because these beliefs identify a specific group as superior to all others. Under HB 7, promoting any belief that marks a single race, sex, color, or nationality as inherently lesser than another is expressly prohibited.

# CLASSROOM DISCUSSIONS

- In the context of College level instruction, it is important to remember that students have a right to Freedom of Speech.

- In this context, if the classroom is opened as a forum for discussion amongst students, HB 7 would prohibit the endorsement or silencing of any opinion unless you are endorsing an opinion issued by the Department of Education.

- While you are still free to open a classroom for discussion, we recommend opening the discussion with a statement such as "I'm going to open this topic for discussion at this time and would ask that you listen to the opinions of your colleagues respectfully. While such discussions are important to your education, the opinions stated by your fellow students do not reflect those of the College."

# EXAMPLE – SOCIAL STATISTICS

- Mr. Allen also teaches Sociology, and is teaching a section on Social Statistics, during which he tells his class that in 2021 the U.S. census found that 50.5% of the U.S. population is female, indicating that women outnumber men in the United States by a small margin.
    - This is perfectly fine, and a proper representation of the data found by the U.S. Census.

- Mr. Allen then goes on to state that women make up 59.5% of all university students according to the Wall Street Journal.
    - This is also fine, and a presumptively accurate report of demographics of students in the University system.

# EXAMPLE – SOCIAL STATISTICS 2

- Mr. Allen leads a class discussion on why there are more women attending university then men, actively encouraging only those students that incorrectly suggest that this is propaganda proliferated by women to keep male students from going to University.
    - This is clearly improper, under HB 7, identifying women as inherently discriminatory is impermissible in this setting.
- Mr. Allen, backpedaling as soon as he realizes his mistake, actively silences the students calling the statistics propaganda.
    - This may be improper as well as HB 7 requires that topics be taught objectively without endorsement of the concepts unless those concepts are specifically endorsed by the Department of Education.

# INSTRUCTIONAL AIDS

- It is important to remember that instructional aides, including news articles, movies, books, and other items may not meet the requirements of HB 7

- In the event that you decide to use a classroom aid, it is highly recommended that you include a disclaimer such as "While this news article is a contemporaneous reflection of the events that occurred at the March on Washington, it may contain opinions that do not reflect the views of this College."

# Other Fields of Study – STEM Fields

- It is recommended that you avoid using race, national origin, sex, or color as a defining characteristic in word problems.

- To the extent that discussions related to famous persons in math, science, or medicine is part of the curriculum for these classes, it is important to observe the same precautions as when teaching History classes.

# OTHER ISSUES – INCREASED MINORITY PARTICIPATION

- HB 7 left the portion of the law requiring Colleges to increase the participation of students who are part of a particular race, sex, color, national origin, disability, or marital status unchanged.

- Coupling this requirement with the remaining requirements of HB 7 would seem to indicate that the College needs to find ways to increase certain minority participation in STEM courses without referencing their minority status.

- It is highly recommended that the College watch for bulletins from the Department of Education addressing this issue.

# QUESTIONS?