*Novoa v. Diaz* et al.,

# Exhibit 11 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

# STOP W.O.K.E. ACT

The **Stop the Wrongs to Our Kids and Employees Act** will be the **strongest legislation of its kind:**

## SCHOOLS
*PROTECTING OUR TEACHERS AND STUDENTS*

- Codifies the Florida Department of Education's prohibition on teaching critical race theory in K-12 schools.
- Prohibits school districts, colleges and universities from hiring woke CRT consultants.

## CORPORATIONS
*PROTECTING OUR EMPLOYEES AND WORKPLACES*

- Protects employees against a hostile work environment due to critical race theory training.

## CONSEQUENCES
*TOOLS FOR EMPLOYEES AND TEACHERS TO FIGHT BACK*

- Provides employees, parents and students a private right of action.
- Strengthens enforcement authority of the Florida Department of Education.