*Novoa v. Diaz* et al.,

# Exhibit 14 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

# Exhibit 14 lodged with clerk via Federal Express, Tracking No. 278028774463