*Novoa v. Diaz* et al.,

# Exhibit 18 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction



# The Florida House of Representatives

**Chris Sprowls**
**Speaker**

### NEWS RELEASE

**For Immediate Release**:
January 26, 2022

**Media Contact**:
media@myfloridahouse.gov
(850) 717-5780

## House Bill 7 to Uphold Principles of Individual Freedom Passes First Stop in Florida House

**TALLAHASSEE, Fla.** – Today, legislation to ensure that education and training materials in Florida's schools and workplaces are consistent with the shared American value that all people are created equal passed its first committee stop in the Florida House Judiciary Committee, 14 to 7. The bill is sponsored by Representative Avila, R-Miami Springs, Speaker pro tempore of the Florida House.

The legislation addresses concerns about teacher training and curricula that distort historical facts or push students to adopt the personal or political viewpoints of teachers or textbook authors, including that factors such as race or sex primarily determine a person's character or potential.

*"Too often, we're seeing movements ignore the fact that we are all, first and foremost, unique individuals worthy of dignity and respect,"* said Speaker Sprowls. *"These movements have tried to hijack the important conversation about race and use it as a pretext to attack institutions-- ranging from capitalism to the very idea of objective truth in the hard sciences. They want to use the sins of the past to shut down dissent in the present. HB 7 ensures Florida's workplaces and schools are places where we can have healthy dialogues about race or diversity without losing sight that we are all, first and foremost, unique individuals."*

HB 7 identifies several shared principles of individual freedom to guide instruction and curriculum, including:
- No individual is inherently racist, sexist, or oppressive, whether consciously or unconsciously, solely by virtue of his or her race or sex.
- No race is inherently superior to another race.
- No individual should be discriminated against or receive adverse treatment solely or partly on the basis of race, color, national origin, religion, disability or sex.

1

*"We aren't defined by just one external trait, and we must ensure that no Floridian falls victim to harmful stereotypes based solely on a characteristic they were born with," said Representative Avila. "I am proud to sponsor this legislation that ensures every Floridian has the right to learn and earn in an environment that values the uniqueness of each individual while acknowledging the American view that we were all created equally."*

Under HB 7, teachers may facilitate classroom discussions on how individual freedoms have been infringed upon as well as how laws were passed or enforced in a way that resulted in these societal ills. However, lessons and textbooks must uphold the shared principles of individual freedom and not indoctrinate students with a particular point of view. Nothing in the bill bans the teaching of historical facts about slavery, sexism, racial oppression, racial segregation, and racial discrimination.

*"It is important to talk about how individual freedoms have been infringed by racism, sexism, slavery, and segregation," added Representative Erin Grall, R-Vero Beach, Chair of the House Judiciary Committee. "Equally important is the discussion around how our shared values of believing that all people are created equal and that no group is better than any other helped us make progress away from these dark times in our history and overturn unjust laws."*

The bill also addresses unlawful employment practices, as well, to ensure that no worker is forced to endure indoctrination in ideologies that espouse race and sex stereotyping. The bill clarifies that unlawful discrimination by employers outlined in the Florida Civil Rights Act includes required workplace trainings that compel workers to believe concepts contradictory to the principles of individual freedom.

*"This bill is about identifying the foundational American values that we agree on and committing to uphold them in our schools and our workplaces," added Representative Chris Latvala, R-Clearwater, Chair of the Education & Employment Committee. "Every student, teacher and worker should know that they are valued as a unique individual, equal to all others, and judged by their words, actions and character."*

Read the full text of HB 7 at [www.myfloridahouse.gov](www.myfloridahouse.gov).

###