*Novoa v. Diaz* et al.,

# Exhibit 23 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

| Florida Board of Governors Performance-Based Funding Allocation, 2021-22 | | | | | |
|---|---|---|---|---|---|
| **June 22, 2021** | | | | | |
|  | 2020 Scores | 2021 Scores | Allocation of State Investment | Allocation of Institutional Investment | Total Performance-Based Funding Allocation |
| FAMU | 73 | 79 | $12,651,647 | $14,083,909 | $26,735,556 |
| FAU | 85 | 89 | $20,392,761 | $22,701,375 | $43,094,136 |
| FGCU | 88 | 82 | $11,469,477 | $12,767,908 | $24,237,385 |
| FIU | 88 | 97 | $31,947,249 | $35,563,918 | $67,511,167 |
| FL Poly |  | 83 | $4,295,463 | $4,781,742 | $9,077,205 |
| FSU | 85 | 88 | $41,028,117 | $45,672,810 | $86,700,927 |
| NCF | 87 | 64 | $3,643,257 | $4,055,702 | $7,698,959 |
| UCF | 89 | 87 | $32,898,338 | $36,622,678 | $69,521,016 |
| UF | 90 | 87 | $50,191,372 | $55,873,414 | $106,064,786 |
| UNF | 83 | 77 | $12,903,434 | $14,364,201 | $27,267,635 |
| USF | 94 | 94 | $34,549,019 | $38,460,228 | $73,009,247 |
| UWF | 82 | 83 | $9,029,866 | $10,052,115 | $19,081,981 |
| Total |  |  | $265,000,000 | $295,000,000 | $560,000,000 |

*7/23/21 Note: technical adjustments have been made to USF and NCF totals due to rounding*