*Novoa v. Diaz* et al.,

# Exhibit 24 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

| | | Florida Board of Governors Performance-Based Funding Allocation, 2017-18 June 22, 2017 | | |
|---|---|---|---|---|
| | Points | Allocation of State Investment | Allocation of Institutional Investment[1] | Total Performance-Based Funding Allocation |
| FAMU | 65 | $0 | $13,905,021 | $13,905,021 |
| FAU | 72 | $19,395,004 | $21,769,903 | $41,164,907 |
| FGCU | 66 | $0 | $9,704,854 | $9,704,854 |
| FIU | 68 | $27,468,290 | $30,831,754 | $58,300,044 |
| FSU | 81 | $38,547,492 | $43,267,593 | $81,815,085 |
| NCF | 75 | $2,469,535 | $2,771,928 | $5,241,463 |
| UCF | 78 | $35,692,230 | $40,062,707 | $75,754,937 |
| UF | 95 | $55,061,011 | $48,516,241 | $103,577,252 |
| UNF | 58 | $0 | $12,894,229 | $12,894,229 |
| USF | 84 | $45,396,585 | $39,206,903 | $84,603,488 |
| UWF | 82 | $20,969,853 | $12,068,867 | $33,038,720 |
| Total | | $245,000,000 | $275,000,000 | $520,000,000 |

*Institutions scoring 50 points or less or the three lowest scoring universities will not receive any State Investment. Any ties in scores are broken using the tiebreaker policy in Regulation 5.001.

Notes:

[1] Each university contributed a portion of their institutional budget, for a total of $275 million, to be allocated based on performance. Universities that scored 51 points or higher receive their full institutional funding restored.