*Novoa v. Diaz* et al.,

# Exhibit 26 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction



**REGULATION**

| | |
|---|---|
| **Number:** | USF10.200 |
| **Title:** | Purpose of Chapter 10, Part I – Administration, Staff, and Temporary Personnel Matters |
| **Responsible Office:** | Central Human Resources |

**Date of Origin:** 10-5-03   **Date Last Amended:** 8-26-22 (technical)   **Biennial Review:** See Policy 0-001

(1) Chapter 10, Part II, contains personnel Regulations for Administration, Staff, and Temporary employees of USF, unless otherwise exempted from these Regulations.

(2) Chapter 10, Part II, supplements Regulations promulgated by the Florida Board of Governors, where applicable.

(3) For purposes of these Regulations, employees are those persons who have been hired by USF and receive financial compensation to perform services for, and whose work is directed and controlled by USF. The term "employee" includes those identified in (1) above and (6) below and does not include volunteers or independent contractors.

(4) Employees are expected to adhere to the Federal and Florida Constitutions, and all applicable federal and Florida laws and regulations, including those governing public employment, civil rights, discrimination, conflicts of interest, nepotism, campaigns and elections, purchasing and contracts, grant procurement and administration, public records, military personnel and veterans, and budgets and finances. The lack of a specific reference in this section to a particular provision of federal or Florida law or regulation is not intended to constitute a waiver of an employee's responsibility to adhere to all applicable regulations, rules, laws and collective bargaining agreements.

(5) By way of specific reference regarding adherence to the laws outlined above, the University will comply with the most current laws regarding HB7 (CHAPTER 2022-72)* which amends two statutes that apply to the University (1000.05, known as the Florida Educational Equity Act and the Florida Civil Rights Act - 760.10. Complaints regarding possible violations of HB7 laws will be handled through the Office of Ethics and Compliance.

    * CS/HB 7: Individual Freedom

(6) Personnel Programs

    (a) The President of USF, as its Chief Administrative Officer ("CAO"), will be responsible and accountable for establishing, administering and maintaining the personnel programs for USF. The phrase "Chief Administrative Officer" includes the President or his/her designee.

    (b) The CAO will establish and maintain all records that are necessary to substantiate USF's compliance with all applicable federal and Florida laws, rules and regulations relating to employment. To the extent necessary to implement the Regulations of USF, the CAO may delegate authority to appropriate officials of USF.
    © USF is committed to equal employment opportunity and non-discrimination towards applicants and employees with respect to race, color, religion, age, disability, sex, marital status, national origin, veteran status, sexual orientation, political affiliation, union membership status, genetic information, and gender identity and expression.

(7) Employment consists of the following defined categories:

    (a) Administration: Positions assigned administrative and management responsibilities or professional duties at the department/unit level, or above. Administration employment is at will and can be terminated at any time in accordance with these Regulations.
    (b) Executive Service: the CAO may designate Administration positions as Executive Service. Employees in Administration positions designated in the Executive Service serve at the will of the CAO, and have no expectation of appointment beyond a sixty (60) days' notice period.
        (1) Executive Service positions ordinarily report directly to the CAO, unless otherwise specified in writing, by the CAO and USF Central Human Resources, and include the Senior Vice President, Vice Presidents, Regional Chancellors, Regional Vice Chancellors, and other leadership positions responsible for policy-making at the executive level.
    (c) Staff: Positions assigned professional, paraprofessional, administrative, clerical, secretarial, technical, skilled crafts, service, or maintenance duties.
    (d) Temporary: At-will temporary employment.

(8) If any court of competent jurisdiction finds any provision of any Regulation contained in Chapter 10, Part II, to be unconstitutional or inconsistent with any requirement of federal or Florida law, then that provision may be stricken without affecting the applicability of any other provision of the Regulations.

(9) The Regulations contained in Chapter 10, Part II, are not a contract or a guarantee of employment for any specified period of time. Employment may be terminated at any time in accordance with other provisions of these Regulations.

(10) These Regulations may be changed at any time in accordance with state and USF regulation-making provisions.

(11) The provisions of Regulation USF10.200 are applicable to and incorporated by reference in all Regulations contained in Chapter 10, Part II.

*Authority: Art. IX, Sec. 7, Fla. Constitution, Fla. Board of Governors Regulation 1.001.*

*History: New (BOT approval) 10-05-03, Formerly, 6C4-10.200, F.A.C., Amended 8-27-09, 9-7-12, 12-18-14 (technical), 2-2-22 (technical, 8-26-22 (technical)).*

*Biennial Review: See Policy 0-001*

*Consolidation Amendments Effective: 7-1-20.*

*Certification: USF certifies that it has followed the Florida Board of Governors Regulation Development Procedure and has a record of written notices, comments, summaries and responses as required.*