*Novoa v. Diaz* et al.,

# Exhibit 28 to Declaration of Adam Steinbaugh in Support of Plaintiffs' Motion for Preliminary Injunction

UNIVERSITY OF SOUTH FLORIDA                                              MyUSF    |    Directory

# COMPLIANCE & ETHICS

 GIVE NOW

ABOUT US | ATHLETICS COMPLIANCE | DISABILITY/ADA | EQUAL OPPORTUNITY | HEALTH COMPLIANCE | TITLE IX

# Equal Opportunity

Compliance & Ethics  /  Equal Opportunity  /  File an Equal Opportunity Complaint

**ORGANIZATIONAL CHART**

**EQUAL OPPORTUNITY / AFFIRMATIVE ACTION STATEMENT**

**USF'S ANTI-DISCRIMINATION POLICIES**

**PROTECTED CATEGORIES**

**FILE AN EQUAL OPPORTUNITY COMPLAINT**

**SUBMIT AN EQUAL OPPORTUNITY INCIDENT REPORT**

## FILE AN EQUAL OPPORTUNITY COMPLAINT

**What Should Be Reported to Equal Opportunity**

Discrimination based on the following protected categories is prohibited under USF Policy 0-007, Discrimination and Harassment and USF Policy 0-108, Disability and Accommodations:

- Age
- Color
- Disability
- Genetic Information (including family medical history)
- Gender Identity/Expression
- Marital Status
- Military or Veteran Status
- National Origin
- Race
- Religion
- Sex/Gender
- Sexual Orientation

**RECRUITMENT AND HIRING**

**CERTIFYING EQUAL OPPORTUNITY COMPLIANCE ON GRANT APPLICATIONS**

Students, staff, and faculty are strongly encouraged to report discrimination based on these protected categories, including violations of House Bill 7 (HB7). Delaying the immediate reporting of an allegation often hinders a proper investigation and can also unnecessarily subject the Complainant to continued discrimination, harassment, and/or retaliation.

**How to Report**

Report known or suspected discrimination using the Equal Opportunity (EO) Compliant Form provided below. To learn more about EO policies, the EO compliant process, and HB7, including frequently asked questions concerning HB7, please visit the links provided below. If you would like to speak with someone about your specific situation or have questions about the information provided below, please contact our office directly for assistance. Our contact information is available in the About Us section in the **Contact Us** subsection.

- **Equal Opportunity Complaint Form**
- **USF Policy 0-007: Diversity and Equal Opportunity: Discrimination and Harassment**
- **USF Policy 0-108: Disability and Accommodations (Public/Employees/Students)**
- **HB7**
- **HB7 FAQs**

**Student Conduct and the Ombuds Office**

- For any disputes in which a student has allegedly violated USF policies or rules, please contact **Student Conduct and Ethical Development** , ALN 109, (813) 974-9443 for assistance.
- Ombuds services are available to all USF students, faculty, staff and administrators who wish to confidentially discuss concerns with an informal, independent and impartial third party. Students may contact the **Student Ombuds Office** at 813-974-0835; faculty, staff and administrators may contact the **Ombuds Office** at 813-974-7777.



4202 E. Fowler Avenue, ALN 172, Tampa, FL 33620, USA
813-974-4373

| | | |
|---|---|---|
| About USF | Administrative Units | USF Health |
| Academics | Regulations & Policies | USF Athletics |
| Admissions | | |
| Locations | Human Resources | USF Alumni |
| Campus Life | Work at USF | Support USF |
| Research | Emergency & Safety | USF Libraries |
| | Title IX | USF World |

Copyright © 2022, University of South Florida. All rights reserved.
This website is maintained by **Compliance & Ethics**.
About This Site  |  Contact USF  |  Visit USF  |  Diversity