# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, SAMUEL RECHEK, and the FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, *et al.*,<br><br>*Defendants.* | Case No. 4:22cv324-MW/MAF<br><br>**DECLARATION OF ADRIANA NOVOA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, Adriana Novoa, declare as follows:

1. I am a Plaintiff in this matter. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of an article written by Adrian Burgos, Jr., *Left Out: Afro-Latinos, Black Baseball, and the Revision of Baseball's Racist History*.

3. Attached as **Exhibit B is** a true and correct copy of an article written by Peter Dreier, *Jackie Robinson's Legacy: Baseball, Race, and Politics*.

1

4. Attached as **Exhibit C** is a true and correct copy of an article written by Geoffrey Turner, *Collective Guilt and the Crucifixion*.

5. Attached as **Exhibit D** are true and correct copies of excerpts from Gerald R. Gems' book, THE ATHLETIC CRUSADE, SPORTS AND AMERICAN CULTURAL IMPERIALISM.

6. Attached as **Exhibit E** are true and correct copies of excerpts from my book, FROM MAN TO APE: DARWINISM IN ARGENTINA, 1870-1920.

7. Attached as **Exhibit F** are true and correct copies of excerpts from Nancy Stepan's book, PICTURING TROPICAL NATURE.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on September 15 2022.

DocuSigned by:
*Dr. Adriana Novoa*
DF4A961193C344D...
Adriana Novoa