*Novoa v. Diaz* et al.,

# Exhibit A to Declaration of Adriana Novoa in Support of Plaintiffs' Motion for Preliminary Injunction

# Left Out

*Afro-Latinos, Black Baseball, and
the Revision of Baseball's Racial History*

**Adrian Burgos Jr.**

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

### Still Waiting

The National Baseball Hall of Fame's special election on the Negro Leagues in 2006 resulted in the induction of seventeen players and executives. Media coverage focused as much on who was excluded as it did on who was included within the Hall's largest entering cohort ever. Among those left out, Buck O'Neil drew the most notice. O'Neil's endearing personality, homespun storytelling style, and tireless work on behalf of the Negro Leagues helped spark a revival of popular interest in black baseball history. His lack of bitterness made him the symbol of the Negro Leagues for countless Americans and assuaged the guilt of many about the national pastime's Jim Crow past.

Outrage at the "snubbing" of Buck O'Neil along with the more muted reaction to Afro-Latino Orestes "Minnie" Miñoso not being elected offers an opportunity to revisit popular narratives about black baseball history, the place of Afro-Latinos within baseball history, and the study of the African diaspora within the Americas. These three narratives encapsulate the history of blacks in U.S. professional baseball from its segregated era (the late 1880s), the unfolding of integration (late 1940s through the 1950s), and into the contemporary era. This article focuses on the treatment of Afro-Latinos within these narratives and illuminates a selective revision of baseball's racial history that minimizes the impact on, and contributions of, Afro-Latinos.

*Social Text 98* • Vol. 27, No. 1 • Spring 2009
DOI 10.1215/01642472-2008-016   © 2009 Duke University Press   **37**

The lack of recognition black Latinos receive as contributors to, and beneficiaries of, the legacy of black baseball reveals how lines have been drawn within popular understandings and within the historical literature. For many familiar with the story of race and baseball, it remains incomprehensible that an individual can be black and Latino—and that their Latino identity did not automatically preclude them from segregation inside or outside the sporting world. Not to be recognized as black, then as now, due to their origins from different points within the diaspora, severs their direct experience of organized baseball's discriminatory practices. Indeed, most baseball fans remain unaware that the vast majority of Latinos performed in the Negro League during the era of baseball's color line and that many Afro-Latinos were pioneers of integration, alongside African Americans, during the desegregation of organized baseball.

Importantly, the reinsertion of Latinos, especially Afro-Latinos, and of Latin America into the history of baseball's racial past and its desegregation recasts this important chapter in the long campaign for civil rights in the United States. The willingness of African Americans and Latinos to remove their talent and expertise from the Jim Crow setting implicated the traditional power structures within U.S. professional baseball and U.S. society as a whole. These individuals acted as agents of change as they envisioned their struggle beyond U.S. national boundaries and reconfigured the baseball circuit that they envisioned as the "major" leagues.

This history remains instructive today, particularly as we think about current relations between African Americans and Latinos in U.S. society and the complexity of group relations in societies across the Americas. The story of the Negro Leagues and the quest for meaningful inclusion within professional baseball is one of shared struggle for African Americans and the majority of Latinos who entered the U.S. playing fields. Racialized as people of color, members from both communities endured exclusion from organized baseball due to its color line—it was only a privileged group of lighter-skinned Latinos who gained access into the major leagues before Jackie Robinson. Afro-Latinos players, in particular, bore a special burden; they had to endure the impact of their color, race, and ethnicity.

In spite of this shared history, Buck O'Neil and Minnie Miñoso have come to represent different strands within the revisionist history of the Negro Leagues and baseball's Jim Crow era. O'Neil embodies the southern-born African American who overcame the hurdles presented by Jim Crow and, through his refusal to become bitter, emerges as the iconic representative of the Negro Leagues. Miñoso is cast as the foreign Latino who many perceive as having traveled a less precarious path, due primarily to his Cuban ethnicity. Rooted in a peculiar form of U.S. chauvinism, such perceptions minimize the contributions of Afro-Latinos in the struggle against Jim Crow and as integration pioneers. In Miñoso's case, this view posed a major

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

obstacle to arguing the case for his enshrinement in the Baseball Hall of Fame, diminishing his time in the Negro Leagues and his role as an integration pioneer who embodied the story of race in baseball. More broadly, that analytical framework elides the particularities of the Latino story within the history of race and baseball.

These different strands reveal a tension about where to place Afro-Latinos in the recovery of black baseball history. Language figures as a significant obstacle. Most baseball historians are unable to fully capture the experience of Afro-Latinos by interviewing the former players in their native language of Spanish. This renders most of the overwhelmingly Spanish-speaking Afro-Latinos either less eloquent or mute. Moreover, it does not fully capture the lived experience of African Americans who performed in the Negro Leagues and in Latin America. This point was reiterated in a conversation with Maureen Taylor Hicks, daughter of former New York Cubans pitcher Johnny "Schoolboy" Taylor. She recalled how, much to her amazement, her father often stopped to chat in Spanish with Latinos on the streets of New York City and their hometown of Hartford, Connecticut.[1] Taylor's interactions, long after his playing days had ended, capture how blacks from different countries picked up cultural practices as they migrated across the Americas, as well as the lasting impact such travels during the Jim Crow era had on some African Americans.

This article interrogates the formation of these strands within popular understandings and within the historiography on race and baseball to unveil the power of these narratives and how they can miscast the experience of Afro-Latinos as racialized subjects. First, in revisiting the official effort to acknowledge Negro League greats, I discuss the need to reinsert Latinos and Latin America in order to fully appreciate the history of this institution. Second, I examine the experience of Minnie Miñoso and Vic Power to underscore the manner in which they, as Afro-Latinos, could not escape their racial and ethnic standing when it came to the sporting press, management, or those who resisted integration. Two recent marketing campaigns, the Latino Legends team and the Black Aces club, are then analyzed to showcase how the baseball public continues to be (mis)educated about the historical contributions of Afro-Latinos. The subsequent section looks to the broader, transnational baseball circuit and to one of its key figures, the Afro-Latino Alex Pompez, who profoundly affected the pace and participants in both the integration and Latino-ization of baseball. This shift reveals the importance of reorienting our focus beyond the borders of the United States to better grasp the Negro Leagues' legacy, as well as to appreciate fully those involved in the work of desegregating organized baseball. The final section calls for a diasporic framework in the next major revision of black baseball and baseball history to account for the wide set of actors who influenced the story of race in baseball. In so doing, I argue,

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/s98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Latino participation and Latin America emerge as vital to the recovery of the history of those who are too often left out.

