*Novoa v. Diaz* et al.,

# Exhibit E to Declaration of Adriana Novoa in Support of Plaintiffs' Motion for Preliminary Injunction

Darwinism in Argentina, 1870–1920



# From Man to Ape



ADRIANA NOVOA & ALEX LEVINE

# Introduction

Man is not an improved ape; on the contrary, the apes are men that turned beastly.
— Florentino Ameghino (quoted in Podgorny 2005)

Neither apes nor humans exist, for the [Darwinian] law of progression would already have made men of the apes, and gods of men.—Santiago Estrada ([1878] 1889)

Why Darwinism? This question seems hardly worth asking, as debates concerning the scientific, philosophical, and historical significance of Darwin's contribution are as heated now, at the beginning of the twenty-first century, as they were in the middle of the nineteenth. Why Argentina? Let us be honest in admitting that, to anyone but the Argentine patriot or specialized scholar, this question seems not only worth asking but difficult to answer. This is a book on the reception of Darwinism in Argentina and on the thinkers who mediated, shaped, and exploited that reception. As such, it owes its existence to our conviction not only that both questions are worth asking but also that neither has a particularly obvious or trivial answer. Yes, the importance of Darwin's work is universally acknowledged. But in our view, the role played by analogies in the articulation of Darwinian theory, and the cultural contingency of these analogies, has never been fully appreciated. Studying how these analogies play themselves out in and are transformed by a cultural context other than that of Europe or North America does much to illuminate the ways in which the interactions between scientific analogies and culture shape the scientific enterprise. This book is thus, in part, an advertisement for the study of *peripheral science*. We believe it will persuade those interested in Darwinism of the larger importance of its reception in Argentina and, by extension, in Latin America, because by the end of the nineteenth

Case 4:22-cv-00324-MW-MAF   Document 19-36   Filed 09/15/22   Page 4 of 4

century, this country hosted the largest and most important scientific community in the region, spearheading many scientific exchanges.

At the same time, we also believe it will persuade those interested specifically in Argentina, or more generally in Latin America, of the larger importance of Darwinism. Studies of the intellectual background to the construction of national identity, and to the emergence of social, political, and cultural institutions in nineteenth century Argentina, have typically focused on positivism. We don't want to deny the importance of this doctrine. Rather, we want to draw attention to the complementary role played by Darwinism in the articulation of positivism itself by the late nineteenth century.

This book thus has two coequal objects: the study of Darwinism, as practiced in Argentina, and the study of Argentina, as shaped by Darwinism. In this introduction, we consider each in turn before offering a brief account of the entrance made by Darwinism on the Argentine stage.

## The Impact of Argentina on Darwinism: Peripheral Science and Analogy

We propose to study the vibrant scientific interaction between Europe and Latin America from the perspective of the latter. On the whole, treatments of this relationship tend to assume a strict vertical hierarchy in the flow of scientific knowledge, relegating Latin American scientists to the status of derivative thinkers. In the English-speaking world, even those who take the contributions of Latin American scientists seriously display striking limitations. These limitations, in turn, often reflect their ignorance of the importance of science in the Latin American process of nation building by the second half of the nineteenth century. Argentine science and Argentine politics marched hand in hand. The writer Paul Groussac (1848–1929) once explained why Carlos Tejedor had quit the directorship of the Buenos Aires Library by observing that in Argentina there could be no separation between intellectual and political work. He even went so far as to speculate that, had Darwin or Pasteur been Argentineans, they would have ended up as ministers or in some other high political office (Groussac 1901, 41). The scientific milieu was always quick off the mark with any theory thought to imply a solution to some political problem.

Pioneering social psychologist Carlos O. Bunge (1875–1918) was another intellectual who saw that the country's destiny would depend on