*Novoa v. Diaz* et al.,

# Exhibit F to Declaration of Adriana Novoa in Support of Plaintiffs' Motion for Preliminary Injunction

# Picturing Tropical Nature

Nancy Leys Stepan

'For the first time ... I was on the other side of the Equator in the tropics. By what major sign, I wondered, was I about to recognize this ... mutation?'
CLAUDE LÉVI-STRAUSS



partial and selective. We see the world by means of and through such representations and systems of communication, which allow us to make sense of landscapes and objects. Charles Darwin, the founder of the theory of evolution by natural selection who spent five years as a naturalist going round the world on HMS *Beagle*, commented that on first entering a tropical forest he saw tropical nature through eyes prepared by the German naturalist and traveller Alexender von Humboldt, whose account of his own journey through the tropics Darwin had read before starting out. 'As the force of impressions generally depends on preconceived ideas,' Darwin wrote, 'I may add, that all mine were taken from the vivid descriptions in the *Personal Narrative* of Humboldt.'[7] Without these descriptions, Darwin was often at a loss to make sense of what he saw before him. Of course, his own direct experience entered into the picture he made in his mind; his later evolutionary perspective, for instance, could not have been further from Humboldt's world-view. Today, similarly, our perceptions of the natural world are equally shaped by visual representations, such as the images we see in books, videos or films, and by the frames provided by viewing nature through the windows of a car, and by the packaging of nature by the tourist industry.

This is just to say that nature is always culture before it is nature. Or, as Simon Schama says in *Landscape and Memory*, his long reflection on the way we invest natural landscapes with memory, longing, nostalgia and history, 'Even landscapes that we suppose to be most free of our culture may turn out, on closer inspection, to be its product.'[8] This idea that our view of the natural world is always historically constituted by human material and perceptual interactions, so that our understanding of it is always a form of social knowledge, has become almost a cliché of contemporary historical studies. It is useful, nonetheless, in making clear that nature is not just 'natural' but is created *as* natural by human desires and intentions.

In this regard, it is my argument in this book that our idea of tropical nature as a particular kind of place or space, with its own characteristic ensembles of plants and animals (as well as peoples and diseases), represented via a repertoire of images that we can immediately identify as 'tropical', is fundamentally a modern one, belonging, that is, to our post-Enlightenment era. It came to the fore especially in the nineteenth century. This book is therefore bounded at one end by Humboldt, the great pre-Darwinian naturalist and scientific traveller whose long account of the sublime tropics did so much to inspire later artists and naturalists, and at the other end by late twentieth-century images of tropical destruction and disease.

15

Of course, the idea of the tropics predates Humboldt. The notion that there is something distinctive about hot places is a very old one, going back to Classical Antiquity. In the Age of Discovery, the conquistadors, missionaries and naturalists who went to the New World marvelled at the sight of tropical wonders; written accounts of the landscape expressed delight in the perpetual green of the vegetation at the equator and the strange character of the animals there. In the New World tropics, nature indeed seemed new, a potential paradise, perhaps the actual location of Eden (an idea that did not long survive the realities of loneliness, disease and disaster).[9]

But depictions of tropical nature were unsystematic; words often seemed inadequate to the task of conveying to readers the unusual features of species seen for the first time and their difference from species at home.[10] The imprecise language of 'wonders' and 'marvels' was often all the writer could muster; even in the 1860s, the philosopher William James, describing Rio de Janeiro, wrote that 'No words, but only savage inarticulate cries can express the gorgeous loveliness of the walk I have been taking. Houp la la!'[11]

To grasp 'tropical nature' – to see it as a distinctive ensemble of natural history and geography, a specifically tropical site and sight – requires intellectual and perceptual frames which help the viewer sort out what is salient, striking, useful or scientifically novel. Such frames began to appear in the eighteenth century, in the era of European colonial expansion and scientific circumnavigation of the globe.

