# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, ET AL., *Plaintiffs*, v. MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, ET AL., *Defendants*. | **CIVIL ACTION NO. 4:22cv324-MW/MAF** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pending before this Court is Plaintiffs' Motion for Preliminary Injunction. Based on the submissions of the parties and a hearing on the matter, the motion is **GRANTED**.

It is so **ORDERED** that:

1. Defendants are preliminarily enjoined from enforcing Fla. Stat. §§ 1000.05(4), 1001.92(5), and Bd. of Govs. Reg. No. 10.005.

2. Plaintiffs will not be required to provide a security bond under Fed. R. Civ. P. 65(c).

It is so ORDERED on this ____ day of _____, 2022.

s/ _____
MARK E. WALKER
CHIEF UNITED STATES DISTRICT JUDGE