IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANA NOVOA et al.

    *Plaintiffs*,

v.                                          Case No.: 4:22cv324-MW/MAF

MANNY DIAZ, JR. et al.,

    *Defendants*.

_____/

## NOTICE TO PARTIES

In this civil rights case, Plaintiffs' operative complaint seeks a preliminary injunction in its prayer for relief. *See* ECF No. 1 at 90. Plaintiffs have not filed a separate motion for a preliminary injunction. While neither the Federal Rules of Civil Procedure nor the Local Rules for the Northern District of Florida expressly require that a preliminary injunction be sought via separate motion,[1] the demand for a preliminary injunction—unaccompanied by legal argument—is insufficient for this Court to address Plaintiffs' demand. Accordingly, this Court provides notice that

---

[1] The Court notes, however, that Federal Rule of Civil Procedure 65(a)—which governs preliminary injunctions—contemplates "motions" rather than "pleadings." A complaint is a pleading, not a motion. *See* Fed. R. Civ. P. 7(a)–(b) (explaining the difference between pleadings and motions).

no action will be taken on Plaintiffs' preliminary injunction demand until it is made by separate motion with the required legal argument.

**SO ORDERED on September 15, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**