IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADRIANA NOVOA et al.**

    *Plaintiffs*,

v.                                              Case No.: 4:22cv324-MW/MAF

**MANNY DIAZ, JR. et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING JOHN D. OHLENDORF *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit John D. Ohlendorf *pro hac vice.* ECF No. 15. The motion is **GRANTED**. Mr. Ohlendorf has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on September 15, 2022.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**