# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADRIANA NOVOA et al.**

    *Plaintiffs*,

v.                                 Case No.: 4:22cv324-MW/MAF

**MANNY DIAZ, JR. et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING JOHN D. RAMER *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit John D. Ramer *pro hac vice.* ECF No. 17. The motion is **GRANTED**. Mr. Ramer has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED** on September 15, 2022.

                                            **s/Mark E. Walker**
                                            **Chief United States District Judge**