IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANA NOVOA et al.

    *Plaintiffs*,

v.                                      Case No.: 4:22cv324-MW/MAF

MANNY DIAZ, JR. et al.,

    *Defendants*.

_____/

### ORDER ADMITTING MEGAN M. WOLD *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Megan M. Wold *pro hac vice.* ECF No. 16. The motion is **GRANTED**. Ms. Wold has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Defendants.

**SO ORDERED on September 15, 2022.**

                                                 **s/Mark E. Walker**
                                               **Chief United States District Judge**