IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADRIANA NOVOA et al.**

　　*Plaintiffs*,

v.　　　　　　　　　　　　　　　　　　Case No.: 4:22cv324-MW/MAF

**MANNY DIAZ, JR. et al.,**

*Defendants.*

_____/

**ORDER SETTING CONFERENCE SCHEDULE**

　　Pending before this Court is Plaintiffs' Motion for Preliminary Injunction, ECF No. 19. Defense counsel have now appeared for Defendants. *See* ECF Nos. 21, 22, & 23. Accordingly, to promote the orderly and prompt resolution of this matter,

　　**IT IS ORDERED:**

　　1.　The attorneys for both parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

　　2.　The Clerk shall set this matter for a telephonic scheduling conference on Wednesday, September 21, at 11:00 a.m. (ET). If this time does not work for the

parties, this Court can reset the scheduling conference for another time next week—however, this conference must occur before the end of the day on Friday, September 23, 2022.

3.	Given the overlapping issues and defense counsel between this case and another presently pending before this Court, *see Pernell, et al. v. Florida Board of Governors of the State University System, et al.,* Case No.: 4:22cv304-MW/MAF, the attorneys in *Pernell* are required to appear at the scheduling conference next week to discuss running the hearing schedules for both motions for preliminary injunction together.

**SO ORDERED on September 16, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
