# United States District Court
CIVIL MINUTES - GENERAL

Time: 11:00 – 11:26 a.m.  　　　　　　　　Case # 4:22cv304-MW-MAF & 4:22cv324-MW-MAF
Date  September 21, 2022

LEROY PERNELL, et al. v. FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al. &
ADRIANA NOVOA, et al. v. MANNY DIAZ, JR et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status and schedule for [12] & [19] Motions for Preliminary Injunction hearing.  Parties will keep the existing schedule for the [12] Motion in 4:22cv304.  The schedule in 4:22cv324 is as follows: Defendants' response to [19] Motion, motion to dismiss (for issues pertaining to [12] & [19] Motions) and counter witness declarations due 9/30/22; Plaintiffs' reply to [19] Motion, response to motion dismiss and rebuttal declarations are due 10/7/22.  Preliminary injunction hearing for both cases set for 9:00 am on 10/13/22.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

　　　　　　　Victoria Milton McGee　　　　　　　　Megan Hague
　　　　　　　Deputy Clerk　　　　　　　　　　　　Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Morenike Fajana (4:22cv304)
Greg Greubel (4:22cv324)

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Charles Cooper

　　　　　　　　　　　　　　　　　　　　　　　Initials of the Clerk:  VMM