IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANA NOVOA, et al.,

    *Plaintiffs*,

v.                                    Case No.: 4:22cv324-MW/MAF

MANNY DIAZ, JR., et al.,

    *Defendants*.
_____/

## ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND OTHER DEADLINES

On September 21, 2022, this Court held an expedited telephonic scheduling conference regarding Plaintiffs' motion for preliminary injunction. At the hearing, the parties agreed to the following dates and deadlines.

The hearing on Plaintiffs' motion for preliminary injunction is set for Thursday, **October 13, 2022**, at 9:00 a.m. (ET). Without objection from the parties in either case, this case shall be heard along with the pending motion for preliminary injunction in Case No. 4:22cv304-MW/MAF at the same hearing.

The parties have not asked to conduct discovery ahead of the hearing. And the parties agree that declarations are sufficient in lieu of live testimony. Defendants' motion to dismiss pertaining to issues implicating the motion for preliminary injunction, response to Plaintiffs' motion for preliminary injunction, and any

declarations in support of their response, are due on or before **September 30, 2022**. Plaintiffs' response to Defendant's motion to dismiss, reply in support of their preliminary injunction motion, and any rebuttal declarations are due on or before **October 7, 2022**.

    **SO ORDERED on September 21, 2022.**

s/Mark E. Walker          
**Chief United States District Judge**
