# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, SAMUEL RECHEK, and the FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA,<br><br>*Plaintiffs,*<br><br>v.<br><br>MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, *et al.*,<br><br>*Defendants.* | Case No. 4:22cv324-MW/MF<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT BY PLAINTIFFS** |

COMES NOW, the Plaintiffs, ADRIANA NOVOA, SAMUEL RECHEK, and FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA, and make the following disclosures:

A.   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   1.   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION – Legal non-profit organization for Plaintiffs

   2.   ADAM B. STEINBAUGH – Attorney for Plaintiffs

   3.   GREG H. GREUBEL – Attorney for Plaintiffs

4. JT MORRIS – Attorney for Plaintiffs

5. KELLEY L. BREGENZER – Forthcoming Attorney for Plaintiffs pending Motion to Appear Pro Hac Vice

6. BENJAMIN, AARONSON, EDINGER & PATANZO, P.A. – Attorney firm for Plaintiffs

7. GARY S. EDINGER – Attorney for Plaintiffs

8. ADRIANA NOVOA – Plaintiff

9. SAMUEL RECHEK – Plaintiff

10. FIRST AMENDMENT FORUM AT UNIVERSITY OF SOUTH FLORIDA – Plaintiff

11. COOPER & KIRK PLLC – Attorney firm for Defendants

12. CHARLES JUSTIN COOPER – Attorney for Defendants

13. JOHN D. OHLENDORF – Attorney for Defendants

14. JOHN D. RAMER – Attorney for Defendants

15. MEGAN MARIE WOLD – Attorney for Defendants

16. VIKKI R. SHIRLEY – General Counsel for FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM

17. GERARD D. SOLIS – General Counsel for UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES

18. MANNY DIAZ, JR, in his official capacity as the Commissioner of the FLORIDA STATE BOARD OF EDUCATION – Defendant

19. TIMOTHY M. CERIO in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

20. RICHARD CORCORAN in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

21. AUBREY EDGE in her official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

22. PATRICIA FROST in her official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

23. NIMNA GABADAGE in her official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

24. EDWARD HADDOCK in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

25. KEN JONES in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

26. DARLENE LUCCIO JORDAN in her official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

27. BRIAN LAMB in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

28. ALAN LEVINE in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

29. CHARLES H. LYDECKER in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

30. CRAIG MATEER in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

31. DEANNA MICHAEL in her official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

32. STEVEN M. SCOTT in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

33. ERIC SILAGY in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

34. KENT STERMON in his official capacity as a member of the FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

35. JULIE LEFTHERIS in her official capacity as the INSPECTOR GENERAL OF THE FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM – Defendant

36. THE UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

37. TIMOTHY L. BOAZ in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

38. SANDRA CALLAHAN in her official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

39. MICHAEL CARRERE in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

40. N. ROGAN DONNELLY in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

41. MICHAEL E. GRIFFIN in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

42. OSCAR HORTON in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

43. LAURAN MONBARREN in her official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

44. NITHIN PALYAM in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

45. SHILEN PATEL in her official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

46. FREDERICK PICCOLO in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

47. MELISSA SEIXAS in her official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

48. JENIFER JASINSKI SCHNEIDER in her official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

49. WILLIAM WEATHERFORD in his official capacity as a member of the UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES – Defendant

50. ASHLEY MOODY – Attorney General's Office on behalf of the Government entities and official capacity Defendants

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>NONE

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

>NONE.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

>NONE other than the Plaintiffs identified above.

5. Check one of the following:

>__X__  a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b.   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

*Respectfully submitted,*

DATED:    September 26, 2022

/s/ Greg H. Greubel            .
GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
JT MORRIS*
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS AND
    EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:   (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
JT.Morris@thefire.org

/s/ Gary S. Edinger            .
GARY S. EDINGER, ESQUIRE
Fla. Bar No.: 0606812
BENJAMIN, AARONSON, EDINGER &
    PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel:   (352) 338-4440
Fax:   (352) 337-0696
GSEdinger12@gmail.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Adriana Novoa, Sam Rechek, and the First Amendment Forum*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

/s/ Greg H. Greubel
Greg H. Greubel