UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADRIANA NOVOA, et al.,

        *Plaintiffs*,

v.

MANNY DIAZ, JR., et al.,

        *Defendants*.

Case No. 4:22-cv-324-AW-MAF

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6), Defendants move to dismiss Plaintiffs' claims on several grounds. First, no Plaintiff adequately alleges any injury caused by the First, Second, Third, Fourth, Fifth, Sixth, or Eighth concepts set out in the Individual Freedom Act, FLA. STAT. § 1000.05(4)(a), so all Plaintiffs lack standing to challenge those concepts. Second, Plaintiffs Rechek and the First Amendment Forum lack standing and should be dismissed because they have not alleged any injury caused by the Act that is both "concrete and particularized" and "actual or imminent." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61 (1992). Third, Plaintiffs' Campus Free Expression Act claim falls outside this Court's jurisdiction even if Plaintiffs, or anyone, had standing to bring it, because it is barred by the Eleventh Amendment. Finally,

Plaintiffs' claims should be entirely dismissed under Rule 12(b)(6) for the reasons set out in Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, which is filed contemporaneously with this motion.

Date: September 30, 2022

Respectfully submitted,

<u>/s/ Charles J. Cooper</u>
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Manny Diaz, Jr., et al.*