# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADRIANA NOVOA, et al.,**

    *Plaintiffs*,

v.                      Case No.: 4:22cv324-MW/MAF

**MANNY DIAZ, JR., et al.,**

    *Defendants*.

_____/

## ORDER GRANTING LEAVE TO EXCEED WORD LIMIT

This Court has considered, without hearing, Plaintiffs' motion for leave to exceed the word limit in their reply to Defendants' opposition to Plaintiffs' motion for preliminary injunction. ECF No. 36. At the time of filing, Defendants' position on the motion is unknown. Nonetheless, with Plaintiffs' reply deadline fast approaching and the reasonable request to exceed their word limit only up to 2,300 additional words, this Court need not wait for Defendants' response. Plaintiffs' motion, ECF No. 36, is **GRANTED**.

    **SO ORDERED on October 6, 2022.**

                                    **s/Mark E. Walker**
                                    **Chief United States District Judge**