## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| ADRIANA NOVOA, ET AL.,<br><br><br>*Plaintiffs*,<br><br><br>v.<br><br><br>MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, ET AL.,<br><br><br>*Defendants*. | Case NO. 4:22cv324-MW/MAF |

## [PROPOSED] ORDER DENYING DEFENDENTS' MOTION TO DISMISS

Pending before this Court is Defendants' Motion to Dismiss Plaintiffs' Verified Complaint for Declaratory and Injunctive Relief (ECF No. 33). Based on the submissions of the parties and a hearing on the matter, the motion is **DENIED**.

It is so **ORDERED** on this _____ day of _____, 2022.

s/ _____
MARK E. WALKER
CHIEF UNITED STATES DISTRICT JUDGE