# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ADRIANA NOVOA, *et al.*,

    *Plaintiffs,*

v.

MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, *et al.*,

    *Defendants.*

Case No. 4:22cv324-MW/MF

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 35), the parties file their joint status report on discovery as follows:

1. The parties conducted the Fed. R. Civ. P. 26(f) conference by telephone on November 1, 2022 and will be submitting a joint report to this Court by the deadline of November 15, 2022.

2. Plaintiffs served their Initial Disclosures on November 4, 2022.

3. Plaintiffs served their First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on Defendants University of South Florida Board of Trustees and the

members of the University of South Florida Board of Trustees in their official capacities as well as the Florida Board of Governors Defendants in their official capacities on November 4, 2022.

4. Plaintiffs are preparing additional discovery requests and third-party subpoenas.

5. Defendants are preparing responses and objections to Plaintiffs' discovery requests.

6. Defendants have not yet served discovery requests.

Respectfully submitted,


*/s/ Greg H. Greubel*
GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
JT MORRIS*
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:   (215) 717-3473
Fax:   (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
JT.Morris@thefire.org
*Admitted *Pro Hac Vice*

*/s/ Gary S. Edinger*
GARY S. EDINGER, ESQUIRE
Fla. Bar No. 0606812
BENJAMIN, AARONSON, EDINGER &
    PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel:   (352) 338-4440
Fax:   (352) 337-0696
GSEdinger12@gmail.com

**COUNSEL FOR PLAINTIFFS**

*/s/ John D. Ohlendorf*
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, a copy of this document was filed electronically through the CM/ECF system and furnished by email to all counsel of record.

*/s/ Greg H. Greubel*
Greg H. Greubel
