## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

|  |
|---|
| ADRIANA NOVOA, et al., |
| *Plaintiffs*, |
| v. |
| MANNY DIAZ, JR., et al., |
| *Defendants*. |

Case No. 4:22-cv-324-AW-MAF

## <u>JOINT MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL</u>

The parties jointly move to stay further proceedings in this Court pending resolution of Defendants' appeal of this Court's decision granting Plaintiffs' motion for preliminary injunction.

1.      On September 15, 2022, Plaintiffs moved for a preliminary injunction. ECF No. 19.  On November 17, 2022, this Court granted Plaintiffs' motion, ECF No. 44, and on November 29, 2022, Defendants filed a notice of appeal, ECF No. 46.

2.      On December 6, 2022, the parties agreed that the Eleventh Circuit's decision on Defendants' appeal is likely to guide further proceedings in this case, and that staying district court proceedings pending resolution of that appeal will preserve the resources of the parties and this Court.  *See Landis v. North Am. Co.*,

299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

3.      The parties agree that the preliminary injunction granted by this Court remains in full force and effect, notwithstanding this Joint Motion to Stay All Proceedings Pending Appeal, unless and until stayed by the Eleventh Circuit or the United States Supreme Court.

For these reasons, the parties jointly request that the Court stay all proceedings in district court pending resolution of Defendants' appeal.

### Local Rule 7.1(B) Certification

Consistent with Local Rule 7.1(B), counsel for Plaintiffs conferred with counsel for Defendants in good faith about the relief requested in the motion. Plaintiffs are authorized to represent that Defendants join in this motion.

### Local Rule 7.1(F) Certification

Consistent with Local Rule 7.1(F), this motion contains 223 words.

Date: January 3, 2023

Respectfully submitted,

/s/   Greg H. Greubel

Greg H. Greubel (*Pro Hac Vice*)
Adam Steinbaugh (*Pro Hac Vice*)
JT Morris (*Pro Hac Vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
Facsimile: (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
jt.morris@thefire.org

/s/   Gary S. Edinger

Gary S. Edinger (Fla. No. 0606812)
BENJAMIN, AARONSON, EDINGER &
PATANZO, P.A.
305 N.E. 1st Street,
Gainesville, FL 32601
Telephone: (352) 338-4440
Facsimile: (352) 337-0696
gsedinger12@gmail.com

*Counsel for Plaintiffs Adriana Novoa,
et al.*

/s/   John D. Ohlendorf

Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 220-9600
Facsimile:  (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Manny Diaz,
Jr., et al.*

3