# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ADRIANA NOVOA, *et al.*,

    *Plaintiffs,*

v.

MANNY DIAZ, JR., in his official capacity as the Commissioner of the Florida State Board of Education, *et al.*,

    *Defendants.*

Case No. 4:22cv324-MW/MF

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to this Court's Order (ECF No. 35), the parties file their third joint status report on discovery as follows:

1. Defendants served their First Set of Interrogatories and Requests for Production of Documents on December 5, 2022.

2. Defendants served their responses and objections to Plaintiffs' First Set of Requests for Production of Documents on December 16, 2022.

3. Defendants served their responses and objections to Plaintiffs' First Set of Interrogatories on December 23, 2022.

4. The parties agreed that the USF Board of Trustee Defendants and Florida Board of Governors Defendants will respond to Plaintiffs' Requests for Admissions by January 6, 2023.

5. The parties agreed that Plaintiffs' will respond to Defendants' First Set of Interrogatories and Requests for Production of Documents by January 18, 2023.

6. On January 3, 2022, the parties jointly moved to stay further proceedings in this Court pending resolution of Defendants' appeal of this Court's decision, ECF No. 53.

Respectfully submitted,

/s/ Greg H. Greubel
GREG HAROLD GREUBEL*
PA. Bar No. 321130; NJ No. 171622015
ADAM STEINBAUGH*
PA. Bar No. 326475
JT MORRIS*
TX Bar No. 2409444
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street; Suite 1250
Philadelphia, PA 19106
Tel:  (215) 717-3473
Fax:  (215) 717-3440
greg.greubel@thefire.org
adam@thefire.org
JT.Morris@thefire.org
*Admitted *Pro Hac Vice*

/s/ Gary S. Edinger
GARY S. EDINGER, ESQUIRE
Fla. Bar No. 0606812
BENJAMIN, AARONSON, EDINGER &
    PATANZO, P.A.
305 N.E. 1st Street
Gainesville, Florida 32601
Tel:  (352) 338-4440
Fax:  (352) 337-0696
GSEdinger12@gmail.com

**COUNSEL FOR PLAINTIFFS**

/s/ John D. Ohlendorf
**John D. Ohlendorf**
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20046
johlendorf@cooperkirk.com
(202) 220-9617

**COUNSEL FOR DEFENDANTS**