# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADRIANA NOVOA, et al.,**

   *Plaintiffs*,

v.                                       Case No.: 4:22cv324-MW/MAF

**MANNY DIAZ, JR., et al.,**

   *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This Court has considered, without hearing, the parties' joint motion to stay proceedings pending appeal. ECF No. 53. The motion is **GRANTED**. All proceedings in this case are **STAYED** pending resolution of Defendants' appeal.

**SO ORDERED on January 4, 2023.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**