# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13992

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                       Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

                                       Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,

Case 4:22-cv-00324-MW-MAF   Document 57   Filed 05/28/24   Page 2 of 4
USCA11 Case: 22-13994     Document: 87     Date Filed: 05/28/2024     Page: 2 of 4

2                           Order of the Court                           22-13992

RICHARD CORCORAN,
AUBREY EDGE, et al.,

                                                           Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

_____

No. 22-13994

_____

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

                                                           Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,

22-13992                    Order of the Court                    3

RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

                                     Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

_____

ORDER:

    Appellees' motion for attorney Greg H. Greubel leave to use iPad for oral argument is GRANTED.

                                 /s/ Charles R. Wilson
                                 UNITED STATES CIRCUIT JUDGE

4            Order of the Court            22-13992