# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13992

_____

LEROY PERNELL,
DANA THOMPSON DORSEY,
SHARON WRIGHT AUSTIN,
SHELLEY PARK,
JENNIFER SANDOVAL, et al.,

                                                                             Plaintiffs-Appellees,

*versus*

FLORIDA BOARD OF GOVERNORS
OF THE STATE UNIVERSITY, et al.,

                                                                             Defendants,

BRIAN LAMB,
ERIC SILAGY,
TIMOTHY CERIO,

2  Order of the Court  22-13992

RICHARD CORCORAN,
AUBREY EDGE, et al.,

                                                                                                         Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00304-MW-MAF

_____

_____

No. 22-13994

_____

ADRIANA NOVOA,
SAMUEL RECHEK,
FIRST AMENDMENT FORUM AT
UNIVERSITY OF SOUTH FLORIDA,

                                                                                                         Plaintiffs-Appellees,

*versus*

COMMISSIONER OF THE FLORIDA STATE
BOARD OF EDUCATION,
TIMOTHY M. CERIO,

22-13992          Order of the Court          3

RICHARD CORCORAN,
AUBREY EDGE,
PATRICIA FROST, et al.,

                         Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00324-MW-MAF

_____

ORDER:

Appellees' motion for attorney Jacqueline Azis to withdraw as co-counsel is GRANTED.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE