**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**LEROY PERNELL, et al.,**

***Plaintiffs*,**

**v.** **Case No.: 4:22cv304-MW/MAF**

**FLORIDA BOARD OF GOVERNORS OF THE STATE UNIVERSITY SYSTEM, et al.,**

***Defendants*.**

**and**

**ADRIANA NOVOA, et al.,**

***Plaintiffs*,**

**v.** **Case No.: 4:22cv324-MW/MAF**

**MANNY DIAZ, JR., et al.,**

***Defendants*.**

**________________________________/**

**ORDER ACKNOWLEDGING STATUS OF APPEALS**

This Order acknowledges that the appeals of this Court's preliminary injunction order remain pending in these cases and that a judge of the Eleventh Circuit withholds issuance of the Mandate. Accordingly, until the appeals are final, this Court will take no action in these cases.

**SO ORDERED on August 27, 2026.**

**s/Mark E. Walker**
**United States District Judge**