### Acknowledging a Jim Crow Past

The Hall of Fame's recovery of the Negro League story can be traced back to 1966 when baseball great Ted Williams called for recognition of black baseball stars during his Hall of Fame induction acceptance speech. Williams, to the surprise of many in attendance, stated: "I hope some day Satchel Paige and Josh Gibson will be voted into the Hall of Fame as symbols of the great Negro players who are not here only because they weren't given the chance."[2] The speech by the ostensibly apolitical Williams spurred the Hall into action. Initial plans for a separate gallery dedicated to black baseball were scrapped after protests over re-creating the lines of segregation within the Hall. Finally in February 1971, the Hall impaneled a blue-ribbon committee to elect Negro League candidates for enshrinement as regular members. Under this committee, ace pitcher Satchel Paige entered first in July 1971, followed by Josh Gibson and Buck Leonard (1972), Monte Irvin (1973), James "Cool Papa" Bell (1974), Judy Johnson (1975), Oscar Charleston (1976), and, in 1977, John Henry "Pop" Lloyd and Afro-Cuban Martin Dihigo were elected—Dihigo remained the Hall's lone Latino Negro Leaguer until the 2006 election.

Recovery of black baseball history since this initial wave in the 1970s sharpened the American public's awareness of segregation's pervasive role in the national pastime's history. Americans became familiarized with figures like Buck O'Neil and Ted "Double Duty" Radcliffe whose masterful storytelling left audiences spellbound. Testimonial retelling and apocryphal yarns have made it difficult to separate lore from actual events and tend to hide as much as they reveal about life on the other side of the Jim Crow divide. Historians of black baseball have thus had to work diligently to illuminate the social and economic challenges faced by those excluded from organized baseball, the ways Negro League players and owners negotiated Jim Crow practices, and baseball's importance within black urban communities.[3]

The history of race and baseball is incomplete without a substantive discussion of Latinos' long participation in U.S. professional baseball. Latinos who performed in the black baseball circuits outnumbered those who appeared in the majors by over a four-to-one margin before the dismantling of organized baseball's racial barrier in 1947.[4] Consideration of Latinos and Latin America compels a transnational framing of black baseball history. From the early to mid-twentieth century, the movement of talent, capital, and information within this circuit unveils connections between the English- and Spanish-speaking baseball worlds. This, more-

over, reveals a wider set of actors and a broader terrain of struggle against Jim Crow. Indeed, it positions us to address those most often left out of the story of race and America's game, Afro-Latinos, and how the fight against segregation in U.S. professional baseball was more than a national story.

The baseball circuit in which African Americans and Latinos participated served as a site of exchange in the diaspora within the Americas and a space of struggle around matters of group identification and blackness. Harlem, Chicago, Havana, Veracruz, Santo Domingo, and San Juan, among other locations within this circuit, developed into nodal points of what historian Earl Lewis labels "overlapping diasporas."[5] At such points, individuals from different waves articulated new or maintained old forms of group identification, attempted to build community, and struggled to find their place in new racial situations.

While the willingness of black talent to play in Latin America's integrated leagues directly challenged the functionality of segregated baseball in the United States, it did not produce a romantic unity rooted in a diasporic blackness. African Americans and Afro-Latinos often disagreed about how to approach the strictures Jim Crow placed on their everyday lives, revealed in fraught relationship between Afro-Cuban Minnie Miñoso and some of his African American teammates. Their actions nevertheless provide a window into how a diasporic blackness was imagined (or not) as a means to build bonds of affinity and, within professional baseball specifically, establish new allies in the fight against Jim Crow segregation.

The desegregation of baseball involved a set of pioneering actors and a series of localized struggles to transform the culture and practice of segregation. Black players who followed Jackie Robinson's 1947 breakthrough with the Brooklyn Dodgers still had to persevere to ensure integration was not just a successful experiment in just a few locations. The hostility they confronted was no less real because they came after Robinson; beanballs kept coming, epithets continued flying, threatening letters were still mailed, and team management still found reasons to defer the big-league dreams of black players.

The inclusion of Afro-Latinos as critical participants in the fight against Jim Crow challenges the myopic view of baseball integration as a moment and stresses the significance of understanding integration as a process. This facilitates the emergence of a narrative different than that of the well-intentioned, morally crusading (white) team executive who boldly dismantled organized baseball's color line. The point here is not to minimize Dodgers general manager Branch Rickey's courage, when he signed Jackie Robinson, in breaking with the gentleman's agreement that reigned in organized baseball. Rather, the approach advanced here eschews the institutional focus that has traditionally celebrated organized baseball's (haphazard) pursuit of integration and stressed the failings of

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

black baseball leagues — their lack of a uniform response and weak executive leadership. Instead, I focus on a few of the factors that inspired African American players, individually and collectively, to widen their professional options and recast their movement from U.S. professional leagues to Latin American leagues as more than an economically driven movement; they were extending the terrain of struggle against Jim Crow.

Latin American professional leagues proved an attractive option for talented African Americans for several reasons. Latin American teams recruited them strictly on the basis of their ability; that they paid well mitigated the cultural adjustment and the distance from home. These leagues used a *refuerzo* system, which limited the number of foreign-born players per league team. This, in turn, increased competition to sign the best foreigners and enabled African American players to reap great financial reward.[6] The prospect of being liberated from everyday encounters with Jim Crow drew black baseball's best further south. Negro Leaguer Bill Cash's recollections about playing in Latin America made this point clear in a February 2004 interview: "You would be real thirsty and see a water fountain and look above it for the 'White Only' sign and there was none. Water never tasted so good."[7] Other Negro Leaguers extolled the qualitative difference between playing in Latin America and in Jim Crow North America. Willie Wells felt his dignity as a man restored during his years performing in the Mexican League. "I am not faced with the racial problem in Mexico," Wells told *Pittsburgh Courier* sportswriter Wendell Smith in the early 1940s; "when I travel with Vera Cruz we live in the best hotels, we eat in the best restaurants and can go anyplace we care to. I've found freedom and democracy here, something I never found in the United States." United States racial thinking "branded" him a "Negro" and compelled him "to act accordingly," he explained, and "everything I did, including baseball, was regulated by my color."[8] The recollections of African Americans who went south do not belie the fact that they and Afro-Latinos encountered racism in Latin American societies. There were hotels, social clubs, and restaurants in Havana, Santo Domingo, and Mexico City, among others, which did not always welcome them, regardless of their nationality or social status. What differed was that the racial limitations present in Latin America did not affect their professional lives as profoundly as did those present in the United States.

Latin American leagues also provided a safe haven from Jim Crow for Latinos of all hues. The most compelling threat to organized baseball's Jim Crow practices came from the Mexican League. Organized in 1938, the Mexican League operated as an integrated summer circuit, making it possible for Latinos to perform year-round in Latin America. Latino players who performed on either side of organized baseball's racial divide in the States jumped to Mexico, especially during the Second World

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

War. From the Negro Leagues came stars Martin Dihigo, Silvio García, and Manuel "Cocaína" Garcia, among others, who were joined by Luis Rodríguez Olmo, Roberto Estalella, Roberto Ortiz, and another dozen Latinos with major-league experience. All told, half of the thirty Latinos who made their major-league debuts between 1935 and 1945 jumped to the Mexican circuit.