Three areas of knowledge were especially important to the emerging definition of tropical nature in European thought. None were completely new, but each became more systematic in the eighteenth century. The first was natural history, with its emphasis on collecting and classifying species from across the globe, in order to make an encyclopaedic catalogue of living things. Natural history placed species in geographical relation to each other and thereby helped clarify the distinguishing features of tropical species. The process was greatly aided when Linnaeus's standardized nomenclature (his well-known binomial system in which every species received a generic and a specific name in Latin) was widely taken up by naturalists; his sexual system of plant classification placed botanical species in a universal schema of scientific communication (while admittedly hastening the disappearance of local names and vernacular knowledge). A similar impulse to collect and classify underlay the second field of inquiry, the new human sciences, which aimed at ordering all of the varieties of humankind into a single natural hierarchy of difference and similarity. It was in the new anthropology that racial differences between human

16

groups became a chief means by which the human world was mapped. The third field, medicine, saw a revival of a classic geographical approach to disease, which explained illness in terms of variables of place and milieu; as a result, a new awareness of the special features of disease in tropical environments emerged, and the new speciality of tropical medicine was eventually defined. All three fields of inquiry greatly extended the study of tropical regions; in turn, tropical descriptions and depictions contributed fundamentally to their contents.

As Janet Browne remarks in her study of biogeography (the science of the distribution of species across space and time), the transfer to natural history, geography and anthropology of the political terminology of the eighteenth century – 'kingdom', 'nation', 'province' and 'colonist' – indicates just how closely the notion of a distinctive tropical nature was tied to political empire and the geopolitical concerns of the day.[12] In the context of a profoundly utilitarian approach to the natural world, in which nature was to be systematically described, measured, classified and turned where possible into a commodity, the distinction between what was tropical and what was not took on new material, representational and symbolic meanings. Old terms for the equatorial regions, such as the 'equinoctial' or the 'torrid' zones, began to be replaced by a new terminology of 'the tropics', designating a worldwide space of a particular type of nature. A similar shift in perception and interpretation occurred in medicine; in 1787, for instance, the phrase 'tropical disease' was introduced for the first time in an English medical work, to indicate the special illnesses associated with hot climates.[13]

Over time, the geography of this tropical world expanded as new places and countries were folded into its conceptual category. In medicine, for example, the West Indies had come to be considered tropical by the middle of the eighteenth century, when European physicians first began to articulate their ideas about the novel character and special dangers of the diseases they encountered there. By the 1830s, India and Africa had come to be considered tropical in their disease characteristics as well. Eventually, many places came to be seen as tropical that in a literal (geographical) sense were not (e.g. Algeria was considered medically tropical by the late nineteenth century).[14] In this way, the 'tropical' came to constitute more than a geographical concept; it signified a place of radical otherness to the temperate world, with which it contrasted and which it helped constitute. Descriptions and pictures of the tropics in this way contributed to the formation of European identity, as distinct from that of the tropical

PICTURING HISTORY
*Series Editors*
Peter Burke, Sander L. Gilman, Ludmilla Jordanova, Roy Porter

Whether as sublime landscape, malignant sadness or the site of environmental conflicts and eco-tourism, tropical nature is to a great extent an American and European imaginative construct, conveyed in literature, travel writing, drawings, photographs and diagrams.

*Picturing Tropical Nature* reflects on the work of 19th- and 20th-century scientists and artists, including Alexander von Humboldt, Alfred Russel Wallace, Louis Agassiz, Sir Patrick Mason and Margaret Mee, and on the responses to their often misleading projections. Stepan's fascinating inquiry identifies the conflicts of meaning that have shaped the emergence of the tropics, and in so doing questions the nature of representation itself.

'The kind of book that carries forward a field in a single stride. It is both an insightful account of tropicality and a cultural history of Brazil, in which environment, race, disease and aesthetics constantly and uncomfortably intersect ... [Stepan] moves freely from broad trends in the representation of the tropics to the more intimate imaginings of the "representative figures" around whom her narrative is constructed. This is undoubtedly the finest account of "tropicality" we have.'
– David Arnold, *Social History of Medicine*

Nancy Leys Stepan is Professor of History at Columbia University, New York. Her previous books include '*The Hour of Eugenics*': *Race, Gender and Nation* (1991).

*With 89 illustrations*

Cover illustration: Tarsila do Amaral, *Postcard*, oil on canvas, 1929. Private collection.

£15.95 RRP
History

REAKTION BOOKS LTD
79 Farringdon Road
London EC1M 3JU

www.reaktionbooks.co.uk



ISBN 1-86189-146-6
9 781861 891464