The Mexican League's pursuit of white major-leaguers in 1943 (after its targeted recruitment of African Americans and Latinos) heightened the stakes in organized baseball maintaining its Jim Crow restrictive covenant. White major-leaguers contemplating, or actually leaving, to join the integrated Mexican League called into question the rationalization that segregation persisted because whites were unwilling to play on integrated teams—some were more than willing, if the price was right. The movement of players from segregated North American leagues to the Mexican circuit threatened to disrupt the major leagues' hold on white talent while also altering the timeline of when white players started to act on their desire to play integrated baseball. The attractiveness of the Mexican League, however, quickly diminished after World War II, especially following the signing of Jackie Robinson by the Brooklyn Dodgers organization in late October 1945, which launched the racial integration of organized baseball.[9]

### A Jackie Robinson for Latinos?

The Hall of Fame's 2006 special election on the Negro Leagues provided an opportunity to address the place of Latinos within the story of race and America's game. My inclusion as an expert on Latino baseball on the special election's screening and voting committees ensured Latinos were not merely an afterthought. After considerable debate, three Latino Negro Leaguers were among the seventeen elected: Afro-Cuban players José Méndez and Cristóbal Torriente, who starred in the 1910s and 1920s, and the U.S.-born Alejandro "Alex" Pompez, who opened doors for Latinos in the Negro Leagues as a team owner from 1916 to 1950 and who later affected the shape of integration as a scout and director of international scouting for the New York/San Francisco Giants organization.

The failure of Minnie Miñoso to secure election tempered my joy in the election of three Latino Negro Leaguers. The voting result underscored the limited appreciation of what Jim Crow and integration entailed for black Latinos who were part of the generation that pioneered the integration of baseball. Black Latinos like Miñoso dealt with the overlapping processes of cultural adjustment and adaptation to racial practices in what often was an alienating setting. While many African Americans found refuge in local black communities throughout the United States, most

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

big-league towns lacked a thriving Latino community from which black Latinos could draw similar support.

Miñoso's candidacy in the 2006 election ultimately fell victim to the fault lines of racial understandings—specifically, the perceived line of demarcation between black and Latino when it comes to black Latinos. The Afro-Cuban presents a quandary for many about where to place a black Latino within U.S. categories of identity: Is he black? Just Latino? Can he really be both?

The affirmative case for Miñoso hinged on his status as an integration pioneer; that he was the first black Latino in the major leagues (1949) and the first to integrate the Chicago White Sox (1951) made his big-league accomplishments all the more compelling. This position drew inspiration from Larry Doby, the American League's pioneering black player who was elected by the Hall of Fame Veterans Committee after being left out by baseball writers in the regular voting process. The special election's voting committee members, white and black, openly debated the appropriateness of labeling Miñoso an integration pioneer, however. A few questioned how much racial antagonism he faced as a black Latino. Others asked whether recognizing Miñoso as the first black Latino pioneer of integration would mean that the Hall would have to similarly recognize the majors' first Asian or Native American player. These questions belied the reality of integration as a historical process with international ramifications that had a particularly direct impact on Afro-Latinos.

Miñoso experienced the promise and limits of integration, traversing uncharted territory in making his major-league debut with Cleveland just two seasons after Jackie Robinson's 1947 breakthrough. Miñoso's opportunity to fully build his credentials for the Hall of Fame was, in a way, hampered by Cleveland's place at the forefront of baseball integration. It was the first American League team to integrate: African American players Larry Doby, Satchel Paige, Luke Easter, and Harry Simpson, along with Mexican native Roberto "Beto" Avila and the Cuban-born Miñoso, made their big-league debuts with Cleveland between 1947 and 1951. After appearing briefly with Cleveland in 1949, Miñoso lingered in the minors waiting for another turn to join the big-league squad. He thus encountered the impact of organized baseball's overall deliberate approach to integration, which ensured it proceeded haltingly—twelve years elapsed between Robinson's 1947 appearance and the 1959 debut of "Pumpsie" Green, which completed the process whereby each major-league team had at least one black player in an official game. Most major-league teams hesitated, and some outright refused, to carry an odd number of "colored" players throughout this period. Thus they avoided assigning a single hotel room to a black player (a privilege usually reserved for star players) or forcing an interracial roommate assignment on one of the white players. Notably,

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

this practice meant some African American and Latino players lingered in the minors when they could have been performing on big-league squads if there had been a greater league-wide commitment.

Traded to the White Sox in April 1951, Miñoso pioneered Chicago's racial integration as it became the third American League club to integrate. In contrast to Jackie Robinson, Miñoso lacked unquestioning support from the black community. African American teammates at times questioned Miñoso's racial identity despite his physical appearance and the fact that he had previously played three seasons in the Negro Leagues. Harry Simpson, a Cleveland teammate, even accused him of not being black. The Cuban admitted he approached racial situations differently than his African American teammate: "When I first came here, if it was against the law for a person of color to go to a certain place, I would say, 'That's the law and I will respect it.' Something like that wasn't going to hurt me."[10] Miñoso was puzzled that this approach disqualified him as a black man. "When I came to the United States," he told historian Lisa Brock in a 1993 interview, "I was surprised and a bit amused to hear some black ballplayers tell me that I didn't understand prejudice and discrimination because I was Cuban, not black." Lack of awareness about Cuba's racial situation likewise startled him. Cuba was no racial paradise, he reminded others: "Just as in the United States, there were many sections of Cuba, and many neighborhoods, where you only saw white people. And here in this country, the signs in restaurants and buses prohibiting blacks applied as much to me as it did them."[11]

Questioning Miñoso's racial standing reflects the popular belief that growing up in a Spanish-speaking society somehow diminished the significance of one's black skin and African ancestry after entering U.S. society. This belief motivates efforts to separate black Latinos into two different realms of experience: black versus Latino. It also facilitates the perception that cultural heritage somehow shielded them from the full brunt of Jim Crow racism. Miñoso, and the black Latinos who followed him, together attest to how this perception was and remains misguided.

Puerto Rican Vic Power's delayed entry into the majors vividly demonstrated how race continued to have an impact on the professional aspirations of black Latinos after the start of integration. Power languished for three years in the early 1950s with the New York Yankees' top minor-league affiliate, waiting for his chance to integrate the Yankees. Aware of Power's outstanding performance, civil rights organizations and local media campaigned publicly to pressure the Yankees. The team was the lone holdout to integration among New York City's three major-league teams, and Yankees general manager George Weiss informed the media that "the first Negro to appear in a Yankee uniform must be worth having been waited for" and that Power was not the "right kind of Negro."[12]

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Vic Power posed problems for Yankees team management that had little to do with his playing abilities. His personality was in stark contrast to the quiet, grateful player Weiss envisioned as the pioneering black Yankee. Rather, the black Puerto Rican was gregarious, unafraid to speak out about racial slights or to make fun of the absurdity of racial practices in U.S. society. Worse yet, Power flaunted his unwillingness to abide by the time's mores, openly dating white women and lighter-skinned Latinas in violation of 1950s racial sensibilities. Aware of the sexual politics of his dating habits, he later observed: "Maybe if I had driven a Volkswagen and told them I was after a big, fat colored girl, they would have said, 'Oh, he's a nice guy, see how beautiful he is!' "[13] Power's chance to integrate the Yankees never came. Traded to the Kansas City Athletics in December 1953, Power made his major-league debut during the 1954 season; African American Elston Howard would earn the distinction as the first black player to appear for the Yankees in 1955.

Cultural difference added to the challenge of black Latinos functioning as pioneers of integration. Latinos were confronted with the stereotype of the "hot-blooded Latin," the perception that they were more emotional than other players and would lash out verbally or physically. In Miñoso's case, the fact that he did not routinely charge the mound to confront opposing pitchers who were constantly throwing at him (he led the American League in getting hit by pitches ten times, including his first four full seasons) directly countered this image. His restrained response smoothed the path for Latinos who followed, making it possible for Roberto Clemente, Felipe Alou, and Orlando Cepeda to later speak more freely, as men who were fiercely proud of being black and Latino, about maltreatment from league officials and the English-language press.

Racialization of language accents and cultural practices heightened awareness of the doubleness that black Latinos experienced in the U.S. playing fields. "The language barrier back then was so difficult," Hall of Famer Orlando Cepeda observed. "Players today who come from Venezuela, Panama, and other Spanish-speaking countries . . . have no idea. That is too bad, because it diminishes a part of what Minnie has meant to so many of us."[14]

Whether they came from Miñoso's generation and started their careers in the Negro Leagues or from Clemente's generation and entered directly into organized baseball, Latinos navigated the cultural dynamic involved in the often antagonistic relationship with the English-language sporting press. "Lots of times I have the feeling people want to take advantage of me, especially writers," Clemente stated.[15] Several white teammates understood Clemente's guardedness when it came to the press. "Some writers put words in your mouth," Pirates teammate Bill Mazeroski explained. "[Clemente] was learning how to handle the language, and writers who

couldn't speak Spanish tried to make him look silly."[16] A sportswriter's quote of the Puerto Rican's explanation for his ineffectiveness early one season typified what angered Clemente and other Latino players: "I no play so gut yet. Me like hot weather, veree hot. I no run fast cold weather. No get warm in cold. No get warm, no play gut. You see." "I never talk like that; they just want to sell newspapers," Clemente complained, observing that there was a financial incentive for focusing on Latino players' accents and not on what they stated.[17]

Interactions with the press, as well as with African American team-mates, kindled an awareness within black Latinos about other people's perceptions of the difference they embodied. "I'm a double nigger because I'm black and a nigger I'm Puerto Rican," Clemente remarked to author Roger Kahn.[18] "I live two lives," he explained to journalist Luis Mayoral. "I am black and Puerto Rican. I have to behave well. Perhaps I have more responsibility than others."[19] Clemente's comments signal the different stakes involved for black Latinos in America's game and the internal and external pressures they felt about their identification.

### Miseducation of the Baseball Public

The insistence that black Latinos are neither just black nor just Latino continues to challenge those who create narratives about Latinos and baseball's racial past. Significantly, current cultural productions repro-duce the dislocation of black Latinos within U.S. racial understandings. These productions convey black Latinos as having a limited history in U.S. professional baseball that effectively severs them from the legacy of Jim Crow and their participation in overturning segregation. Two recent marketing campaigns, the Latino Legends promotion and the Black Aces club, illustrate the continuing process of miseducating the baseball public through their narrow definitions of Latino and black group membership. Together, they reiterate how black Latinos can endure a double invis-ibility: too black to be perceived as Latino, too ethnic to be perceived as black in a U.S. context.

In 2005, the Latino Legends promotion, sponsored by Major League Baseball and Chevrolet, sparked debate in baseball circles over its ballot of nominees. Articles in the *New York Times* and on ESPN.com, among others, scrutinized the criteria used for ballot inclusion. Some critics complained Reggie Jackson and Ted Williams were excluded despite their Latino heritage and Hall of Fame credentials. Pressed on how promoters defined who was a Latino, major-league spokesman Carmine Tiso responded that organizers had "applied a litmus test" of whether nominees had "a direct connection to their Latino heritage." When it came to Jackson's exclusion, retired big-leaguer Keith Hernández, who claims half-Spanish ancestry,

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

differed with Tiso: "It wasn't well known about Ted, but Reggie Jackson's background was well documented to people involved in the game." In Jackson's case, his paternal grandmother was Puerto Rican and his father, Martinez Jackson, had played in the Negro Leagues. Angered more with the litmus test than his omission from the ballot, Jackson fired back: "They have no right to pass judgment on what I claim about my Latin heritage. . . . I just don't run my mouth about it."[20]

The promotion's failure to adequately recognize early Latino players also drew criticism. Several historians claimed the ballot skewed the history of Latinos in the game toward the present—over two-thirds of the players listed on the ballot had played since the 1990s. Historian Samuel Regalado understood the rationale promoters used to omit Jackson, but observed "most of the recent players aren't pathfinders."[21] The omission of black Latinos such as Vic Power, Tony Taylor, and Juan Pizarro, who starred in the 1950s and 1960s and were members of the pioneering generation that integrated baseball, not only minimized the contributions that black Latinos made in that earlier era but also effectively reproduced the notion that Latinos had a limited history in the game and are (always) recent arrivals.

The Black Aces also drew scrutiny for its narrow terms of membership, which excluded black Latinos. Formed by retired African American pitcher Jim "Mud Cat" Grant, the Black Aces club is composed of black pitchers who won twenty or more games in a single major-league season. The club's main purpose is to market and promote this select group by organizing speaking engagements and paid public appearances.

The intentional exclusion of Luis Tiant, a four-time twenty-game winner and son of Negro League great Lefty Tiant, poignantly captures the ahistorical representation of black Latinos (even) in the revisionist history of race and baseball. According to Tiant, Mud Cat Grant explained to him that a line had to be drawn somewhere and that Tiant was excluded because he was not African American. This explanation proves arbitrary on several levels. First, the line evidently did not preclude the inclusion of Ferguson Jenkins, a black Canadian. Additionally, the Black Aces book Grant coauthored drew on the history of pitching aces from the Negro Leagues, including Tiant's father. Familiar with the circumstances in which blacks participated in U.S. professional baseball during the Jim Crow era, the elder Tiant had actually discouraged his son from pursuing a professional baseball career in the States. "He felt there was no place in baseball for a Black man," Tiant recalled in a 1975 interview, "But my mother finally got him to let me try."[22] Lefty Tiant confirmed this account during his lone trip back to the States to watch his son pitch in the 1975 World Series: "I didn't want him to come to America. I didn't want him to be persecuted and spit on and treated like garbage like I was."[23]

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@theffre.org on 26 August 2022

Further unnerving for Luis Tiant was the manner in which the Black Aces club left him and other black Latinos out of the history of slights and racial abuses that blacks faced during U.S. society's segregated era. Even Grant admitted that Tiant and fellow black Cuban pitcher Mike Cuellar, another four-time twenty-game winner, "had to live like we did. . . . They couldn't stay in hotels, couldn't drink from the [white] water fountains." The decision to exclude him from the Black Aces thus perturbed Tiant. "I haven't been treated like a white person here. In the minor leagues, I wasn't white. I was black. We couldn't eat in the hotel. We couldn't eat in the restaurants. And now I'm not black?" Tiant asked.[24]

The Tiants are clearly not alone in recalling the enduring scars left by encounters with Jim Crow. Introduced to the Negro Leagues as an eighteen-year-old rookie in 1923 by Alex Pompez, Cuban great Martin Dihigo personally experienced what he described as "the hatred of 'gringos.'" Dihigo informed a Cuban interviewer that he went through "all types of double discrimination, for being black and for being of Latino origin."[25] The unequal treatment disturbed the proud Cuban. "Those gringos were such cretins that in many hotels, if they, by chance, admitted us, they would go to the extreme of denying us water to bathe. The food, the mess hall, the waiter, it was all the same."[26]

Recollections such as these make clear that black Latinos did not escape racialized treatment when they traveled the U.S. professional circuit. To the contrary, while they may have had the capacity to maneuver the racial terrain differently, their ethnicity was no escape hatch. Latinos were not uniformly able to broker their foreignness into acceptance in organized baseball nor were they able to avoid being labeled as "colored." Some, however, learned, even if they did not master, the poetics of manipulating racial understandings—including emphasizing their foreign accent when speaking English or speaking only in Spanish. Constantly denied service in the mid- to late 1940s, Negro Leaguer Armando Vásquez recognized that not speaking English sometimes worked to his advantage. "In certain places . . . I would arrive at restaurants where they would not serve black people, and I would arrive speaking in Spanish and they would serve me."[27] Thus he conveniently forgot whatever English he knew and made sure to speak strictly in Spanish when he arrived at restaurants as his team traveled on the road. This act often transformed him, in the eyes of the person serving, from black to someone "foreign." Aware of how this tactic occasionally worked, Negro League teams added it to their practices used to offset Jim Crow discrimination, strategically drafting a Latino to place orders at restaurants known for being more open to foreigners.

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

### Broadening the World of Black Baseball

While Afro-Latino players learned to negotiate racial circumstances on and off the baseball diamond, Alex Pompez broadened the world of black baseball by using the English- and Spanish-speaking Americas as a space from which to draw talent, to forge new lines of affiliation, and to build a consumer market. Pompez's career in professional baseball spanned from its segregated era well into its integrated era. The owner of a Negro League team from 1916 to 1950, he introduced the first players from Puerto Rico, Dominican Republic, Panama, and Mexico to the circuit. After the Negro National League disbanded, effectively ending black baseball in the East, the Florida native labored as a scout and, later, director of international scouting for the New York/San Francisco Giants organization, signing African American and Latino players and thus affecting both the pace of and participants in the integration of baseball.

Bilingual and bicultural, Alex Pompez was uniquely positioned within black baseball in his ability to communicate in and move between the English-speaking and Spanish-speaking Americas. It was a circuit full of difference, yet filled with people dealing with similar struggles to maintain their dignity as they were constantly reminded that race mattered. Growing up in Tampa and Havana, he personally learned the power of racial understandings and their ability to construct divides within the black and the Latino communities. He moved within these communities as someone who was twice different — black and a bilingual Latino.

Pompez's work within the professional sporting world reveals how he used the space of the diaspora within the Americas as someone who identified as "a member of the darker races."[28] From the inception of his Cuban Stars team in 1916, Pompez operated his baseball franchise in a transnational fashion that allowed him to exercise greater independence than other black baseball owners in the Eastern circuit. This enabled him to establish a mutually beneficial relationship with white booking agent Nat Strong, who controlled the booking of sporting events at New York City's major-league stadiums and many of its better semipro venues. In exchange for providing Strong access to the Latino market, Pompez received an expert tutorial in the sports promotion business from Strong.[29] He thus stood apart from the other Negro League owners and officials who strongly resented the Irish-American Strong's influence and accused him of placing his financial interest above black baseball's future growth.

Player acquisition best exhibited Pompez's acumen as a transnational actor. Although his Cuban Stars' team roster was initially composed entirely of Cubans, Pompez diversified it in the mid- to late 1920s by signing Dominican, Puerto Rican, and Panamanian players. His exclusive use of Latino talent drew criticism nonetheless. *New York Age* columnist John

Clark criticized the Cuban Stars owner's sole reliance on Latino talent. In 1925, when Pompez's winter itinerary included stops in Cuba, Puerto Rico, Dominican Republic, and "even the small elevated plots of St. Kits [*sic*] and St. Thomas," Clark complained that "the invading manager flatly refuses to use any of the boys who are natives of the 'States.'"[30] Two years later disputes arose over the signing of Latino players. Local media again questioned the baseball impresario's actions, this time for his staunch defense of an "exclusive right" to Caribbean-based talent. On 21 May 1927, a *New York Age* columnist raised racial concerns in its criticism of Pompez, alleging that the Cuban Stars owner objected to a competing club's claim on Montalvo due to "racial prejudice" and that he was intent on keeping U.S.-born blacks and Latinos on separate teams.[31] Pompez refuted the charges, claiming a previous "agreement" among Eastern-based owners that they would not use Cuban players. He further defended his practices by observing that all the other Negro League owners had the entire United States from which to acquire talent while he had only the Caribbean.

While the impact of such criticism is not fully ascertainable, in 1935, when Alex Pompez's renamed franchise (New York Cubans) entered the Negro National League, it did so with a roster that balanced Latino and African American players. From that season forward, the Cubans roster included southern-born African Americans such as Dave "Showboat" Thomas, northern-born blacks such as Johnny "Schoolboy" Taylor, native New Yorkers such as infielder Charlie Rivera, Caribbean Latinos such as Puerto Rican Francisco "Pancho" Coimbre and Dominican Juan "Tetelo" Vargas, and players of West Indian descent such as Pat Scantlebury. The team's composition fell in line with demographic changes Harlem had undergone since Pompez had first ventured into black baseball. Between 1900 and 1930 the number of foreign-born blacks in Harlem grew, as did New York City's overall black population. In 1900, the city's African American population totaled 60,000, including 5,000 foreign-born blacks. By 1930, the city's black population had skyrocketed to 328,000. The majority of blacks (224,000) lived in Manhattan (primarily in Harlem), and approximately a fifth of these residents were foreign-born (40,000).[32] Just as significant, Pompez's player acquisitions illustrate how he personally reconnected disparate members of the African diaspora within the Americas, signing players from the English- and Spanish-speaking parts of Latin America and the United States.

Further insight into Pompez's work as a transnational actor and his use of diasporic locations as a market emerges from his other business activities within the sporting world. Just weeks after Nat Strong died, in January 1935, Pompez signed an exclusive three-year lease for Dyckman Oval with the New York City Parks Department. The lease liberated him from the control of white booking agents. Spending $60,000, he renovated

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@theffre.org on 26 August 2022

Dyckman into a modern ballpark that provided Harlemites a place to escape the indignities of racialized treatment in wider society.[33]

Dyckman Oval gave Harlem residents a sporting arena to celebrate their own in the sole professional ballpark in New York City controlled by one of their own. Those who ventured up to Dyckman watched the football games of Fritz Pollard's Brown Bombers as well as wrestling matches and boxing bouts that featured African American and Latino athletes. Harlem's Latino residents also witnessed Puerto Rican boxer Sixto Escobar's first stateside championship match, local Puerto Rican favorite Pedro Montañez, and internationally celebrated Afro-Cuban boxers Kid Chocolate and Kid Gavilan. West Indians enjoyed cricket matches held on the grounds. The variety of events prompted *New York Age* sportswriter Lewis Dial to declare in August 1935 that "Dyckman Oval is rapidly gaining the right to the title of Manhattan's amusement center."[34] Just as significant, these events reveal the sporting entrepreneur's broad definition of his target market, one that extended beyond Cubans to include Spanish-speaking and English-speaking individuals of African descent from throughout the Americas.

### The Work of Integration

The major leagues' piecemeal pursuit of integration and their refusal to make Negro League owners and executives equal stakeholders in the desegregation of baseball ensured the Negro Leagues' quick demise. Major-league organizations took advantage of the bind in which Negro League owners found themselves. Since the integration of baseball was deemed a desired social good within the black community, Negro League owners could ill afford to demand just compensation, lest they be viewed as obstructionists. Major-league teams thus acquired talent from Negro League teams at compensation levels far below what the players' talent merited had they been white. The subsequent talent drain in the black baseball circuit caused a precipitous decline in attendance at Negro League games. To recover for the lost attendance revenue, Negro League owners sold their top players to major-league organizations in the effort to balance their financial ledgers.

The lessons Alex Pompez learned while a Negro League owner were central to his work within organized baseball. After several seasons selling the likes of Minnie Miñoso and Ray Dandridge to major-league organizations, Pompez disbanded the New York Cubans in 1950. The New York Giants hired him that same year to scout Latin America and the surviving black baseball circuit in the States. Over the next twenty years, Pompez was the "key" to the flow of previously excluded Latino and African American talent into the Giants organization, procuring all-star players

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

such as Willie McCovey, Orlando Cepeda, Juan Marichal, and the Alou brothers.[35] Just as significant, Pompez labored behind-the-scenes to ensure African American and Latino players received a fair chance to break into the Giants organization.

The lonely battle Pompez waged clearly demonstrates that the work of integration involved more than locating good talent. He worked tirelessly to convince the organization's other scouting directors, minor-league instructors, and development personnel that African American and Latino prospects possessed the talent and mental fortitude to make the grade. At daily meetings during the organization's springtime tryouts where scouting and developmental personnel gathered to assess prospects and decide which would be offered contracts, the size of their signing bonuses, and their minor-league assignments, Pompez often confronted the impatience or, worse, the racism of colleagues not yet fully committed to the project of integrating African Americans and Latinos. According to Orlando Cepeda, the fact that he and other players were not released in the early days of integration was due to Pompez's extensive labor on their behalf. "Pompez had to fight for us to stay, for us just to be given a chance," Cepeda insists.[36]

African American and Latino players navigated new terrain as integration pioneers, introducing social dynamics and racial proximity previously unseen in team clubhouses. In addition to expectations about their on-field play, pioneering players also dealt with the social inertia that buttressed segregation from the clubhouse to the front office. Minnie Miñoso, Nino Escalera, Carlos Paula, and Ozzie Virgil pioneered the racial integration of major-league teams in Chicago, Cincinnati, Washington, and Detroit, respectively. The cultural adjustment they faced made their work as integration pioneers all the more challenging. Cast into this new role, black Latinos and African Americans at times became ambivalent or even embittered teammates.

The tensions that surfaced between African American and Latino players reveal that a sense of shared struggle was not automatic. Vastly more familiar with the idiosyncrasies of racial practice in the United States, African American players were annoyed when darker-skinned Latinos either shunned openly associating with them inside or outside the clubhouse or failed to turn to them for guidance in dealing with segregation. Some interpreted this as personal affronts. "I don't think I'm any better than they are," stated one African American big-leaguer, "but I'm not any worse either. They think they're better than the colored guy."[37] A few accused Afro-Latino players of denying their *colored* identity. Others grew indifferent about Latinos' reactions to the pervasiveness of Jim Crow. Informed that some "Latin Negroes . . . cry when they encounter segregation for the first time," one African American player responded: "I don't

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

cry. . . . We don't cry, and we have it a hell of a lot worse than they do . . . but we're conditioned, I guess."[38]

As African American and Afro-Latino players encountered the reality of reconciling the meaning of blackness as individuals of the African diaspora from different locations within the Americas, the ambivalence that sometimes emerged is hardly surprising. Refashioning group identifications or building community was not typically part of a ballplayer's agenda—it clearly was not part of their job description. Such work necessitated looking beyond on-field matters and into the everyday realm, necessitating a vision of what gave these individuals common cause as well as what distinguished them from one another. Those issues spoke to broader questions about the campaign for meaningful inclusion and what an integrated society should look like.

### Buck's History Will Absolve Us

Much of what the American public knows about the Negro Leagues is the result of a recovery project. Recuperation of the Negro League story dates back to Robert Peterson's *Only the Ball Was White* (1970), which inspired a generation of researchers to mine black newspapers, write histories of local teams and biographies of black baseball's greats, and conduct oral interviews of players and other league figures. The result is a revisionist history that challenged the story of organized baseball and the reasons that segregation ruled in U.S. professional baseball from the 1880s through the 1940s. This revised narrative documented efforts by African Americans, in collaboration with Latinos and a few whites, to legitimize the enterprise of black baseball and to counter the impact of organized baseball's policy of racial segregation. This recuperated story, however, has not entirely altered the popular narrative of baseball's integration in which disenfranchised black players are rescued by the progressive project of organized baseball insiders.

Popular interest in the Negro Leagues increased dramatically following PBS's 1994 airing of Ken Burns's *Baseball* documentary, which featured Buck O'Neil as a spokesman for the Negro Leagues. O'Neil's popularity as a spokesman for the Negro Leagues was rooted in both his humility and dignity. O'Neil steadfastly refused to cede the power of history to those who had erected the racist structure that privileged the lives and hopes of whites over blacks, whether inside or outside professional baseball, a stance captured in the title of his autobiography: *I Was Right on Time* (1997).

The popularity of the yarns about black baseball that O'Neil and other Negro Leaguers shared was partly rooted in their ability to assuage white guilt for the wrongs of Jim Crow. The revival of interest in the Negro

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Leagues gave fans opportunities to meet surviving black baseball figures who shared their stories at memorabilia shows, research conferences, and other public forums. A regular question these players were asked—personally witnessed at a number of the events I attended—focused on their lack of bitterness about the way Jim Crow segregation curtailed their professional aspirations and economic livelihood. The inquirer, typically a white male, often interjected how he could not have stood for having his freedom and opportunities so abridged. Implicit in the subtext of the question and the interjection was the invocation of white privilege; it truly was indicative of their place in U.S. society not to have their aspirations systematically limited by local authorities, private institutions, and idle bystanders.

The question about the lack of bitterness posed to Negro Leaguers represented a search for absolution: a desire to have those once excluded publicly declare that the inquirer did not have a direct role in the Jim Crow system that had shaped baseball and the nation's past. Absolution thus comes in the lack of bitterness Negro Leaguers express toward the wrongs inflicted on them individually and on black society collectively. An uncomplicated storyline—one that shields more than reveals and revels in the glory of whites (finally) doing the right thing—is what many desired in their encounters with Negro Leaguers. It is also what many fans wanted to memorialize in their support of Buck O'Neil's candidacy for induction into the Hall of Fame. Buck's history will absolve us; his lack of bitterness removes the scars left by the Jim Crow past.

There is much more to the story of black baseball and the campaign for integration and meaningful inclusion than absolution through the humility of Negro Leaguers and the formerly excluded. A fuller understanding of the history of black baseball involves broadening the analysis beyond the U.S. playing field and reinserting both locations throughout Latin America and the Afro-Latino participants. This was what Raymond Doswell, curator of the Negro League Baseball Museum, pointed to in an editorial shortly after the 2006 special election: "Exploits on the field can not give you the full story of being a Black or Latino citizen off the field," Doswell wrote. "The next frontier in Negro Leagues research will go beyond trying to prove Hall of Fame worthiness to a deeper understanding of black baseball in the Afro-Atlantic cultural sphere of American society."[39] Nevertheless, too many Americans still prefer to think narrowly about the history of black baseball; they remain most comfortable with a narrative of a self-correcting society where well-intentioned white folks prevail to correct race matters. What is left out is the broader terrain and set of actors who participated in the campaign to overturn Jim Crow, as well as the degree to which their actions influenced the desire of Brooklyn's Branch Rickey to launch baseball's "great experiment" of racial integration.

Examination of how, where, and why the lives of African Americans

and Latinos intersected within baseball history produces a compelling narrative that posits the actual legacy that these historical actors created. The focal shift called for here pushes us to move beyond an understanding of integration as a redemption of the U.S. national pastime as enacted by whites. It demands that we view integration as a process with critical actors on both sides of the racial divide and inside and outside of the United States, all with different motivations and levels of power to influence how baseball's racial integration unfolded. This approach rejects the assumption that a moral, self-correcting order facilitates the production of a more just society; it also invalidates the invocation of white privilege (especially the right to stand idly by) while seeking absolution for the wrongs of a segregated society viewed as existing only in the distant past. This approach also beckons us to reflect on the story of race and baseball in a manner that views contemporary Latino players such as Alex Rodríguez, Albert Pujols, Carlos Delgado, and Pedro Martínez as direct beneficiaries of the legacy created by black baseball and the generation of African American and Latinos who performed in the Negro Leagues and who pioneered integration in minor-league and big-league towns throughout the United States. This new revision of the campaign against Jim Crow baseball—and for meaningful inclusion—thus amends popular perceptions of the lines of inclusion and exclusion and of the ways in which blacks and Latinos collaborated to challenge the effectiveness of segregation. In so doing, we better expose the agency of these racialized communities by revealing the work of integration on and off the playing field.

### Notes

1. Personal communication with Maureen Taylor Hicks, 7 March 2007. Taylor's professional baseball career included twelve Negro League seasons, in addition to several years playing in Cuba and a few barnstorming trips through the Spanish-speaking Americas.

2. Ted Williams induction speech, National Baseball Hall of Fame, July 1966. Thanks to Dick Clark for sharing this excerpt from Williams's speech.

3. Critical works on the Negro League history that explore these dynamics include Neil Lanctot, *Negro League Baseball: The Rise and Fall of a Black Institution* (Philadelphia: University of Pennsylvania Press, 2004); Michael Lomax, *Black Baseball Entrepreneurs, 1860–1901: Operating by Any Means Necessary* (Syracuse, NY: Syracuse University Press, 2003); Brad Snyder, *Beyond the Shadows of the Senators: The Untold Story of the Homestead Grays and the Integration of Baseball* (New York: Contemporary Books, 2003); James Overmyer, *Queen of the Negro Leagues: Effa Manley and the Negro Leagues* (Lanham, MD: Scarecrow, 1998); Paul Debono, *The Indianapolis ABCs: History of a Premier Team in the Negro Leagues* (Jefferson, NC: McFarland, 1997); Donn Rogosin, *Invisible Men: Life in Baseball's Negro Leagues* (New York: Atheneum, 1983); and Rob Ruck, *Sandlot Seasons: Sport in Black Pittsburgh* (Urbana: University of Illinois Press, 1993).

4. These numbers are for the major leagues between 1870 and 1947 (inclu-

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

sive of the National Association) and between 1905 and 1950 for the black baseball circuits. Totals drawn from player entries listed in *The Baseball Encyclopedia: The Complete and Definitive Record of Major League Baseball*, 9th ed. (New York: Mac-Millan, 1993), and James A. Riley, *The Biographical Encyclopedia of Negro Baseball Leagues* (New York: Carroll & Graf, 1994).

5. Earl Lewis, "'To Turn as on a Pivot': Writing African American into a History of Overlapping Diasporas," *American Historical Review* 100 (1995): 765–87. Other works that open up consideration of the Spanish-speaking Americas within the context of the African diaspora are Tiffany Patterson and Robin Kelley, "Unfinished Migrations: Reflections on the African Diaspora and the Making of the Modern World," *African Studies Review* 43 (2000): 47–68; and Robin D. G. Kelley, "'But a Local Phase of a World Problem': Black History's Global Vision," *Journal of American History* 86 (1999): 1045–77.

6. League rules prescribed the number of roster spots earmarked for foreign players (*refuerzos*), typically between two and five *refuerzos* per team. The system made African American players a highly valued commodity as Latin American teams aggressively pursued the best available foreign players, creating what I label an "African American player's market." Although white Americans went south for Caribbean winter ball, African Americans were the greatest beneficiaries financially since they earned substantially higher monthly salaries than what they drew in the United States. This, along with its integrated character and shorter seasons, gave Latino baseball a greater intensity than in the United States. A *refuerzo* did not have the luxury of working his way out of a prolonged hitting or pitching slump; it was literally "produce or go home."

7. Quoted in "Here in Mexico, I Am a Man!" *Miami Herald, Mexico Edition*, 22 February 2004, geocities.com/jonclark500/blackslmb.html.

8. Wendell Smith, "Smitty's Sport Spurts," *Pittsburgh Courier*, 6 May 1944.

9. Elsewhere I discuss at fuller length the impact of the Mexican League's raid of U.S. professional baseball leagues on the timing of organized baseball's project of racial integration; see "Playing in the World Jim Crow Made," in *Playing America's Game: Baseball, Latinos, and the Color Line* (Berkeley and Los Angeles: University of California Press, 2007), 162–77.

10. Marcos Breton, "Giants Lost Latin Stars," *Sacramento Bee*, 29–30 August 1993.

11. Lisa Brock and Bijan Bayne, "Not Just Black: African-Americans, Cubans, and Baseball," in *Between Race and Nation: African-Americans and Cubans before the Cuban Revolution* (Philadelphia: Temple University Press, 1998), 168.

12. "Yanks Bring up First Negro Player," *Washington Post*, 14 October 1953.

13. Peter C. Bjarkman, *Baseball with a Latin Beat: A History of the Latin American Game* (Jefferson, NC: McFarland, 1994), 91; Vic Power, interview by author, Bayamon, Puerto Rico, June 1995; "Power Proves His Case," *Sport*, August 1956, 44–45; and newspaper clipping, *Philadelphia Daily News*, 11 September 1964, Vic Power Player File, National Baseball Library Archive (NBLA), Cooperstown, NY.

14. Minnie Miñoso with Herb Fagen, *Just Call Me Minnie: My Six Decades in Baseball* (Champaign, IL: Sagamore, 1994), xi.

15. Samuel Regalado, *Viva Baseball: Latin Major Leaguers and Their Special Hunger* (Urbana: University of Illinois Press, 1998), 122.

16. Ibid., 123.

17. Ibid.

18. Quoted in Phil Hoose, *Bare Necessities: Racial Barriers in American Sports* (New York: Random House, 1987), 102.

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

Downloaded from http://read.dukeupress.edu/social-text/article-pdf/27/1 (98)/37/512682/st98_04_burgos.pdf by adam@thefire.org on 26 August 2022

19. Luis Mayoral, "*El Hombre*—The Man: Roberto Clemente," Roberto Clemente Player File, NBLA.

20. Quoted in Richard Sandomir, "Who's a Latino Baseball Legend?" *New York Times*, 26 August 2005.

21. Ibid.

22. Quoted in Bill Liston, "The Man: Tiant," *1975 Boston Scorebook*, 8–9; Luis Tiant Player File, NBLA.

23. Inspired by his parents' visit, Tiant won two games in the World Series versus Cincinnati that Boston heartbreakingly lost in seven games. Newspaper clipping, Luis Tiant Player File, NBLA. The newspaper clipping, titled "Of Destiny Man," was written by Maury Allen and published on 14 October 1975. For a discussion of the Tiant father-son combination, see John Holway, "Will the Real Luis Tiant Please Stand Up?" *Baseball Digest*, February 1976, 74–78.

24. Quoted in Mike Berardino, "Ace Issue Not Black and White," *Ft. Lauderdale Sun-Sentinel*, 21 September 2005.

25. "Primeros Pasos en el Professionalismo" ("First Steps in Professionalism"), p. 21, Jim Riley Personal Collection. Thanks to Jim Riley for sharing this document, which is from a Cuban biography of Martin Dihigo.

26. Ibid., 23.

27. Armando Vásquez, interview by author, New York, NY, February 1995.

28. Alex Pompez, "A Letter of Protest," *New York Age*, 28 January 1928.

29. José Alvarez de la Vega, "Pompez Affectionately Remembers His Trip to Puerto Rico. The *Hazaña* of Fabito in Shutting-Out His Famous 'Cuban Stars.' From Triumph to Triumph, Good Opportunity for the New York Cubans," *Puerto Rican Deportivo* 4 (1947): 15.

30. John Clark, "Eastern League Magnates Delayed in Arranging 1925 Schedule to Arrange for Avoiding Conflict in Harrisburg," *New York Age*, 7 March 1925; John Clark, "Eastern League Commissioners Meet on Montalvo Case and to Discuss Fighting among Players," *New York Age*, 21 May 1927.

31. Clark, "Eastern League Commissioners Meet"; "Lincoln Giants Voted out of League Because of Fight over Montalvo," *New York Age*, 2 July 1927.

32. Irma Watkins-Owens, *Blood Relations: Caribbean Immigrants and the Harlem Community, 1900–1930* (Bloomington: Indiana University Press, 1996), 4.

33. *New York Age*, 19 January 1935; *New York Age*, 2 April 1938.

34. *New York Age*, 24 August 1935.

35. The network of scouts that Pompez formed included Jesse Thomas (brother of Dave "Showboat" Thomas who had played for Pompez's New York Cubans), who spotted a sixteen-year-old Willie McCovey playing baseball in the Mobile playgrounds. *New York Times*, 16 August 1959.

36. Orlando Cepeda, interview by author, Cooperstown, NY, 26 July 2006. Willie McCovey offered a similar assessment about his early years in the Giants organization, specifically thanking Pompez during his Hall of Fame acceptance speech in 1984.

37. Robert Boyle, "The Private World of the Negro Ballplayer," *Sports Illustrated*, 21 March 1960, 19.

38. Ibid.

39. Raymond Doswell, "Bittersweet Choices: Hall of Fame, Committee Members, and Fans Deal with Results of Negro League Election," unpublished editorial, 2 March 2006.